| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON | |
| Case number (if known) _____  Chapter __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Ideal Property Investments LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  84-2961791

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2732 Grand Avenue, Suite 122<br>Everett, WA 98201<br>Number, Street, City, State & ZIP Code | 509 Olive Way, Suite 305<br>Seattle, WA 98101<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Okanogan<br>County | **Location of principal assets, if different from principal place of business**<br>12 Emery Road Oroville, WA 98844<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      5311

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☒ No.
   ☐ Yes.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship | |
    |---|---|---|---|
    | District | When | Case number, if known | |

| Debtor | Ideal Property Investments LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Ideal Property Investments LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 5, 2024
             MM / DD / YYYY

**X** /s/   Eric J. Camm                              Eric J. Camm
    Signature of authorized representative of debtor    Printed name

Title   Manager

**18. Signature of attorney**

**X** /s/ Laurie Thornton                             Date   September 5, 2024
    Signature of attorney for debtor                         MM / DD / YYYY

Laurie Thornton
Printed name

DBS Law
Firm name

155 NE 100th St., Suite 205
Seattle, WA 98125
Number, Street, City, State & ZIP Code

Contact phone   (206) 489-3802      Email address   lthornton@lawdbs.com

35030 WA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ideal Property Investments LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 352 Capital GP LLC c/o Sean V. Small Lasher Holzapfel Sperry & Ebberson PLLC 601 Union Street, Suite 2600 Seattle, WA 98101 | | | | $106,925,000.00 | $0.00 | $106,925,000.00 |
| A&R Water Supply 4 Peace Street Pelham, NY 10803 | | | | | | $3,275,245.00 |
| Big Boy Tools LLC 12625 Hideout Drive Noblesville, IN 46060 | | | | | | $3,038,358.00 |
| Cadence Bank Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508 | | | | $3,379,541.94 | $0.00 | $3,379,541.94 |
| Cadence Bank Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508 | | | | $1,400,202.63 | $0.00 | $1,400,202.63 |
| COLE WS TECH LLC 2960 Lewallen Place Decatur, IL 62521 | | | | | | $2,453,150.00 |
| Creative Technologies LLC 2732 Grand Ave., Suite 122 Everett, WA 98201 | | | | | | $31,703,184.11 |
| First Federal Bank c/o Lane Powell LLP 1420 Fifth Avenue, Suite 4200 Attn: Gregory R. Fox 98101 | | | | $24,148,034.80 | $0.00 | $24,148,034.80 |

| Debtor | Ideal Property Investments LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Security Bank of Nevada<br>Attn: Carolyn Crockett, 9130 W Russell Rd., Suite 100<br>Las Vegas, NV 89148 | | | | $7,828,109.70 | $0.00 | $7,828,109.70 |
| Granite Street Ventures, LLC<br>2468 Santa Barbara Ln<br>Franklin, TN 37069 | | | | | | $3,154,417.00 |
| Indiana Water Technology LLC<br>6404 Myrtle Lane<br>Indianapolis, IN 46220 | | | | | | $3,403,296.00 |
| NBC Mergeco, Inc.<br>c/o Schweet Linde & Rosenblum, PLLC,<br>575 S. Michigan St.<br>Seattle, WA 98108 | | | | $1,124,962.89 | $0.00 | $1,124,962.89 |
| Pacific Water Technology LLC<br>2305 43rd Street SE<br>Puyallup, WA 98374 | | | | | | $3,247,171.00 |
| Prasiti Water Investments LLC<br>2001 S Hardin Blvd Suite 110 #102<br>McKinney, TX 75070 | | | | | | $2,807,461.00 |
| RC WS TECH 1157 LLC<br>2960 Lewallen Place<br>Decatur, IL 62521 | | | | | | $2,006,250.00 |
| RD WS TECH 3594<br>7356 Lester Street<br>Lexington, MI 48450 | | | | | | $1,679,764.00 |
| Redwaters LLC<br>24352 Woodhall Ct<br>Naperville, IL 60564 | | | | | | $1,399,000.00 |
| SDB H20 LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | | | | | | $1,812,369.00 |
| SS Holdings LLC<br>4601 Chennault Beach Road, Suite 200<br>Mukilteo, WA 98275 | | | | $3,147,802.00 | $0.00 | $3,147,802.00 |

| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 2 |
|---|---|---|
| Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | Ideal Property Investments LLC | | Case number *(if known)* | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WST LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | | | | | | $1,979,851.00 |

