210 SA Holdings LLC
825 North Saint Marys, Suite 101
San Antonio, TX 78205


352 Capital GP LLC
c/o Sean V. Small
Lasher Holzapfel Sperry & Ebberson PLLC
Seattle, WA 98101


A&R Water Supply
4 Peace Street
Pelham, NY 10803


Abby Wyatt Group Inc.
214 Mountain Crest Dr.
Taylors, SC 29687


Adventure Done Right LLC
3395 S La Mesa Rd.
Salt Lake City, UT 84109


Aqualux Water LLC
c/o James P. Savitt,
Fennemore Craig, P.C.,  1425 Fourth Ave.
Seattle, WA 98101-2272


ASH Vending LLC
10550 Morningdew Court
Littleton, CO 80126


Be of Service LLC
2601 Westheimer Rd #C502
Houston, TX 77098


Bexar County
Tax Assessor Collector,
233 N Pecos La Trinidad
San Antonio, TX 78207


Big Boy Tools LLC

12625 Hideout Drive
Noblesville, IN 46060


BLC Water Company
1130 W Clifton Ave
Redlands, CA 92373


Brightstreet Development LLC
221 State Ave, Suite 201
Marysville, WA 98270


Brown Family Enterprises LLC
P.O. Box 145
Salem, OR 97308


C&C Investment Holdings LLC
4200 Berry D Sims Wynd
Raleigh, NC 27612


Cadence Bank
Attn: Billy J. Babineaux, Jr., 315 Settl

Lafayette, LA 70508


CHAURISHI RETAIL ENTERPRISES LLC
17775 NW Santiam Ct
Portland, OR 97229


Coco Aqua LLC
139 Silent Manor Dr
Sugar Land, TX 77498


COLE WS TECH LLC
2960 Lewallen Place
Decatur, IL 62521


Columbia Fire LLC
111 S Findlay St
Seattle, WA 98108

Creative Technologies LLC
2732 Grand Ave., Suite 122
Everett, WA 98201


Culminate Water Technology LLC
23015 Caterham Drive
Ashburn, VA 20148


Dallas County
c/o John K. Turner, Linebarger Goggan Bl
Dallas, TX 75207


David P. Papiez
Fox Rothschild
1001 Fourth Avenue, Suite 4400
Seattle, WA 98104


Dr. Ryan Richard
77 Peachtree Memorial Dr NW #3
Atlanta, GA 30309


Driftless Water Ventures
15403 Budd Road
Dubuque, IA 52002


Duane Okamoto and Linda Okamoto
c/o James P. Savitt,
Fennemore Craig, P.C.,  1425 Fourth Ave.
Seattle, WA 98101


Earth Solutions NW, LLC
15365 NE 90th St., Suite 100
Redmond, WA 98052


Etania LLC
9363 E Atlantic Pl
Denver, CO 80231


Ever Upward Inc
21 W Taylor Run Pkwy
Alexandria, VA 22314

Everett 1 LLC
c/o Schweet Linde & Rosenblum, PLLC, 575
Seattle, WA 98108


FACTS PROPERTY SERVICES
7227 E. Baseline Rd, Ste 104
Mesa, AZ 85209


First Federal Bank
Attn: Gregory R. Fox
c/o Lane Powell LLP 1420 Fifth Avenue, S
98101


First Security Bank of Nevada
Attn: Carolyn Crockett, 9130 W Russell R

Las Vegas, NV 89148


Flatlands Equipment LLC
4306 W Shoreline Street
Wichita, KS 67205


Founders Mosaic Partners LLC
Tarek Mercho
Mercho Caughey  828 E. 64th Street
Indianapolis, IN 46220


Gary Young and Heidi Young
c/o James P. Savitt,
Fennemore Craig, P.C.,  1425 Fourth Ave.
Seattle, WA 98101


Granite Street Ventures, LLC
2468 Santa Barbara Ln
Franklin, TN 37069


GrayFin Ventures LLC
2609 Round Table Blvd
The Colony, TX 75056

Half Full Vending LLC
1413 Chesterton Dr
Richardson, TX 75080


Harris Co ESD #09
P.O. Box 3064
Houston, TX 77253


Helmut Giewat
218 Sullivan Point
Dandridge, TN 37725


IMLSunshine LLC
334 Dole Drive
Lawrence, KS 66049


Indiana Water Technology LLC
6404 Myrtle Lane
Indianapolis, IN 46220


Integra Realty Resources - Charlotte, LL
214 W Tremont Ave., Suite 200
Charlotte, NC 28203


Island County Treasurer
P.O. Box 699
Coupeville, WA 98239


James P. Savitt
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101


Jeffrey Brooke
5807 Title Row Drive
Bradenton, FL 34210


Jeffrey L. Smoot
Westwood Pacific Law PLLC
1725 SW Roxbury Street, Ste. 2

Seattle, WA 98106


JLE Enterprises LLC
7387 Upton Court
Castle Rock, CO 80104


JPF Consulting Services LLC
1730 S Germantown Rd Apt 207
Germantown, TN 38138


Kdawg Crypto LLC
14 Clinton St.
Milford, CT 06460


Kmandy Investments LLC
6509 San Judas St
McKinney, TX 75070


Lance Mueller & Associates/Architects
140 Lakeside Avenue, Suite 310
Seattle, WA 98122


Land Technologies, Inc.
18820 3rd Ave NE
Arlington, WA 98223


Lane Powell PC
Attn: Gregory R. Fox
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101


LivingWater Station LLC
799 Harbor Vista Drive
Columbia, SC 29229


Lone Star College System
P.O. Box 3064
Houston, TX 77253


Main Street Design Landscape Arch.

