UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

Ideal Property Investments LLC

Debtor(s).

Bankruptcy No. 24-01421-11

**NOTICE OF APPEARANCE**

TO: Clerk of the Court

AND TO: All other parties

PLEASE TAKE NOTICE that the undersigned, Dominique R. Scalia hereby enters an appearance on behalf of Ideal Property Investments LLC, the Debtor in the above-captioned bankruptcy proceeding, and requests that copies of all motions, notices, and pleadings filed herein be served, electronically or otherwise, upon:

Dominique R. Scalia

DBS Law
155 NE 100th St, Ste 205
Seattle, WA 98125
Telephone: (206) 489-3802
Facsimile: (206) 973-8737
dscalia@lawdbs.com

NOTICE OF APPEARANCE - 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

Any party making a motion or any party noting a hearing shall provide the undersigned with notice of such motion or hearing of not less than the minimum notice provided by the Federal Rules of Bankruptcy Procedure and any applicable local rule.

DATED this 5th day of September, 2024.

DBS LAW

By   */s/ Dominique Scalia*
Dominique R. Scalia, WSBA 47313
Laurie M. Thornton, WSBA 35030
Daniel J. Bugbee, WSBA 42412
*Proposed Counsel for Debtor Ideal Property Investments LLC*

NOTICE OF APPEARANCE - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11   Doc 5   Filed 09/05/24   Entered 09/05/24 09:49:10   Pg 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify on the date set forth below, I caused to be electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 5th day of September, 2024 at Seattle, Washington.

By  *s/ Dominique Scalia*
Dominique R. Scalia

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737