Gregory R. Fox, WSBA No. 30559
Andrew J. Geppert, OSB No. 203744*
Todd M. Brannon, WSBA No. 59755
Lane Powell PC
1420 Fifth Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206-223-7000
FoxG@lanepowell.com
GeppertA@lanepowell.com
BrannonT@lanepowell.com
*Pro Hac Vice Application Pending*

Attorneys for First Fed Bank

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Case No. 24-01421-11 |
|---|---|
| IDEAL PROPERTY INVESTMENTS LLC, | **NOTICE OF APPEARANCE** |
| Debtor. | |

TO: THE CLERK OF THE U.S. BANKRUPTCY COURT
AND TO: THE DEBTOR
AND TO: ALL PARTIES-IN-INTEREST

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, Gregory R. Fox of Lane Powell PC hereby enters his Notice of Appearance on behalf of First Fed Bank, a Washington state commercial bank ("First Fed"), and requests that copies of any plan of reorganization, disclosure statements, pleadings and notices hereinafter filed or given in the above-referenced

NOTICE OF APPEARANCE - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
TELEPHONE: 206.223.7000

134777.0002/9868864.1

24-01421-FPC11    Doc 7    Filed 09/06/24    Entered 09/06/24 14:38:10    Pg 1 of 3

proceedings, except proofs of claim, be delivered to the following address and email addresses:

>Gregory R. Fox
>Lane Powell PC
>1420 Fifth Avenue, Suite 4200
>Seattle, WA 98101
>Telephone: (206) 223-7000
>Facsimile: (206) 223-7107
>FoxG@lanepowell.com
>docketing@lanepowell.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive the rights of First Fed to (i) have final orders in non-core matters entered only after de novo review by a United States District Judge, (ii) trial by jury in any proceeding so triable herein or in any other case, controversy, or proceeding related hereto, (iii) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoff, or recoupments to which First Fed is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments First Fed hereby expressly reserves.

NOTICE OF APPEARANCE - 2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
TELEPHONE: 206.223.7000

134777.0002/9868864.1

24-01421-FPC11    Doc 7    Filed 09/06/24    Entered 09/06/24 14:38:10    Pg 2 of 3

| | |
|---|---|
| 1 | DATED this 6th day of September, 2024. |
| 2 | |
| 3 | LANE POWELL PC |
| 4 | |
| 5 | By /s/ Gregory R. Fox |
| 6 | Gregory R. Fox, WSBA No. 30559<br>Andrew J. Geppert, OSB No. 203744*<br>Todd M. Brannon, WSBA No. 59755 |
| 7 | Attorneys for First Fed Bank |
| 8 | *Pro Hac Vice Application Pending |

NOTICE OF APPEARANCE - 3

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
TELEPHONE: 206.223.7000

134777.0002/9868864.1

24-01421-FPC11    Doc 7    Filed 09/06/24    Entered 09/06/24 14:38:10    Pg 3 of 3