The Honorable Frederick P. Corbit
Hearing Date: September 13, 2024
Hearing Time: 9:00 a.m.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

IDEAL PROPERTY INVESTMENTS LLC,

Debtor.

CASE NO. 24-01421-11

DECLARATION OF ERIC CAMM IN SUPPORT OF FIRST DAY MOTIONS

ERIC CAMM hereby declares as follows:

1. I am the Manager of the debtor. I am also the Director of Capital Advisory of TurningPointe, LLC d/b/a Turning Point Strategic Advisors, the previously appointed general receiver over Creative Technologies, L.L.C. ("Creative") and Ideal Property Investments, LLC ("Debtor"). I am over the age of 18, and I am competent to testify. This declaration is based on my personal knowledge and my review of documents produced by Ryan Wear, Debtor's previous Manager and principal actor, records provided by third parties as described below, and discussions with the Debtor's brokers, former employees of Debtor and its affiliates.

**<u>GENERAL OVERVIEW OF DEBTOR, ITS ASSETS AND ITS SECURED CREDITORS</u>**

2. The Debtor is the holder of approximately twenty-five parcels of real property ("Real Property"). Of note, at the inception of the receivership, Mr. Wear did not disclose all of



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

these parcels and I and the team at Turning Point have been discovering additional ones through our efforts as Receiver, which pre-date this filing. Additionally, several parcels are owned by wholly owned subsidiaries of the Debtor. Finally, a review of the Debtor's records has indicated that up to an additional sixteen parcels might be owned by Debtor or its subsidiaries (or have been recently transferred by them), which my team is in the process of investigating. Attached as <u>Exhibit A</u> is a spreadsheet identifying the Real Property, its address, its estimated value, and all known secured creditors for such Real Property and the amounts believed to be owed to each. This spreadsheet also identifies whether the Debtor or one of its subsidiaries is in title to the respective Real Property.

3. Many of the Real Properties have commercial tenants. Some of these tenants pay rent while others are affiliated entities that have commercial leases with Debtor but who do not appear to have ever paid rent. This includes entities in their own involuntary bankruptcy proceedings in Texas (explained further below). Attached as <u>Exhibit B</u> is a copy of rent rolls for the Real Property identifying the anticipated income for the Debtor during this proceeding. It is anticipated that the Debtor will shortly file one or more motions to approve the sale of certain properties in order to generate additional cash, which will be addressed at or before the Final Hearing.

4. The Debtor has put together a proposed budget ("Budget") for the first six weeks of this proceeding, which is attached as <u>Exhibit C</u>.

5. The Debtor is investigating the status of insurance at the various Real Properties. However, it is known that, presumably due to cash flow issues and delays in receiving information from Mr. Wear, certain insurance policies lapsed and the secured lenders for such parcels have obtained force placed insurance. The Debtor is actively working with an insurance

DECLARATION OF ERIC CAMM IN SUPPORT OF
FIRST DAY MOTIONS - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 13    Filed 09/09/24    Entered 09/09/24 16:19:00    Pg 2 of 17

broker to replace all lapsed insurance policies, which will be one uses of Cash Collateral sought in this proceeding.

**EVENTS LEADING UP TO BANKRUPTCY FILING**

6. As mentioned, Debtor's affiliate, Creative, runs an operating business that sells, leases and operates water machines throughout the United States.

**Initiation of Receivership**

7. First Fed Bank, a secured creditor, sought the appointment of a general receiver over Debtor's assets and business in King County Superior Court.

8. On May 3, 2024, the King County Superior Court appointed Turning Point Strategic Advisors as general receiver over the assets and business of Debtor ("Turning Point" or "Receiver"). In that order, the court found, among other things, that Debtor was in default on certain loan obligations owed to First Fed Bank, that Debtor lacked the ability and resources to protect and preserve its assets, and that Debtor was not paying debts when due.

