Joe Sakay, WSBA No. 24667
BUCHALTER,
A Professional Corporation
1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Telephone: 206.319.7052

*Attorneys for Socotra REIT I, LLC*

Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re<br><br>IDEAL PROPERTY INVESTMENTS LLC,<br><br>Debtor. | Case No. 24-01421-FPC11<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THE COURT AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Joe Sakay of Buchalter, A Professional Corporation, hereby appears to represent secured creditor Socotra REIT I, LLC. This Appearance is entered without waiver of any rights or defenses. Copies of all further papers and proceedings herein, except original process, shall be served upon the undersigned.

DATED this 10th day of September, 2024.

BUCHALTER,
A Professional Corporation


By  */s/ Joe Sakay*
Joe Sakay, WSBA No. 24667
Email: jsakay@buchalter.com

*Attorneys for Socotra REIT I, LLC*

NOTICE OF APPEARANCE - 1

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

BN 84423205v1

24-01421-FPC11    Doc 25    Filed 09/10/24    Entered 09/10/24 14:35:28    Pg 1 of 1