## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 12, 2024     X _____
                                     Signature of individual signing on behalf of debtor

                                     Eric J. Camm
                                     Printed name

                                     Manager
                                     Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Ideal Property Investments LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known): | 24-1421 |

☒ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 352 Capital GP LLC c/o Sean V. Small Lasher Holzapfel Sperry & Ebberson PLLC 601 Union Street, Suite 2600 Seattle, WA 98101 | | | Contingent Unliquidated Disputed | $106,925,000.00 | $0.00 | $106,925,000.00 |
| A&R Water Supply 4 Peace Street Pelham, NY 10803 | | | Contingent Unliquidated Disputed | | | $3,275,245.00 |
| Big Boy Tools LLC 12625 Hideout Drive Noblesville, IN 46060 | | | Contingent Unliquidated Disputed | | | $3,038,358.00 |
| ChugIt LLC 2111 Riverview Dr. Dandridge, TN 37725 | | | Contingent Unliquidated Disputed | | | $3,638,308.00 |
| COLE WS TECH LLC 2960 Lewallen Place Decatur, IL 62521 | | | Contingent Unliquidated Disputed | | | $2,453,150.00 |
| First Federal Bank c/o Lane Powell LLP 1420 Fifth Avenue, Suite 4200 Attn: Gregory R. Fox 98101 | 19355 SW Teton AvenueTualatin, OR 97062 11410 Beverly Park RoadEverett, WA 98204 | | Contingent Unliquidated Disputed | $24,148,034.80 | $10,420,000.00 | $13,728,034.80 |
| Granite Street Ventures, LLC 2468 Santa Barbara Ln Franklin, TN 37069 | | | Contingent Unliquidated Disputed | | | $3,154,417.00 |
| Indiana Water Technology LLC 6404 Myrtle Lane Indianapolis, IN 46220 | | | Contingent Unliquidated Disputed | | | $3,403,296.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MAJI 8377 LLC 8377 Old Plank Rd. Grand Blanc, MI 48439 | | | Contingent Unliquidated Disputed | | | $1,501,945.00 |
| Pacific Water Technology LLC 2305 43rd Street SE Puyallup, WA 98374 | | | Contingent Unliquidated Disputed | | | $3,247,171.00 |
| Prasiti Water Investments LLC 2001 S Hardin Blvd Suite 110 #102 McKinney, TX 75070 | | | Contingent Unliquidated Disputed | | | $2,807,461.00 |
| RC WS TECH 1157 LLC 2960 Lewallen Place Decatur, IL 62521 | | | Contingent Unliquidated Disputed | | | $2,006,250.00 |
| RD WS TECH 3594 7356 Lester Street Lexington, MI 48450 | | | Contingent Unliquidated Disputed | | | $1,679,764.00 |
| Rose Trail Ventures 2 LLC 4216 Central Lane Memphis, TN 38117 | | | Contingent Unliquidated Disputed | | | $2,584,221.00 |
| Rose Trail Ventures LLC 4216 Central Lane Memphis, TN 38117 | | | Contingent Unliquidated Disputed | | | $2,584,221.00 |
| SDB H20 LLC 6276 Talon Preserve Dr Nokomis, FL 34275 | | | Contingent Unliquidated Disputed | | | $1,812,369.00 |
| Siripi WST LLC 13919 Hughes Lane Dallas, TX 75240 | | | Contingent Unliquidated Disputed | | | $3,410,500.00 |
| Socotra REIT I LLC 2208 29th Street, Suite 100 Sacramento, CA 95817 | 530 Opper StreetEscondido, CA | | | $8,001,770.71 | $4,900,000.00 | $3,101,770.71 |
| SS Holdings LLC 4601 Chennault Beach Road, Suite 200 Mukilteo, WA 98275 | | | | $3,147,802.00 | $0.00 | $3,147,802.00 |
| WST LLC 6276 Talon Preserve Dr Nokomis, FL 34275 | | | Contingent Unliquidated Disputed | | | $1,979,851.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor name     Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................   $    77,388,578.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................................   $    54,230.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................................   $    77,442,808.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    169,980,681.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $    564,639.61

