**So Ordered.**

**Dated: September 17th, 2024**

_Frederick P. Corbit_
**Frederick P. Corbit**
**Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>IDEAL PROPERTY INVESTMENTS LLC,<br><br>Debtor. | CASE NO. 24-01421-FPC11<br><br>ORDER APPROVING EXTENSION OF TIME TO FILE REMAINING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |

THIS MATTER having come on the Motion of debtor-in-possession pursuant to 11 U.S.C. § 105(a), Rules 1007(a) and 1007(c) of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Washington to extend time to file its Schedules G through J and Statement of Financial Affairs, and notice having been properly provided, and no further notice being deemed necessary, the court being fully advised in the premises, and good cause having been shown. Now, therefore,

ORDER APPROVING EXTENSION OF TIME TO FILE REMAINING
SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS - 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 67    Filed 09/17/24    Entered 09/17/24 16:20:16    Pg 1 of 2

IT IS HEREBY ORDERED Debtor's Motion is granted and the deadline for Debtor to file its Statement of Financial Affairs is extended to October 18, 2024. The relief granted herein shall not prejudice the Debtor from seeking further extensions of these time periods.

/// END OF ORDER ///

Presented by:

DBS LAW

By */s/ Laurie M. Thornton*
Laurie M. Thornton, WSBA #35030
*Proposed Attorneys for Debtor*

ORDER APPROVING EXTENSION OF TIME TO FILE REMAINING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

24-01421-FPC11    Doc 67    Filed 09/17/24    Entered 09/17/24 16:20:16    Pg 2 of 2