The Honorable Frederick P. Corbit

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re

IDEAL PROPERTY INVESTMENTS LLC.

Debtor.

CASE NO. 24-01421-FPC11

DECLARATION OF JOSEPH FANELLI IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY AND ASSUMPTION AND ASSIGNMENT OF LEASES

(ESCONDIDO)

JOSEPH FANELLI hereby declares as follows:

1. I am the Managing member of J. Fanelli Properties, LLC, which is the proposed asset manager ("Asset Manager") for Ideal Property Investments, LLC ("Debtor"). I am over the age of 18, and I am competent to testify. This declaration is based on my personal knowledge and my review of documents regarding the sale of the property located at 530 Opper Street, Escondido, California (the "Escondido Property") and discussions with brokers.

2. On or about July 15, 2024, Debtor entered into a Purchase and Sale Agreement (the "Agreement") to sell the Escondido Property to Chris Loughride ("Loughride" or

DECLARATION OF JOSEPH FANELLI IN SUPPORT OF
MOTION TO APPROVE SALE OF REAL PROPERTY AND
ASSUMPTION AND ASSIGNMENT OF LEASES (ESCONDIDO) - 1

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

"Purchaser") for $4,750,000. The Purchase and Sale Agreement is attached hereto as **Exhibit A**. Due to one tenant vacating a portion of the Property, the purchase price was reduced to $4,650,000. Addenda to the PSA addressing the reduced priced, as well as the Debtor's bankruptcy filing, are attached as **Exhibit B**. Loughride has negotiated the Agreement at arm's length, with each side negotiating through separate real estate brokers. Loughride is not related to the Debtor, its affiliates, or any of its insiders. The transaction contemplated by the Agreement is typical to a commercial real estate transaction in all respects.

3. The Escondido Property is an industrial complex that has two known leases. The first lease, for Suite A, is currently held by Sound-Crete Contractors, Inc., a California Corporation ("Sound-Crete") with a term that ends on September 30, 2027. To the best of the Debtor's knowledge, there are no defaults under the Sound-Crete lease. Lease documents for Sound-Crete are attached as **Exhibit C**. The second lease, for Unit B, is held by the original tenant, Progressive Design Playgrounds, a California Corporation ("PDP"), with a term that ends on October 31, 2026, subject to a three-year option to extend. To the best of the Debtor's knowledge, there are no defaults under the PDP lease. Lease documents for PDP are attached as **Exhibit D**.

4. The Property also has one space filled with equipment and inventory that appears to belong to one of the Debtor's affiliated entities, Water Station Management, LLC ("WSM"). The records of the Debtor indicate that WSM vacated the premises in or about September 2023. When WSM vacated the premises, it left behind certain equipment and inventory that remains on the Property. The Debtor intends to store that equipment and inventory.

DECLARATION OF JOSEPH FANELLI IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY AND ASSUMPTION AND ASSIGNMENT OF LEASES (ESCONDIDO) - 2

DBS│LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 80    Filed 09/24/24    Entered 09/24/24 17:36:04    Pg 2 of 5

5.    Debtor has been represented in this transaction by NAI Puget Sound Properties, through its co-broker NAI San Diego ("Broker"). The Broker's application to employ (ECF No. 37) is pending at the time this motion is filed. Pursuant to Debtor's proposal, the Broker is to receive 3% of the sales price. Further, Buyer is represented by Lee & Associates – San Diego, Inc. ("Buyer's Broker"). Under the terms of the Agreement, Buyer's Broker is to receive a commission of 2% of the sales price. The estimated closing statement, which is attached as **Exhibit G**, shows that after the payment of closing costs, brokers' commissions, and the Socotra payoff, the bankruptcy estate is currently estimated to receive $424,035.94.

6.    The Debtor has immediate need of cash to fund its operations, including to fund the payment of insurance on the remaining real property of the estate. As referenced in the First Day Declaration, many of these properties are currently under force placed insurance, which is expensive and does not provide full coverage to the bankruptcy estate. Further, by selling the Property, the estate will save money by not having to insure it. Finally, the paydown of Socotra from this sale will preserve the equity of the estate in the Hayward Property.

7.    First Fed has a second position deed of trust filed against the Real Property executed on November 21, 2023 ("First Fed DOT"). A copy of the First Fed DOT is attached hereto as **Exhibit E**.[1] The obligations secured by the First Fed DOT (*See* Section 3) are as follows:

| Obligation | Obligor | Date | Principal Amount | Security Granted at Closing[2] |
|---|---|---|---|---|
| x0613 Note | Creative | March 12, 2021 | $21,000,000.00 | All-asset lien |

---

[1] A copy of the preliminary title report for the Property, reflecting the First Fed DOT (along with Socotra's lien), is attached hereto as **Exhibit F** (which includes links to referenced documents).

[2] Because the First Fed DOT was granted after the obligation was incurred, this table summarized the security granted to First Fed simultaneously with the obligation.

DECLARATION OF JOSEPH FANELLI IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY AND ASSUMPTION AND ASSIGNMENT OF LEASES (ESCONDIDO) - 3

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 80    Filed 09/24/24    Entered 09/24/24 17:36:04    Pg 3 of 5

| | | | | |
|---|---|---|---|---|
| | Technologies, L.L.C. | | | against Creative |
| X0678 Note | Debtor | March 12, 2021 | $2,062,500.00 | 1st position on real property that loan proceeds were used to acquire |
| X0759 Note | 8825, LLC | May 24, 2021 | $3,675,000.00 | 1st position on real property that loan proceeds were used to acquire |
| X0858 Note | Debtor | Sept. 7, 2021 | $4,980,000.00 | 1st position on real property that loan proceeds were used to acquire |
| WSM Agreement | Water Station Management, LLC | Aug. 30, 2021 | Unknown | Unknown |

8. This sale is in the best interests of the bankruptcy estate and its creditors. Selling the real property will eliminate the risk of losing any value in the Property, partially eliminate Debtor's obligations under its guaranty of the Socotra debt, and allow this bankruptcy estate to obtain and be able to fully administer any and all claims.

DATED this 24th day of September 2024, at Seattle, Washington.

*/s/ Joseph Fanelli\**
Joseph Fanelli

*Wet Signature on File



DECLARATION OF JOSEPH FANELLI IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY AND ASSUMPTION AND ASSIGNMENT OF LEASES (ESCONDIDO) - 4

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

**CERTIFICATE OF SERVICE**

I, Dominique R. Scalia, hereby certify on September 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which, pursuant to Local Rule 5005-1(c)(1), causes parties who are registered ECF participants to be served by electronic means.

Dated this 24th day of September 2024 at Seattle, Washington.

By /s/ Dominique R. Scalia
Dominique R. Scalia



DECLARATION OF JOSEPH FANELLI IN SUPPORT OF MOTION TO APPROVE SALE OF REAL PROPERTY AND ASSUMPTION AND ASSIGNMENT OF LEASES (ESCONDIDO) - 5

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737