# United States Bankruptcy Court
## Eastern District of Washington

In re   Ideal Property Investments LLC                             Case No.
                                        Debtor(s)                  Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 5, 2024            /s/ Eric J. Camm
                                     Eric J. Camm/Manager
                                     Signer/Title

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

210 SA Holdings LLC
825 North Saint Marys, Suite 101
San Antonio, TX 78205


352 Capital GP LLC
c/o Sean V. Small
Lasher Holzapfel Sperry & Ebberson PLLC
Seattle, WA 98101


A&R Water Supply
4 Peace Street
Pelham, NY 10803


Abby Wyatt Group Inc.
214 Mountain Crest Dr.
Taylors, SC 29687


Adventure Done Right LLC
3395 S La Mesa Rd.
Salt Lake City, UT 84109


Aqualux Water LLC
c/o James P. Savitt,
Fennemore Craig, P.C.,   1425 Fourth Ave.
Seattle, WA 98101-2272


ASH Vending LLC
10550 Morningdew Court
Littleton, CO 80126


Be of Service LLC
2601 Westheimer Rd #C502
Houston, TX 77098


Bexar County
Tax Assessor Collector,
233 N Pecos La Trinidad
San Antonio, TX 78207


Big Boy Tools LLC
12625 Hideout Drive
Noblesville, IN 46060


BLC Water Company
1130 W Clifton Ave
Redlands, CA 92373


Brightstreet Development LLC
221 State Ave, Suite 201
Marysville, WA 98270


Brown Family Enterprises LLC
P.O. Box 145
Salem, OR 97308

C&C Investment Holdings LLC
4200 Berry D Sims Wynd
Raleigh, NC 27612


Cadence Bank
Attn: Billy J. Babineaux, Jr., 315 Settl
Lafayette, LA 70508


CHAURISHI RETAIL ENTERPRISES LLC
17775 NW Santiam Ct
Portland, OR 97229


Coco Aqua LLC
139 Silent Manor Dr
Sugar Land, TX 77498


COLE WS TECH LLC
2960 Lewallen Place
Decatur, IL 62521


Columbia Fire LLC
111 S Findlay St
Seattle, WA 98108


Creative Technologies LLC
2732 Grand Ave., Suite 122
Everett, WA 98201


Culminate Water Technology LLC
23015 Caterham Drive
Ashburn, VA 20148


Dallas County
c/o John K. Turner, Linebarger Goggan Bl
Dallas, TX 75207


David P. Papiez
Fox Rothschild
1001 Fourth Avenue, Suite 4400
Seattle, WA 98104


Dr. Ryan Richard
77 Peachtree Memorial Dr NW #3
Atlanta, GA 30309


Driftless Water Ventures
15403 Budd Road
Dubuque, IA 52002


Duane Okamoto and Linda Okamoto
c/o James P. Savitt,
Fennemore Craig, P.C.,  1425 Fourth Ave.
Seattle, WA 98101

Earth Solutions NW, LLC
15365 NE 90th St., Suite 100
Redmond, WA 98052


Etania LLC
9363 E Atlantic Pl
Denver, CO 80231


Ever Upward Inc
21 W Taylor Run Pkwy
Alexandria, VA 22314


Everett 1 LLC
c/o Schweet Linde & Rosenblum, PLLC, 575
Seattle, WA 98108


FACTS PROPERTY SERVICES
7227 E. Baseline Rd, Ste 104
Mesa, AZ 85209


First Federal Bank
Attn: Gregory R. Fox
c/o Lane Powell LLP 1420 Fifth Avenue, S
98101


First Security Bank of Nevada
Attn: Carolyn Crockett, 9130 W Russell R
Las Vegas, NV 89148