9402 Tidal Court
Bainbridge Island, WA 98110


Maricopa County Treasurer
301 W Jefferson St., Suite 100
Phoenix, AZ 85003


Matter Business Park
at Warm Springs Owners Association
c/o MDL Group LLC 5960 S Jones Blvd
Las Vegas, NV 89118


May Auerbach
20425 Via Cristal
Yorba Linda, CA 92886


Missoula County Treasurer
200 W. Broadway
Missoula, MT 59801


Mukilteo Water and Wastewater District
7824 Mukilteo Speedway
Mukilteo, WA 98275


NBC Mergeco, Inc.
c/o Schweet Linde & Rosenblum, PLLC, 575
Seattle, WA 98108


North Peak Associates, LLC
17270 Woodinville-Redmond Rd., Suite 705
Woodinville, WA 98072


Oaks WaterStation Tech LLC
3617 241st SE
Issaquah, WA 98029


Oed Properties LLC
66 S. Pilney Plains Circle
Spring, TX 77382

Oroville-Tonasket Irrigation District
P.O. Box 1729
Oroville, WA 98844


Pacific Water Technology LLC
2305 43rd Street SE
Puyallup, WA 98374


Paine Field - Snohomish County Airport
Attn: Nickolis Landgraff, 10108 32nd Ave

Everett, WA 98204


Pinal County Treasurer
P.O. Box 729
Florence, AZ 85132


Pitney Bowes Inc.
27 Waterview Dr., 3rd Floor
Shelton, CT 06484


Prasiti Water Investments LLC
2001 S Hardin Blvd Suite 110 #102
McKinney, TX 75070


Progressive Partners LLC
Lowe Street
Chantilly, VA 20151


Q& V LLC
WaterStation Technology of Rockville
4905 Macon Road
Rockville, MD 20852


RC WS TECH 1157 LLC
2960 Lewallen Place
Decatur, IL 62521


RD WS TECH 3594
7356 Lester Street
Lexington, MI 48450

Redwaters LLC
24352 Woodhall Ct
Naperville, IL 60564


Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042


Royal Reservoirs
6516 Hackberry Trl
Edmond, OK 73034


Rumson Wellness LLC
508 West 24th Street Apt 6N
New York, NY 10011


Salt Lake County Treasurer
c/o Ray Lancaster,
2001 S. State St., Suite N1-200
Salt Lake City, UT 84114


SDB H20 LLC
6276 Talon Preserve Dr
Nokomis, FL 34275


Seaga Manufacturing, Inc.
c/o John S. Kaplan,  Stoel Rivers LLP,
600 University St., Suite 3600
Seattle, WA 98101


Servbank, SB
3201 Orchard Rd.
Oswego, IL 60543


Shutler Consulting Engineers, Inc.
12503 Bel-Red Rd., Suite 100
Bellevue, WA 98005


Silver Oak H2O LLC

705 Silver Oak Dr
Glenwood Springs, CO 81601


Snohomish County Treasurer
3000 Rockefeller Ave, M/S 501
Everett, WA 98201


Spruce Water Investments
8102 Lowbank Dr.
Naples, FL 34109


SS Holdings LLC
4601 Chennault Beach Road, Suite 200
Mukilteo, WA 98275


Starter Holdings LLC
2333 W Straight Arrow Ln
Phoenix, AZ 80585


State of Washington, Dept of Ecology
300 Desmon Dr SE
Lacey, WA 98503


Summit Ventures 2
5940 E Adobe Dr
Phoenix, AZ 85054


Sun A WY LLC
1613 NW 42nd Pl
Cape Coral, FL 33993


Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253


Town & Country Fence Inc.
6410 212th St SW
Lynnwood, WA 98036

Tyee Beach Water Association, Inc.
c/o Carolyn Strong, 3067 Shoreline Dr.
Camano Island, WA 98282


Tyler Sadek
Tarek Mercho Mercho Caughey 828 E 64th
Indianapolis, IN 46220


V252 LLC
5745 W Sumac Ave
Littleton, CO 80123


Valier J. Schratz
Hall Griffin LLP
1851 E 1st Street, 10th Floor
Santa Ana, CA 92705


Vaupell Industrial Plastics
11323 Commando Rd W.
Everett, WA 98204


Vivian B. Fisher
Burke Law Group LLP
235 Peachtree St NE, Suite 1900
Atlanta, GA 30303


Washington County Tax Collector
155 N 1st Ave., Suite 130, MS-8
Hillsboro, OR 97124


Water for Commerce Fund Management, LLC
c/o K. Terrell Hutchins, Ottergourg, P.C
New York, NY 10169


Water Station Holdings LLC
Tarek Mercho
Mercho Caughey 828 E. 64th Street
Indianapolis, IN 46220


We Do Dirt LLC
P.O. Box 65

North Lakewood, WA 98259


WST LLC
6276 Talon Preserve Dr
Nokomis, FL 34275


WV Water Tech LLC
460 Deerfield Village Dr
Shepherdstown, WV 25443