9. The receivership estate's assets consisted primarily of the real property identified in Exhibit A and the income identified in Exhibit B.

10. Each of the pieces of Real Property are encumbered by one or more deeds of trust in favor of multiple lenders, and most are further encumbered by other liens, including property tax liens and contractor's liens.

**Marketing and Attempted Sales in Receivership**

11. Marshalling the Real Property, located across the country and in various states of disrepair, requires steady organization and management. As part of this work, promptly following Receiver's appointment it reached out to national real estate brokerages to identify a "one stop shop" for marketing and selling the Real Property. Receiver negotiated a discounted

DECLARATION OF ERIC CAMM IN SUPPORT OF
FIRST DAY MOTIONS - 3

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 13    Filed 09/09/24    Entered 09/09/24 16:19:00    Pg 3 of 17

commission structure with NAI Puget Sound Properties, Richard Page, and NAI's affiliated brokerages across the country (collectively, "Brokers"). On May 15, 2024, the King County Superior Court approved the employment of the Brokers.

12. Promptly following their employment, the Brokers started working with Receiver to secure, market, and sell the Properties.

13. While Receiver made significant progress in listing properties, receiving and evaluating offers, and signing sales contracts, Receiver ran into an intractable problem. There are at present at least two federal lawsuits, and several state lawsuits, alleging that Debtors' previous manager, Ryan Wear, engaged in a massive fraud and Ponzi scheme, and alleging that Debtors' Real Property may have been obtained using funds involved in fraud. As a result, title insurance companies were unwilling to insure receivership sales.

14. Receiver had lengthy, detailed discussions and meetings with multiple title insurance companies across the company which ultimately, after weeks of review, declined to provide coverage. Several representatives of those companies informed Receiver that they would be willing to provide coverage if the Debtor was placed in bankruptcy, and if Debtor's assets are sold under Section 363 of the United States Bankruptcy Code.

15. Without title insurance, Receiver would be forced to offer substantial discounts to attract buyers. The result of this would be that millions of dollars would be lost for the creditors of the receivership estate.

16. Receiver recently identified one title company that appeared willing to provide coverage, on a case by case basis for sales in receivership in limited circumstances, but was more willing to insure sales in bankruptcy. The timing of this remained problematic as Receiver was

DECLARATION OF ERIC CAMM IN SUPPORT OF
FIRST DAY MOTIONS - 4

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11   Doc 13   Filed 09/09/24   Entered 09/09/24 16:19:00   Pg 4 of 17

going to start facing foreclosures in other states and would not be able to sell those properties ahead of the foreclosure sales, again resulting in lost money for the creditors of Debtor.

**Compliance and Enforcement Issues with Prior Management**

17. As is typical at the outset of a receivership, Receiver asked Debtor's management—namely, Ryan Wear and Jeremy Briggs—for documents and information regarding Debtor's corporate governance structure, assets, finances, insurance and operations. Receiver requested documents related to the Real Property; to identify and transfer control of deposit accounts; deliver keys or access codes for facilities; information regarding lease agreements and payment streams; and share the information they had purportedly given to prospective buyers. Receiver tried to schedule meetings to obtain keys, building access codes, and deposit account access.

18. Though Mr. Wear and Mr. Briggs were originally cordial and amenable, they did not actually provide many records or work cooperatively to go to banks or meet to hand over keys (in many instances claiming they did not have the keys or know where the keys may be). Because informal requests seemed ineffective, Receiver scheduled a meeting to work through the list of things outstanding. Receiver expected them to attend the meeting prepared to provide the information requested, such as sharing access to QuickBooks for Debtor.

19. I personally met with Mr. Wear and Mr. Briggs on May 21, 2024, along with one of my colleagues from Turning Point. To our surprise and disappointment, Mr. Briggs showed up with nothing but a blank legal pad. He did not bring his laptop, so he was unable to access any online records, including QuickBooks and bank accounts during the meeting. Mr. Wear deferred to Mr. Briggs on all financial matters, and he could not recall which keys he had or where he kept them. We asked when they would be able to provide the information we were requesting.