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$    105,464,942.70

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b                        $    276,010,263.53

Debtor name **Ideal Property Investments LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known) **24-1421**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 9435 | $0.00 |
| 3.2. | Cadence Bank | | unk. | $0.00 |
| 3.3. | Northwest Bank | | 1300 | $54,230.00 |
| 3.4. | Chase | | 9470 | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $54,230.00 |
|---|

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 5 of 35

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.**    **Accounts receivable**

11b. Over 90 days old:        989,101.00  –       989,101.00  =....         $0.00
                      face amount              doubtful or uncollectible accounts

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        $0.00

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 6 of 35

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | 4237 E. Magnolia<br>Phoenix, AZ | | $0.00 | $1,250,000.00 |
| 55.2. | 1930 N. 22nd Avenue<br>Phoenix, AZ 85009 | | $0.00 | $5,800,000.00 |
| 55.3. | 653 E. 20th Street<br>Yuma, AZ | | $0.00 | $1,500,000.00 |
| 55.4. | 700 S. Arizona Blvd.<br>Coolidge, AZ 85128 | | $0.00 | $100,000.00 |
| 55.5. | 25377 Huntwood<br>Avenue<br>Hayward, CA 94544 | | $0.00 | $9,500,000.00 |
| 55.6. | 530 Opper Street<br>Escondido, CA | | $0.00 | $4,900,000.00 |
| 55.7. | 877 Orange Avenue<br>Tallahassee, FL | | $0.00 | $599,000.00 |
| 55.8. | 8460 Thomas Avenue<br>Bridgeview, IL 60455 | | $0.00 | $650,000.00 |
| 55.9. | 1924 North Avenue W<br>Missoula, MT 59801 | | $0.00 | $691,200.00 |
| 55.10<br>. | 7925 W. Arby Avenue<br>Las Vegas, NV 89113 | | $0.00 | $2,800,000.00 |
| 55.11<br>. | 19355 SW Teton<br>Avenue<br>Tualatin, OR 97062 | | $0.00 | $2,950,000.00 |
| 55.12<br>. | 2709 Electronic Lane<br>Dallas, Texas 75220 | | $0.00 | $4,750,000.00 |
| 55.13<br>. | 630 Vereda<br>San Antonio, TX<br>78201 | | $0.00 | $180,900.00 |

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 7 of 35

| | | | | |
|---|---|---|---|---|
| 55.14. | 4407 Sun Vista Lane<br>San Antonio, TX<br>78217 | | $0.00 | $230,700.00 |
| 55.15. | 586 West 9320 South<br>Sandy, UT 84070 | | $0.00 | $2,789,328.00 |
| 55.16. | 27423 40th Avenue<br>Stanwood, WA 98292 | | $0.00 | $775,000.00 |
| 55.17. | 12 Emery Road<br>Oroville, WA 98844 | | $0.00 | $175,000.00 |
| 55.18. | 11410 Beverly Park<br>Road<br>Everett, WA 98204 | | $0.00 | $7,470,000.00 |
| 55.19. | 3811 188th Street NE<br>Arlington, WA 98223 | | $0.00 | $1,000,000.00 |
| 55.20. | 27602 40th Avenue<br>NW<br>Stanwood, WA 98292 | | $0.00 | $775,000.00 |
| 55.21. | 3200 Shoreline Drive<br>Camano Island, WA<br>98292 | | $0.00 | $900,000.00 |
| 55.22. | Interest in Ideal<br>Industrial Park LLC | | $0.00 | Unknown |
| 55.23. | Interest in 2129<br>Andrea Lane LLC | | $0.00 | $4,100,000.00 |
| 55.24. | Interest in 1118<br>Virginia Street LLC | | $0.00 | $525,000.00 |
| 55.25. | Interest in 701 Eden<br>LLC | | $0.00 | $900,000.00 |
| 55.26. | Interest in 11519<br>South Petropark LLC | | $0.00 | $975,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 8 of 35