Flatlands Equipment LLC
4306 W Shoreline Street
Wichita, KS 67205


Founders Mosaic Partners LLC
Tarek Mercho
Mercho Caughey  828 E. 64th Street
Indianapolis, IN 46220


Gary Young and Heidi Young
c/o James P. Savitt,
Fennemore Craig, P.C.,  1425 Fourth Ave.
Seattle, WA 98101


Granite Street Ventures, LLC
2468 Santa Barbara Ln
Franklin, TN 37069


GrayFin Ventures LLC
2609 Round Table Blvd
The Colony, TX 75056


Half Full Vending LLC
1413 Chesterton Dr
Richardson, TX 75080

Harris Co ESD #09
P.O. Box 3064
Houston, TX 77253


Helmut Giewat
218 Sullivan Point
Dandridge, TN 37725


IMLSunshine LLC
334 Dole Drive
Lawrence, KS 66049


Indiana Water Technology LLC
6404 Myrtle Lane
Indianapolis, IN 46220


Integra Realty Resources - Charlotte, LL
214 W Tremont Ave., Suite 200
Charlotte, NC 28203


Island County Treasurer
P.O. Box 699
Coupeville, WA 98239


James P. Savitt
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101


Jeffrey Brooke
5807 Title Row Drive
Bradenton, FL 34210


Jeffrey L. Smoot
Westwood Pacific Law PLLC
1725 SW Roxbury Street, Ste. 2
Seattle, WA 98106


JLE Enterprises LLC
7387 Upton Court
Castle Rock, CO 80104


JPF Consulting Services LLC
1730 S Germantown Rd Apt 207
Germantown, TN 38138


Kdawg Crypto LLC
14 Clinton St.
Milford, CT 06460


Kmandy Investments LLC
6509 San Judas St
McKinney, TX 75070

Lance Mueller & Associates/Architects
140 Lakeside Avenue, Suite 310
Seattle, WA 98122


Land Technologies, Inc.
18820 3rd Ave NE
Arlington, WA 98223


Lane Powell PC
Attn: Gregory R. Fox
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101


LivingWater Station LLC
799 Harbor Vista Drive
Columbia, SC 29229


Lone Star College System
P.O. Box 3064
Houston, TX 77253


Main Street Design Landscape Arch.
9402 Tidal Court
Bainbridge Island, WA 98110


Maricopa County Treasurer
301 W Jefferson St., Suite 100
Phoenix, AZ 85003


Matter Business Park
at Warm Springs Owners Association
c/o MDL Group LLC 5960 S Jones Blvd
Las Vegas, NV 89118


May Auerbach
20425 Via Cristal
Yorba Linda, CA 92886


Missoula County Treasurer
200 W. Broadway
Missoula, MT 59801


Mukilteo Water and Wastewater District
7824 Mukilteo Speedway
Mukilteo, WA 98275


NBC Mergeco, Inc.
c/o Schweet Linde & Rosenblum, PLLC, 575
Seattle, WA 98108


North Peak Associates, LLC
17270 Woodinville-Redmond Rd., Suite 705
Woodinville, WA 98072

Oaks WaterStation Tech LLC
3617 241st SE
Issaquah, WA 98029


Oed Properties LLC
66 S. Pilney Plains Circle
Spring, TX 77382


Oroville-Tonasket Irrigation District
P.O. Box 1729
Oroville, WA 98844


Pacific Water Technology LLC
2305 43rd Street SE
Puyallup, WA 98374


Paine Field - Snohomish County Airport
Attn: Nickolis Landgraff, 10108 32nd Ave
Everett, WA 98204


Pinal County Treasurer
P.O. Box 729
Florence, AZ 85132


Pitney Bowes Inc.
27 Waterview Dr., 3rd Floor
Shelton, CT 06484


Prasiti Water Investments LLC
2001 S Hardin Blvd Suite 110 #102
McKinney, TX 75070


Progressive Partners LLC
Lowe Street
Chantilly, VA 20151


Q& V LLC
WaterStation Technology of Rockville
4905 Macon Road
Rockville, MD 20852