Mr. Briggs said he would turn to it in two or three days, after finishing a "big refinancing project."

20. After some time passed, Mr. Briggs provided only (i) an incomplete rent roll and (ii) a vendor list that had not been updated since December 31, 2023.

21. For several weeks, Mr. Briggs allowed Receiver nothing more than "view only" access to accounts at Bank of America. "View only" access does not allow Receiver to look at more than recent transactions; it does not give access to bank statements. Without that information, Receiver could not begin a reliable accounting or track receivership assets. Mr. Wear met with Nick Howe of Turning Point at Bank of America on June 5, 2024 to make Mr. Howe a co-signor on those accounts.

22. Following Receiver filing a motion for contempt sanctions and follow-up communications over several weeks, Receiver finally received some of the requested information for assessment of the receivership estate.

**Real Property Access and Rent Payment Issues**

23. I have been told that Mr. Wear or Mr. Briggs instructed certain managers to tell their employees not to cooperate with the Receiver with regard to Debtor's properties. This made accessing the Real Property more difficult as the employees on site were either uncooperative or unaware of the Receivership. These issues slowed down marketing and sales of properties. I also received emails from employees instructing me on what I could and could not talk to employees about when I was at the properties, and reprimanding me for creating confusion (since these employees were apparently not made aware of the receivership).

24. Many entities affiliated with Debtor have purported lease agreements for the Real Property. However, none of the affiliated entities that have leases with Debtor appear to have

DECLARATION OF ERIC CAMM IN SUPPORT OF
FIRST DAY MOTIONS - 6

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11   Doc 13   Filed 09/09/24   Entered 09/09/24 16:19:00   Pg 6 of 17

paid rent since initiation of receivership. (It also does not appear that they were paying rent before the initiation of the receivership).

25. I have also been told that Mr. Wear or Mr. Briggs may have instructed employees to sell assets of affiliated entities that are stored at the Real Property locations. Accordingly, Receiver has been working to secure sites with limited resources. I have received multiple emails, including an email dated today, September 9, 2024, stating that assets of affiliated entities are being sold out of these locations.

**Receiver Evaluates Options for Federal Bankruptcy Filing**

26. On August 27, 2024, involuntary petitions were filed against three entities affiliated with Debtor in the Southern District of Texas Bankruptcy Court. Those entities are: Creative Technologies, LLC; Refreshing USA, LLC; and Water Station Management, LLC.

27. Debtor is headquartered in Washington and does not appear to have significant ties to make the Southern District of Texas an appropriate venue for a Bankruptcy proceeding.

28. Tyler Sadek had received, as partial collateral for a loan, an assignment from Ryan Wear as to all of Mr. Wear's interests in the Debtor (which comprised ninety percent of the outstanding membership interest in the Debtor). In June 2024, Mr. Sadek completed a foreclosure as to the pledged interests in the Debtor in a state court proceeding in Indiana. Mr. Sadek now holds ninety percent of the membership interests in the Debtor previously held by Mr. Wear.

29. As a result of the above and to protect the Debtor and its assets, Mr. Sadek executed the Corporate Resolution attached to the Petition (ECF No. 1) which appointed me as Manager of the Debtor and authorized the filing of the Debtor into a chapter 11 bankruptcy case.

DECLARATION OF ERIC CAMM IN SUPPORT OF FIRST DAY MOTIONS - 7

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 13    Filed 09/09/24    Entered 09/09/24 16:19:00    Pg 7 of 17

Acting as Manager of Debtor, I made the decision to file a voluntary chapter 11 petition for Debtor.

30. Due to the nature of its Real Property assets, Debtor has a need to pay insurance, pay utilities and pay those working for it, including its professionals. If such payments are not made, the Debtor would suffer irreparable harm through the loss or diminution in value of its assets. The Debtor is unable to obtain unsecured credit to fund its continued operations.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct to the best of my knowledge.