| | | | | |
|---|---|---|---|---|
| 55.27. | Interest in 343 Johnny Clark LLC | | $0.00 | $850,000.00 |
| 55.28. | Interest in 8825 LLC | | $0.00 | $4,545,000.00 |
| 55.29. | Interest in 3422 W. Clarendon LLC | | $0.00 | $1,982,550.00 |
| 55.30. | Interest in Smokey Point Holdings LLC | | $0.00 | $8,574,900.00 |
| 55.31. | Interest in Ideal Murfreesboro LLC | | $0.00 | $3,900,000.00 |
| 55.32. | Interest in Ideal Greenleaf LLC | | $0.00 | $1,250,000.00 |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

> $77,388,578.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $77,388,578.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $54,230.00 | + 91b. $77,388,578.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $77,442,808.00 |

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** 352 Capital GP LLC | Describe debtor's property that is subject to a lien | $106,925,000.00 | $0.00 |

Creditor's Name

c/o Sean V. Small
Lasher Holzapfel Sperry &
Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

| **2.2** Cadence Bank | Describe debtor's property that is subject to a lien<br>653 E. 20th StreetYuma, AZ | $1,123,400.91 | $1,500,000.00 |
| --- | --- | --- | --- |

Creditor's Name

Attn: Billy J. Babineaux, Jr.,
315 Settlers Trace Blvd
Lafayette, LA 70508

Creditor's mailing address

**Describe the lien**
Deed of Trust

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 | Cadence Bank | | |
|---|---|---|---|

Creditor's Name

Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $1,102,181.99    $691,200.00
1924 North Avenue WMissoula, MT 59801

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Cadence Bank | | |
|---|---|---|---|

Creditor's Name

Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $1,400,202.63    $2,789,328.00
586 West 9320 SouthSandy, UT 84070

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Cadence Bank | | |
|---|---|---|---|

Creditor's Name

Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $3,379,541.94    $4,750,000.00
2709 Electronic LaneDallas, Texas 75220

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

24-01421-FPC11     Doc 41     Filed 09/12/24     Entered 09/12/24 13:16:40     Pg 12 of 35

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Everett 1 LLC | Describe debtor's property that is subject to a lien | $1,024,402.48 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Schweet Linde &
Rosenblum, PLLC, 575 S.
Michigan St.
Seattle, WA 98108

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | First Federal Bank | Describe debtor's property that is subject to a lien | $24,148,034.80 | $10,420,000.00 |
|---|---|---|---|---|

Creditor's Name

c/o Lane Powell LLP
1420 Fifth Avenue, Suite
4200
Attn: Gregory R. Fox
98101

Creditor's mailing address

19355 SW Teton AvenueTualatin, OR 97062;
11410 Beverly Park RoadEverett, WA 98204

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.8 | First Security Bank of Nevada | Describe debtor's property that is subject to a lien | $7,828,109.70 | $9,850,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Carolyn Crockett, 9130
W Russell Rd., Suite 100
Las Vegas, NV 89148

Creditor's mailing address

4237 E. MagnoliaPhoenix, AZ; 1930 N. 22nd
AvenuePhoenix, AZ 85009; 7925 W. Arby
AvenueLas Vegas, NV 89113

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**

---

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Integra Realty Resources-Charlotte LLC | Describe debtor's property that is subject to a lien | $3,000.00 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name
214 W. Tremont Ave, Suite 200
Charlotte, NC 28203
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Jo A. Duke Properties | Describe debtor's property that is subject to a lien | $650,000.00 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

4078 Bell Meadows Rd.
Longview, TX 75605
Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Lance Mueller & Associates/Architects | Describe debtor's property that is subject to a lien | $113,902.72 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name
140 Lakeside Avenue, Suite

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 14 of 35

310
Seattle, WA 98122

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | Land Technologies, Inc. | **Describe debtor's property that is subject to a lien** | $18,881.25 | $0.00 |