RC WS TECH 1157 LLC
2960 Lewallen Place
Decatur, IL 62521


RD WS TECH 3594
7356 Lester Street
Lexington, MI 48450


Redwaters LLC
24352 Woodhall Ct
Naperville, IL 60564


Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042

Royal Reservoirs
6516 Hackberry Trl
Edmond, OK 73034


Rumson Wellness LLC
508 West 24th Street Apt 6N
New York, NY 10011


Salt Lake County Treasurer
c/o Ray Lancaster,
2001 S. State St., Suite N1-200
Salt Lake City, UT 84114


SDB H20 LLC
6276 Talon Preserve Dr
Nokomis, FL 34275


Seaga Manufacturing, Inc.
c/o John S. Kaplan,  Stoel Rivers LLP,
600 University St., Suite 3600
Seattle, WA 98101


Servbank, SB
3201 Orchard Rd.
Oswego, IL 60543


Shutler Consulting Engineers, Inc.
12503 Bel-Red Rd., Suite 100
Bellevue, WA 98005


Silver Oak H2O LLC
705 Silver Oak Dr
Glenwood Springs, CO 81601


Snohomish County Treasurer
3000 Rockefeller Ave, M/S 501
Everett, WA 98201


Spruce Water Investments
8102 Lowbank Dr.
Naples, FL 34109


SS Holdings LLC
4601 Chennault Beach Road, Suite 200
Mukilteo, WA 98275


Starter Holdings LLC
2333 W Straight Arrow Ln
Phoenix, AZ 80585


State of Washington, Dept of Ecology
300 Desmon Dr SE
Lacey, WA 98503

Summit Ventures 2  
5940 E Adobe Dr  
Phoenix, AZ 85054  


Sun A WY LLC  
1613 NW 42nd Pl  
Cape Coral, FL 33993  


Tara L. Grundemeier  
Linebarger Goggan Blair & Sampson LLP  
P.O. Box 3064  
Houston, TX 77253  


Town & Country Fence Inc.  
6410 212th St SW  
Lynnwood, WA 98036  


Tyee Beach Water Association, Inc.  
c/o Carolyn Strong, 3067 Shoreline Dr.  
Camano Island, WA 98282  


Tyler Sadek  
Tarek Mercho Mercho Caughey 828 E 64th  
Indianapolis, IN 46220  


V252 LLC  
5745 W Sumac Ave  
Littleton, CO 80123  


Valier J. Schratz  
Hall Griffin LLP  
1851 E 1st Street, 10th Floor  
Santa Ana, CA 92705  


Vaupell Industrial Plastics  
11323 Commando Rd W.  
Everett, WA 98204  


Vivian B. Fisher  
Burke Law Group LLP  
235 Peachtree St NE, Suite 1900  
Atlanta, GA 30303  


Washington County Tax Collector  
155 N 1st Ave., Suite 130, MS-8  
Hillsboro, OR 97124  


Water for Commerce Fund Management, LLC  
c/o K. Terrell Hutchins, Ottergourg, P.C  
New York, NY 10169  


Water Station Holdings LLC  
Tarek Mercho  
Mercho Caughey 828 E. 64th Street  
Indianapolis, IN 46220

We Do Dirt LLC
P.O. Box 65
North Lakewood, WA 98259


WST LLC
6276 Talon Preserve Dr
Nokomis, FL 34275


WV Water Tech LLC
460 Deerfield Village Dr
Shepherdstown, WV 25443

# United States Bankruptcy Court
## Eastern District of Washington

In re   Ideal Property Investments LLC                 Case No.

Debtor(s)                 Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Ideal Property Investments LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Richard Ware
1206 Hewitt Ave
Everett, WA 98201

Tyler Sadek
c/o Tarek Mercho
Mercho Caughey LLP
828 East 64th Street
Indianapolis, IN 46220

☐ None [*Check if applicable*]

| | |
|---|---|
| September 5, 2024 | /s/ Laurie Thornton |
| Date | Laurie Thornton |
| | Signature of Attorney or Litigant |
| | Counsel for  Ideal Property Investments LLC |
| | DBS Law |
| | 155 NE 100th St., Suite 205 |
| | Seattle, WA 98125 |
| | (206) 489-3802  Fax: |
| | lthornton@lawdbs.com |