DATED this 9th day of September 2024, at Seattle, Washington.

                                      */s/ Eric Camm*
                                      Eric Camm

DECLARATION OF ERIC CAMM IN SUPPORT OF
FIRST DAY MOTIONS - 8

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205    Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 13    Filed 09/09/24    Entered 09/09/24 16:19:00    Pg 8 of 17

Acting as Manager of Debtor, I made the decision to file a voluntary chapter 11 petition for Debtor.

30. Due to the nature of its Real Property assets, Debtor has a need to pay insurance, pay utilities and pay those working for it, including its professionals. If such payments are not made, the Debtor would suffer irreparable harm through the loss or diminution in value of its assets. The Debtor is unable to obtain unsecured credit to fund its continued operations.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct to the best of my knowledge.

DATED this 9th day of September 2024, at Seattle, Washington.

_____
Eric Camm

DECLARATION OF ERIC CAMM IN SUPPORT OF
FIRST DAY MOTIONS - 8

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205 Seattle, WA 98125
p. 206.489.3802 | f. 206.973.8737


24-01421-FPC11    Doc 13    Filed 09/09/24    Entered 09/09/24 16:19:00    Pg 9 of 17

# Exhibit A

| NAME OF PROPERTY | ADDRESS | DATE OF PURCHASE | TITLE ENTITY | VALUE AT PURCHASE | 1st MORTAGE Amt. (est. as of May 2024) | 1st LENDER | 2d LENDER | EST. VALUE/SALE PRICE | Listed for Sale Status | Property Type Summary |
|---|---|---|---|---|---|---|---|---|---|---|
| ARIZONA 4237 E MAGNOLIA | 4237 E MAGNOLIA PHOENIX ARIZONA | 2020 | IDEAL PROPERTY INVESTMENTS LLC | $ 1,050,000 | $ 737,500 | First Security Bank | FIRST FED BANK | $ 3,900,000 | Yes | Industrial/retail/flex 6 tenants, 10 |
| ARIZONA MANUFACTURING | 1930 N 22ND AVE PHOENIX AZ 85009 | 12/2/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 5,450,000 | $ 4,087,500 | FSBNV | FIRST FED BANK | $ 975,000 | | Industrial/Warehouse |
| YUMA ARIZONA | 653 E 20TH STREET YUMA AZ 85365 | 12/15/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 1,500,000 | $ 1,050,000 | Candence Bank | FIRST FED BANK | $ 9,500,000 | Yes | Warehouse/industrial |
| ARIZONA ICE/WATER | 700 S. ARIZONA BLVD COOLIDGE AZ 85128 | 9/16/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 120,000 | $ - | FIRST FED BANK | | $ 4,900,000 | Yes | Industrial |
| HAYWARD | 25377 HUNTWOOD AVENUE HAYWARD CA 94544 | 9/14/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 8,400,000 | $ 3,850,000 | Socotra Capital | FIRST FED BANK | | | County site says, Storage building built 1970. |
| ESCONDIDO | 530 OPPER STREET ESCONDIDO, CA | 8/2/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 4,797,456 | $ 3,850,000 | Socotra Capital | FIRST FED BANK | $ 6,960,000.00 | Yes | RV and Boat Storage 14919 & 14821 vacant land 14805 is a SFR |
| TALLAHASSEE | 877 ORANGE AVE TALLAHASSEE FL | 7/7/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 330,000 | $ - | FIRST FED BANK | | $ 4,100,000 | | Industrial |
| COMMERCIAL BLDG IL | 8460 THOMAS AVENUE BRIDGEVIEW, IL 60455 | 1/13/2022 | IDEAL PROPERTY INVESTMENTS LLC | $ 500,000 | $ - | FIRST FED BANK | | $ 599,000 | | warehouse |
| MISSOULA | 1924 NORTH AVE W, MISSOULA, MT 59801 | | IDEAL PROPERTY INVESTMENTS LLC | | | | | $ 691,200.00 | | warehouse |
| VEGAS | 7925 W ARBY AVE LAS VEGAS NV, 89113 | 2020 | IDEAL PROPERTY INVESTMENTS LLC | $ 3,854,045 | $ 3,090,000 | FSBNV | FIRST FED BANK | $ 850,000 | | Warehouse |
| PORTLAND | 19355 SW TETON AVENUE TUALATIN OREGON | 1/21/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 2,735,000 | $ 1,430,352 | FIRST FED BANK | | $ 525,000 | | Industrial/Warehouse |
| DALLAS | 2709 ELECTRONIC LANE DALLAS TEXAS 75220 | 8/31/2022 | IDEAL PROPERTY INVESTMENTS LLC | $ 4,560,000 | $ 3,420,000 | BANCORP SOUTH | FIRST FED BANK | | | |
| 630 VEREDA | 630 Vereda, San Antonio, TX 78201 | | IDEAL PROPERTY INVESTMENTS LLC | | | | | $ 180,900.00 | | Warehouse/ light industrial |
| 4407 SUN VISTA | 4407 Sun Vista Ln, San Antonio, TX 78217 | | IDEAL PROPERTY INVESTMENTS LLC | | | | | $ 230,700.00 | | residential |