Creditor's Name

18820 3rd Ave NE
Arlington, WA 98223

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | NBC Mergeco, Inc. | **Describe debtor's property that is subject to a lien** 27423 40th AvenueStanwood, WA 98292 | $1,122,855.71 | $775,000.00 |

Creditor's Name
c/o Schweet Linde &
Rosenblum, PLLC, 575 S.
Michigan St.
Seattle, WA 98108

Creditor's mailing address

**Describe the lien**
Deed of Trust

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 10

**2.14**   NBC Mergeco, Inc.

Creditor's Name

c/o Schweet Linde &
Rosenblum, PLLC, 575 S.
Michigan St.
Seattle, WA 98108

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | $1,124,962.89      $0.00 |

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.15**   NBC Mergeco, Inc.

Creditor's Name

c/o Schweet Linde &
Rosenblum, PLLC, 575 S.
Michigan St.
Seattle, WA 98108

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Describe debtor's property that is subject to a lien**<br>3200 Shoreline DriveCamano Island, WA 98292 | $624,932.58      $900,000.00 |

**Describe the lien**
Deed of Trust
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Tyee Beach Water Association, Inc.
2. NBC Mergeco, Inc.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**   Pitney Bowes Inc.

Creditor's Name

27 Waterview Dr., 3rd Floor
Shelton, CT 06484

Creditor's mailing address

Creditor's email address, if known

| | |
|---|---|
| **Describe debtor's property that is subject to a lien** | $1,750.68      $0.00 |

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Date debt was incurred**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.1 7 | | | | |
|---|---|---|---|---|

**Servbank, SB**
Creditor's Name

3201 Orchard Rd.
Oswego, IL 60543
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
4407 Sun Vista LaneSan Antonio, TX 78217

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,356.72  $230,700.00

---

| 2.1 8 | | | | |
|---|---|---|---|---|

**Socotra REIT I LLC**
Creditor's Name

2208 29th Street, Suite 100
Sacramento, CA 95817
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
530 Opper StreetEscondido, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,001,770.71  $4,900,000.00

---

| 2.1 9 | | | | |
|---|---|---|---|---|

**Socotra REIT I LLC**
Creditor's Name

2208 29th Street, Suite 100
Sacramento, CA 95817
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
25377 Huntwood AvenueHayward, CA 94544

**Describe the lien**

$7,987,868.28  $9,500,000.00

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | SS Holdings LLC | Describe debtor's property that is subject to a lien | $3,147,802.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

4601 Chennault Beach Road, Suite 200
Mukilteo, WA 98275

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | State of Washington, Dept of Ecology | Describe debtor's property that is subject to a lien | $1,720.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

300 Desmon Dr SE
Lacey, WA 98503

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | Tyee Beach Water Association, Inc. | Describe debtor's property that is subject to a lien | $600.00 | $900,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | | |
|---|---|---|
| **Creditor's Name**<br>c/o Carolyn Strong, 3067 Shoreline Dr.<br>Camano Island, WA 98282 | 3200 Shoreline DriveCamano Island, WA 98292 | |
| Creditor's mailing address | **Describe the lien** | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred** | | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.15 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | | | |
|---|---|---|---|---|
| 2.2<br>3 | Water for Commerce Fund Management, LLC | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
| | Creditor's Name<br>c/o K. Terrell Hutchins, Ottergourg, P.C., 230 Park Ave.<br>New York, NY 10169 | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.2<br>4 | We Do Dirt LLC | **Describe debtor's property that is subject to a lien** | $99,403.23 | $0.00 |
| | Creditor's Name | | | |
| | P.O. Box 65<br>North Lakewood, WA 98259 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Mechanic's Lien | | |
| | | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** | | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent | | |

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 19 of 35

including this creditor and its relative    ☐ Unliquidated
priority.                                    ☐ Disputed