| Property | Address | Date | Owner LLC | Purchase Price | Loan Amount | Lender | Other Lender | Value | Guaranteed | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| UTAH | 586 WEST 9320 SOUTH, SANDY, UT | | IDEAL PROPERTY INVESTMENTS LLC | | | | | $ 2,789,328.00 | | retail |
| STANWOOD-JOHN BERRY | 27423 40TH AVE STANWOOD WA | 2020 | IDEAL PROPERTY INVESTMENTS LLC | $ 775,000 | $ 550,000 | AVATAR/NBC Mergeco Inc. | FIRST FED BANK | $ 1,500,000 | Yes | Industrial |
| 12 EMERY | 12 Emery Rd, Oroville, WA 98844 | 4/28/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 215,000 | $ - | FIRST FED BANK | | $ 6,125,000 | Yes | Warehouse |
| EVERETT | 11410 BEVERLY PARK RD EVERETT WA 98204 | 9/9/2021 | IDEAL PROPERTY INVESTMENTS LLC | $ 6,225,000 | $ 4,223,810 | FIRST FED BANK | | $ 900,000 | | Industrial/Warehouse |
| ARLINGTON AIRPORT | 3811 188TH STREET NE ARLINGTON WA | 2019 | IDEAL PROPERTY INVESTMENTS LLC | $ 995,000 | $ 695,000 | FIRST FED BANK | | $ 2,800,000 | Yes | Industrial |
| STANWOOD | 27602 40th Ave NW, Stanwood, WA | 2020 | IDEAL PROPERTY INVESTMENTS LLC | $ 775,000 | $ 550,000 | NBC Mergeco, Inc | FIRST FED BANK | $ 4,750,000 | | Industrial |
| CAMANO | 3200 SHORELINE DR CAMANO ISLAND WA | 2020 | IDEAL PROPERTY INVESTMENTS LLC | $ 830,000 | $ 500,000 | NBC Mergeco, Inc | FIRST FED BANK | $ 175,000 | | Land with pole structure |
| MARYSVILLE | 14925 35th Ave NE, Marysville, WA 98271 | 2019 | IDEAL INDUSTRIAL PARK LLC (FORMERLY IDEAL PROPERTY INVESTMENTS LLC) | $ 1,350,000 | $ 950,000 | Seller/Everett 1 LLC | FIRST FED BANK | $ 900,000 | | SFR 1-4 |
| 8825 KENT | 8825 S 228TH ST KENT WA 98031 | 5/25/2021 | 8825 LLC | $ 5,250,000 | $ 2,903,352 | FIRST FED BANK | | $ 2,950,000 | | Warehouse with 2 offices |
| GEORGIA BUILDING (COLUMBUS) | 1118 Virginia St, Columbus, GA | 2020 | 1118 VIRGINIA STREET LLC | $ 500,000 | $ 318,000 | PINNACLE | FIRST FED BANK | $ 775,000 | | SFR 1-4 |
| NORTH CAROLINA | 701 EDEN TERRACE ARCHDALE NC 27263 | 2019 | 701 EDEN LLC | $ 845,000 | $ 640,000 | PINNACLE BANK | FIRST FED BANK | $ 775,000 | | Vacant land |
| FORT MYERS | 2129 ANDREA LANE FORT MYERS FL 33912 | 2020 | 2129 ANDREA LANE LLC | $ 2,235,000 | $ 1,735,000 | STRONGHILL CAPITAL, LLC & SBA | | $ 1,000,000 | Yes | Vacant land |
| LONGVIEW TEXAS | 343 JOHNNY CLARK ROAD LONGVIEW TEXAS 75605 | 2020 | 343 JOHNNY CLARK LLC | $ 830,000 | $ 600,000 | FIRST FED BANK | | $ 650,000 | | Warehouse |
| ARIZONA 4035 E MAGNOLIA | 4035 East Magnolia St. Phoenix, AZ | | 3422 W CLARENDON LLC | | | | | $ 937,500 | | commercial |
| 4827 STANWOOD | 4827 268TH ST NW, STANWOOD, WA 98292 | | 3422 W CLARENDON LLC | | | | | $ 545,000.00 | | residential |
| SMOKEY POINT BLVD | 14418 SMOKEY PT BLVD., MARSYVILLE, WA 98270 | | 3422 W CLARENDON LLC | | | | | $ 500,050.00 | | commercial |
| HOUSTON | 11519 SOUTH PETROPARK AVENUE HOUSTON TX | 2020 | 11519 SOUTH PETROPARK LLC | $ 915,000 | $ 650,000 | AM FIRST NATIONAL HOUSTON | FIRST FED BANK | $ 100,000 | | Vacant land |
| SMOKEY POINT HOLDINGS LLC | 3740 152ND ST NE, MARYSVILLE, WA 98271 | | SMOKEY POINT HOLDINGS LLC | | | | | $ 1,614,900.00 | | land |