_____

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $169,980,681.22

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David P. Papiez<br>Fox Rothschild<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98104 | Line  2.8 | |
| Jeffrey L. Smoot<br>Westwood Pacific Law PLLC<br>1725 SW Roxbury Street, Ste. 2<br>Seattle, WA 98106 | Line  2.20 | |
| Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>Attn: Gregory R. Fox<br>Seattle, WA 98101 | Line  2.7 | |
| Michael Wachtell<br>Buchalter PC<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017 | Line  2.18 | |
| Michael Wachtell<br>Buchalter PC<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017 | Line  2.19 | |
| Valier J. Schratz<br>Hall Griffin LLP<br>1851 E 1st Street, 10th Floor<br>Santa Ana, CA 92705 | Line  2.17 | |
| Vivian B. Fisher<br>Burke Law Group LLP<br>235 Peachtree St NE, Suite 1900<br>Atlanta, GA 30303 | Line  2.2 | |

24-01421-FPC11     Doc 41     Filed 09/12/24     Entered 09/12/24 13:16:40     Pg 20 of 35

**Fill in this information to identify the case:**

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Bexar County<br>Tax Assessor Collector,<br>233 N Pecos La Trinidad<br>San Antonio, TX 78207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,750.48 | $14,750.48 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Dallas County<br>c/o John K. Turner, Linebarger<br>Goggan Blair & Sampson, LLP, 2777<br>N. Stemmons Frwy, Suite 1000<br>Dallas, TX 75207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268,183.41 | $268,183.41 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Harris Co ESD #09<br>P.O. Box 3064<br>Houston, TX 77253 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.60 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 21 of 35

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,775.45 | $21,775.45 |
|---|---|---|---|

Island County Treasurer
P.O. Box 699
Coupeville, WA 98239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.5**

Priority creditor's name and mailing address

Lone Star College System
P.O. Box 3064
Houston, TX 77253

As of the petition filing date, the claim is:     $860.12     $860.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.6**

Priority creditor's name and mailing address

Maricopa County Treasurer
301 W Jefferson St., Suite 100
Phoenix, AZ 85003

As of the petition filing date, the claim is:     $11,088.13     $11,088.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.7**

Priority creditor's name and mailing address

Missoula County Treasurer
200 W. Broadway
Missoula, MT 59801

As of the petition filing date, the claim is:     $6,629.73     $6,629.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.8**

Priority creditor's name and mailing address

Oroville-Tonasket Irrigation District
P.O. Box 1729
Oroville, WA 98844

As of the petition filing date, the claim is:     $1,133.30     $1,133.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,654.83 | $2,654.83 |

**Pinal County Treasurer**
P.O. Box 729
Florence, AZ 85132

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,310.06 | $20,310.06 |

**Salt Lake County Treasurer**
c/o Ray Lancaster,
2001 S. State St., Suite N1-200
Salt Lake City, UT 84114

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196,021.93 | $196,021.93 |

**Snohomish County Treasurer**
3000 Rockefeller Ave, M/S 501
Everett, WA 98201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,877.57 | $20,877.57 |

**Washington County Tax Collector**
155 N 1st Ave., Suite 130, MS-8
Hillsboro, OR 97124

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504,812.00 |

**210 SA Holdings LLC**
825 North Saint Marys, Suite 101
San Antonio, TX 78205

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,275,245.00 |
|---|---|---|---|

**A&R Water Supply**
4 Peace Street
Pelham, NY 10803

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $572,327.00 |
|---|---|---|---|

**Abby Wyatt Group Inc.**
214 Mountain Crest Dr.
Taylors, SC 29687

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431,793.00 |
|---|---|---|---|

**Adventure Done Right LLC**
3395 S La Mesa Rd.
Salt Lake City, UT 84109

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595,000.00 |
|---|---|---|---|

**Aiden Waterworks**
17825 Parkshore
Northville, MI 48168

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,300.00 |
|---|---|---|---|

**Aqualux Water LLC**
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101-2272

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850,000.00 |
|---|---|---|---|

**ASH Vending LLC**
10550 Morningdew Court
Littleton, CO 80126

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $452,000.00 |
|---|---|---|---|

**Be of Service LLC**
2601 Westheimer Rd #C502
Houston, TX 77098

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,038,358.00 |
|---|---|---|---|