| Property | Address | Date | Owner | Amount 1 | Amount 2 | Party | Bank | Amount 3 | Y/N | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SMOKEY POINT | 14919, 14821 Smokey Point BLVD, Marysville, WA 98271, 14805 35th Ave NE, Marysville, WA 98270 | 7/11/1905 | SMOKEY POINT HOLDINGS LLC | $ 5,000,000.00 | $ 1,690,000.00 | NBC Mergeco, Inc | FIRST FED BANK (as to 5 of 6 parcels) | $ 7,470,000.00 | Yes | Warehouse/industrial |
| MURFREESBORO | 730 MIDDLE TENN BLVD MURFREESBORO TN 37129 | 3/17/2022 | IDEAL MURFREESBORO | $ 3,660,000 | 3,123,426 | AVATAR | FIRST FED BANK | $ 5,800,000 | Yes | Warehouse |
| GREENLEAF | 1400 GREENLEAF AVE ELK GROVE VILLAGE, IL 60007 | 3/1/2022 | IDEAL GREENLEAF LLC | $ 4,425,000 | $ 3,000,000 | Avatar REIT I LLC | FIRST FED BANK | $ 1,250,000 | Yes | Industrial |

# Exhibit B

| Property Name | Address | City | Zip | State | ENTITY OWNER / LANDLORD | Tenant Type | Tenant | Cost Per Month |
|---|---|---|---|---|---|---|---|---|
| GEORGIA BUILDING (COLUMBUS) | 1118 Virginia St, Columbus, GA | | | | 1118 VIRGINIA STREET LLC | Related Party | Refreshing GA | |
| HOUSTON | 11519 SOUTH PETROPARK AVENUE HOUSTON TX | | | | 11519 SOUTH PETROPARK LLC | Related Party | Refreshing TX | |
| FORT MYERS | 2129 ANDREA LANE FORT MYERS FL 33912 | | | | 2129 ANDREA LANE LLC | Related Party | Refreshing FL | |
| FORT MYERS | 2129 ANDREA LANE FORT MYERS FL 33912 | | | | 2129 ANDREA LANE LLC | 3rd Party | Condo Cars | |
| FORT MYERS | 2129 ANDREA LANE FORT MYERS FL 33912 | | | | 2129 ANDREA LANE LLC | 3rd Party | Beaches Interior LLC | |
| LONGVIEW TEXAS | 343 JOHNNY CLARK ROAD LONGVIEW TEXAS 75605 | | | | 343 JOHNNY CLARK LLC | Related Party | Refreshing TX | |
| NORTH CAROLINA | 701 EDEN TERRACE | ARCHDALE | 27263 | NC | 701 EDEN AVE LLC | 3rd Party | BUREAU OFFICE INC. | $ 10,625 |
| NORTH CAROLINA | 701 EDEN TERRACE ARCHDALE NC 27263 | | | | 701 EDEN LLC | Related Party | Refreshing USA | |
| CHICAGO 1400 GREENLEAF | 1400 GREENLEAF AVE ELK GROVE VILLAGE, IL 60007 | | | | IDEAL GREENLEAF LLC | Related Party | Refreshing GL | |
| ARIZONA 4237 E MAGNOLIA | 4237 E MAGNOLIA PHOENIX ARIZONA | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing AZ | |
| ARIZONA ICE/WATER | 700 S. Arizona Blvd. | Coolidge | 85128 | AZ | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Ice & Water Vendors | $ - |
| ARIZONA MANUFACTURING | 1930 N 22nd Ave. | Phoenix | 85009 | AZ | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Grand Canyon Foods International | $ 15,225 |
| ARIZONA MANUFACTURING | 1930 N 22nd Ave. | Phoenix | 85009 | AZ | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Mach Holdings | $ - |
| COMMERCIAL BLDG IL | 8460 THOMAS AVENUE BRIDGEVIEW, IL 60455 | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing GL | |
| DALLAS | 2711 Electronic Lane | Dallas | 75220 | TX | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Select Technolgy Group | $ 3,002 |