**Big Boy Tools LLC**
12625 Hideout Drive
Noblesville, IN 46060

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013,154.00 |
|------|--------|--------|--------|

**3.10**
Nonpriority creditor's name and mailing address
BLC Water Company
1130 W Clifton Ave
Redlands, CA 92373

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$1,013,154.00

---

**3.11**
Nonpriority creditor's name and mailing address
Brightstreet Development LLC
221 State Ave, Suite 201
Marysville, WA 98270

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$59,177.32

---

**3.12**
Nonpriority creditor's name and mailing address
Brown Family Enterprises LLC
P.O. Box 145
Salem, OR 97308

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$425,000.00

---

**3.13**
Nonpriority creditor's name and mailing address
C&C Investment Holdings LLC
4200 Berry D Sims Wynd
Raleigh, NC 27612

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$856,213.00

---

**3.14**
Nonpriority creditor's name and mailing address
CHAURISHI RETAIL ENTERPRISES LLC
17775 NW Santiam Ct
Portland, OR 97229

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$429,659.00

---

**3.15**
Nonpriority creditor's name and mailing address
ChugIt LLC
2111 Riverview Dr.
Dandridge, TN 37725

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$3,638,308.00

---

**3.16**
Nonpriority creditor's name and mailing address
Coco Aqua LLC
139 Silent Manor Dr
Sugar Land, TX 77498

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$430,312.00

---

**3.17**
Nonpriority creditor's name and mailing address
COLE WS TECH LLC
2960 Lewallen Place
Decatur, IL 62521

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

$2,453,150.00

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,436.00 |
|---|---|---|---|
| | COLE WS TECH LLC<br>2960 Lewallen Place<br>Decatur, IL 62521 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,687.36 |
|---|---|---|---|
| | Columbia Fire LLC<br>111 S Findlay St<br>Seattle, WA 98108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,703,184.11 |
|---|---|---|---|
| | Creative Technologies LLC<br>2732 Grand Ave., Suite 122<br>Everett, WA 98201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☒ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $426,941.00 |
|---|---|---|---|
| | Culminate Water Technology LLC<br>23015 Caterham Drive<br>Ashburn, VA 20148 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $225,244.01 |
|---|---|---|---|
| | Dr. Ryan Richard<br>77 Peachtree Memorial Dr NW #3<br>Atlanta, GA 30309 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,004,500.00 |
|---|---|---|---|
| | Driftless Water Ventures<br>15403 Budd Road<br>Dubuque, IA 52002 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $850,000.00 |
|---|---|---|---|
| | Duane Okamoto and Linda Okamoto<br>c/o James P. Savitt,<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,577.47 |
|---|---|---|---|
| | Earth Solutions NW, LLC<br>15365 NE 90th St., Suite 100<br>Redmond, WA 98052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $459,000.00 |
|---|---|---|---|

**3.26** Nonpriority creditor's name and mailing address
Etania LLC
9363 E Atlantic Pl
Denver, CO 80231

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $459,000.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Ever Upward Inc
21 W Taylor Run Pkwy
Alexandria, VA 22314

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $286,910.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
FACTS PROPERTY SERVICES
7227 E. Baseline Rd, Ste 104
Mesa, AZ 85209

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $425,000.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Flatlands Equipment LLC
4306 W Shoreline Street
Wichita, KS 67205

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $1,020,000.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Founders Mosaic Partners LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

**Date(s) debt was incurred** 06/27/2024
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment
Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
Gary Young and Heidi Young
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $1,003,000.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
Granite Street Ventures, LLC
2468 Santa Barbara Ln
Franklin, TN 37069

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.* — $3,154,417.00
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 27 of 35

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900,000.00 |
|---|---|---|---|

GrayFin Ventures LLC
2609 Round Table Blvd
The Colony, TX 75056

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387,146.00 |
|---|---|---|---|

Great Oak Water, LLC
2114 Estes Park Dr
Allen, TX 75013

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407,500.00 |
|---|---|---|---|