| DALLAS | 2715 Electronic Lane | Dallas | 75220 | TX | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Dobbs Stanford Corp. | $ 11,097 |
| DALLAS | 2709 ELECTRONIC LANE DALLAS TEXAS 75220 | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing TX | |
| EVERETT | 11411 Beverly Park Rd. | Everett | 98205 | WA | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Arlington Recycle | $ 10,000 |
| EVERETT | 11410 BEVERLY PARK RD EVERETT WA 98204 | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing USA | |
| HAYWARD | 25377 Huntwood Ave. | Hayward | 94544 | CA | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | ITA Med Co | $ 17,000 |
| NASHVILLE | 730a Middle Tennessee Blvd, Suite 9 | Murfreesboro | 37129 | TN | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Receumbent Bicycles of Tennessee | $ 1,292 |
| NASHVILLE | 730a Middle Tennessee Blvd, Suite 10 and 11 | Murfreesboro | 37129 | TN | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Tenn 730 Business LLC | $ 4,667 |
| NASHVILLE | 730a Middle Tennessee Blvd, Suite 12 | Murfreesboro | 37129 | TN | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Guardian MMA, LLC | $ 4,851 |
| NASHVILLE | 730a Middle Tennessee Blvd, Suite 13 | Murfreesboro | 37129 | TN | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Hexa Partners | $ 4,118 |
| NASHVILLE | 730a Middle Tennessee Blvd, Suite 14-15 | Murfreesboro | 37129 | TN | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | The Warehouse | $ 3,219 |
| NASHVILLE | 730a Middle Tennessee Blvd, Suites 18-20 | Murfreesboro | 37129 | TN | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Oerlikon Balzers Coating USA, Inc. | $ 6,888 |
| PORTLAND | 19355 SW TETON AVENUE TUALATIN OREGON | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing MW | |
| TALLAHASSEE | 877 ORANGE AVE TALLAHASSEE FL | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing FL | |
| VEGAS | 7925 W ARBY AVE LAS VEGAS NV, 89113 | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing NV | |
| YUMA ARIZONA | 653 E 20th St. Suite A | Yuma | 85365 | AZ | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Yuma Gymnastics | $ 2,808 |
| YUMA ARIZONA | 653 E 20TH STREET YUMA AZ 85365 | | | | IDEAL PROPERTY INVESTMENTS LLC | Related Party | Refreshing AZ | |
| SAN DIEGO | 530 Opper St., Unit B  Mauricio Rosas  916-953-3663 | Escondido | 92029 | CA | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Progressive Design Playgrounds | $ 4,725 |
| SAN DIEGO | 530 Opper St., Unit A | Escondido | 92029 | CA | IDEAL PROPERTY INVESTMENTS LLC | 3rd Party | Sound-Crete / Cell-Crete Corp. | $ 6,327 |
| MISSOULA | Unknown | | | | Unconfirmed | 3rd Party | Customm Upholstery - Missoula MT | |
| PORTLAND | 19355 SW TETON AVENUE TUALATIN OREGON | | | | Unconfirmed | 3rd Party | Sky Heating and Air Conditioning - Tualitin OR | |
| PORTLAND | 19355 SW TETON AVENUE TUALATIN OREGON | | | | Unconfirmed | 3rd Party | Sherwood Collision Center | |