Half Full Vending LLC
1413 Chesterton Dr
Richardson, TX 75080

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,500.00 |
|---|---|---|---|

Helmut Giewat
218 Sullivan Point
Dandridge, TN 37725

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386,325.00 |
|---|---|---|---|

Horeb Water Solutions LLC
6671 Santa Barbara Road, Ste. E
Elkridge, MD 21075

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,198.00 |
|---|---|---|---|

IMLSunshine LLC
334 Dole Drive
Lawrence, KS 66049

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,403,296.00 |
|---|---|---|---|

Indiana Water Technology LLC
6404 Myrtle Lane
Indianapolis, IN 46220

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Integra Realty Resources - Charlotte, LL
214 W Tremont Ave., Suite 200
Charlotte, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433,694.00 |
|---|---|---|---|

JBF Consulting Services LLC
1730 S Germantown Rd
Apt 207
Germantown, TN 38138

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,000.00 |
|---|---|---|---|

Jeffrey Brooke
5807 Title Row Drive
Bradenton, FL 34210

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,500.00 |
|---|---|---|---|

JK Seven LLC
3045 Wheaton Road
San Antonio, TX 78234

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427,000.00 |
|---|---|---|---|

JLE Enterprises LLC
7387 Upton Court
Castle Rock, CO 80104

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|

Kdawg Crypto LLC
14 Clinton St.
Milford, CT 06460

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650,450.00 |
|---|---|---|---|

Kmandy Investments LLC
6509 San Judas St
McKinney, TX 75070

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|

LivingWater Station LLC
799 Harbor Vista Drive
Columbia, SC 29229

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,600.00 |
|---|---|---|---|

Main Street Design Landscape Arch.
9402 Tidal Court
Bainbridge Island, WA 98110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 29 of 35

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,501,945.00 |
|---|---|---|---|
| | MAJI 8377 LLC<br>8377 Old Plank Rd.<br>Grand Blanc, MI 48439 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,933.35 |
|---|---|---|---|
| | Matter Business Park<br>at Warm Springs Owners Association<br>c/o MDL Group LLC<br>5960 S Jones Blvd<br>Las Vegas, NV 89118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416,000.00 |
|---|---|---|---|
| | May Auerbach<br>20425 Via Cristal<br>Yorba Linda, CA 92886 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.02 |
|---|---|---|---|
| | Mukilteo Water and Wastewater District<br>7824 Mukilteo Speedway<br>Mukilteo, WA 98275 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869,644.00 |
|---|---|---|---|
| | Nira Enterprises LLC<br>3301 Spring Mountain Drive<br>Plano, TX 75025 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,465.81 |
|---|---|---|---|
| | North Peak Associates, LLC<br>17270 Woodinville-Redmond Rd., Suite 705<br>Woodinville, WA 98072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431,941.00 |
|---|---|---|---|
| | NS SQ ECO WATERS LLC<br>1153 Flanders CT<br>Aurora, IL 60502 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891,078.00 |
|---|---|---|---|
| | Oaks WaterStation Tech LLC<br>3617 241st SE<br>Issaquah, WA 98029 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|

Oed Properties LLC
66 S. Pilney Plains Circle
Spring, TX 77382

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,247,171.00 |
|---|---|---|---|

Pacific Water Technology LLC
2305 43rd Street SE
Puyallup, WA 98374

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.15 |
|---|---|---|---|

Paine Field - Snohomish County Airport
Attn: Nickolis Landgraff, 10108 32nd Ave W,
Suite J
Everett, WA 98204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,807,461.00 |
|---|---|---|---|

Prasiti Water Investments LLC
2001 S Hardin Blvd
Suite 110 #102
McKinney, TX 75070

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|

Progressive Partners LLC
Lowe Street
Chantilly, VA 20151

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517,750.00 |
|---|---|---|---|

Q& V LLC
WaterStation Technology of Rockville
4905 Macon Road
Rockville, MD 20852

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006,250.00 |
|---|---|---|---|