# Exhibit C

| Ideal Property Investments LLC | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
|---|---|---|---|---|---|---|
| **Forecasted Cash Flow** | 9/6/2024 | 9/13/2024 | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| Northwest Bank *3000 | 54,230 | | | | | |
| **Beginning Bank Balance** | 54,230 | 85,785 | 85,785 | 132,131 | (0) | 32,482 |

| Income | 9/6/2024 | 9/13/2024 | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 | Total |
|---|---|---|---|---|---|---|---|
| Rental Property Income | $ 33,145 | $ - | $ 46,346 | $ - | $ 33,145 | $ - | $ 112,636 |
| Property Disposition (net) | - | - | - | - | - | - | $ - |
| **Income Inflow** | $ 33,145 | $ - | $ 46,346 | $ - | $ 33,145 | $ - | $ 112,636 |

| Operating Expenses | | | | | | | |
|---|---|---|---|---|---|---|---|
| Adequate Protection Payments | - | - | - | 36,299 | - | - | $ 36,299 |
| Property Insurance | - | - | - | 58,583 | - | - | $ 58,583 |
| Professional Fee Holdback | - | - | - | 15,000 | - | - | $ 15,000 |
| Turnover Cost - Section 503(b)3 | - | - | - | 10,000 | - | - | |
| Manager Compensation | - | - | - | 12,000 | - | - | |
| US Trustee Fees | - | - | - | 250 | - | - | |
| Rental Utilities | 1,590 | - | - | - | 663 | - | $ 2,253 |
| **Operational Outflow** | $ 1,590 | $ - | $ - | $ 132,132 | $ 663 | $ - | $ 134,384 |
| **Total Cashflow** | $ 31,555 | $ - | $ 46,346 | $ (132,132) | $ 32,482 | $ - | |

| Ending Bank Balance | $ 85,785 | $ 85,785 | $ 132,131 | $ (0) | $ 32,482 | $ 32,482 |
|---|---|---|---|---|---|---|