RC WS TECH 1157 LLC
2960 Lewallen Place
Decatur, IL 62521

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679,764.00 |
|---|---|---|---|

RD WS TECH 3594
7356 Lester Street
Lexington, MI 48450

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**
Redwaters LLC
24352 Woodhall Ct
Naperville, IL 60564

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,399,000.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
Rincon del Diablo Water District
1920 North Iris Lane
Escondido, CA 92026

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$44.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$427,000.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
Rose Trail Ventures 2 LLC
4216 Central Lane
Memphis, TN 38117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,584,221.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
Rose Trail Ventures LLC
4216 Central Lane
Memphis, TN 38117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$2,584,221.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
Royal Reservoirs
6516 Hackberry Trl
Edmond, OK 73034

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$458,500.00**

---

**3.71**

**Nonpriority creditor's name and mailing address**
Rumson Wellness LLC
508 West 24th Street
Apt 6N
New York, NY 10011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,093,000.00**

---

**3.72**

**Nonpriority creditor's name and mailing address**
SDB H20 LLC
6276 Talon Preserve Dr
Nokomis, FL 34275

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,812,369.00**

---

24-01421-FPC11    Doc 41    Filed 09/12/24    Entered 09/12/24 13:16:40    Pg 32 of 35

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Seaga Manufacturing, Inc.
c/o John S. Kaplan,
Stoel Rivers LLP,
600 University St., Suite 3600          ☒ Contingent
Seattle, WA 98101                       ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64,851.00 |
|---|---|---|---|

Shutler Consulting Engineers, Inc.
12503 Bel-Red Rd., Suite 100            ☐ Contingent
Bellevue, WA 98005                      ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $297,500.00 |
|---|---|---|---|

Silver Oak H2O LLC
705 Silver Oak Dr                       ☒ Contingent
Glenwood Springs, CO 81601              ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,410,500.00 |
|---|---|---|---|

Siripi WST LLC
13919 Hughes Lane                       ☒ Contingent
Dallas, TX 75240                        ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,002,461.00 |
|---|---|---|---|

Spruce Water Investments
8102 Lowbank Dr.                        ☒ Contingent
Naples, FL 34109                        ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $431,825.00 |
|---|---|---|---|

Starter Holdings LLC
2333 W Straight Arrow Ln                ☒ Contingent
Phoenix, AZ 80585                       ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600,000.00 |
|---|---|---|---|

Summit Ventures 2
5940 E Adobe Dr                         ☒ Contingent
Phoenix, AZ 85054                       ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,004,500.00 |
|---|---|---|---|

Sun A WY LLC
1613 NW 42nd Pl                         ☒ Contingent
Cape Coral, FL 33993                    ☒ Unliquidated
                                        ☒ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

**3.81**

**Nonpriority creditor's name and mailing address**
Town & Country Fence Inc.
6410 212th St SW
Lynnwood, WA 98036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$15,613.10

---

**3.82**

**Nonpriority creditor's name and mailing address**
Tyler Sadek
Tarek Mercho
Mercho Caughey
828 E 64th
Indianapolis, IN 46220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.83**

**Nonpriority creditor's name and mailing address**
V2S2 LLC
5745 W Sumac Ave
Littleton, CO 80123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$854,500.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Vaupell Industrial Plastics
11323 Commando Rd W.
Everett, WA 98204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,000.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
Water Station Holdings LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.86**

**Nonpriority creditor's name and mailing address**
WST LLC
6276 Talon Preserve Dr
Nokomis, FL 34275

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,979,851.00

---

**3.87**

**Nonpriority creditor's name and mailing address**
WST Utah LLC
568 W. Threshing Way
Kaysville, UT 84037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$425,100.00

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005,000.00 |

WV Water Tech LLC
460 Deerfield Village Dr
Shepherdstown, WV 25443

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | James P. Savitt<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101 | Line _3.56_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line _2.5_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 564,639.61 |
| **5b. Total claims from Part 2** | 5b. + | 105,464,942.70 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 106,029,582.31 |