## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Arlington Recycle<br>11411 Beverly Park Road<br>Everett, WA 98205 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Beaches Interior LLC<br>2129 Andrea Lane<br>Fort Myers, FL 33912 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Bureau Office Inc.<br>701 Eden Terrace<br>High Point, NC 27263 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Condo Cars<br>2129 Andrea Lane<br>Fort Myers, FL 33912 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Customm Upholstery<br>1924 North Avenue West<br>Missoula, MT 59801 |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Dobbs Stanford Corp.<br>2715 Electronic Lane<br>Dallas, TX 75220 |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Grand Canyon Foods International<br>1930 N. 22nd Avenue<br>Phoenix, AZ 85009 |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Guardian MMA LLC<br>730a Middle Tennessee Blvd., Suite 12<br>Murfreesboro, TN 37129 |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Hexa Partners<br>730a Middle Tennessee, Suite 13<br>Murfreesboro, TN 37129 |

Debtor 1  Ideal Property Investments LLC    Case number (if known) 24-1421
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ice & Water Vendors<br>700 S. Arizona Blvd.<br>Coolidge, AZ 85128 |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ITA Med Co.<br>25377 Huntwood Avenue<br>Hayward, CA 94544 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Mach Holdings<br>1930 N. 22nd Avenue<br>Phoenix, AZ 85009 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Oerlikon Balzers Coating USA, Inc.<br>730a Middle Tennessee, Suite 18-20<br>Murfreesboro, TN 37129 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Progressive Design Playgrounds<br>530 Opper Street, Unit B<br>Escondido, CA 92029 |

| Debtor 1 | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Recumbent Bicycles of Tennessee<br>730 Middle Tennessee Blvd., Suite 9<br>Murfreesboro, TN 37129 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing AZ<br>4237 E. Magnolia<br>Phoenix, AZ 85034 |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing AZ<br>653 E. 20th Street<br>Yuma, AZ 85365 |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing FL<br>877 Orange Avenue<br>Tallahassee, FL 32301 |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing FL<br>2129 Andrea Lane<br>Fort Myers, FL 33912 |

| Debtor 1 | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing GA<br>1118 Virginia Street<br>Columbus, GA 31901 |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing GL<br>8460 Thomas Avenue<br>Bridgeview, IL 60455 |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing GL<br>1400 Greenleaf Avenue<br>Elk Grove Village, IL 60007 |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing MW<br>19355 SW Teton Avenue<br>Tualatin, OR 97062 |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing NV<br>7925 W. Arby Avenue<br>Las Vegas, NV 89113 |

Official Form 206G   Schedule G: Executory Contracts and Unexpired Leases   Page 5 of 8
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

24-01421-FPC11   Doc 90   Filed 09/26/24   Entered 09/26/24 15:47:46   Pg 5 of 8

| Debtor 1 | Ideal Property Investments LLC | | Case number (if known) | 24-1421 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Refreshing TX<br>343 Johnny Clark Road<br>Longview, TX 75605 |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Refreshing TX<br>2709 Electric Lane<br>Dallas, TX 75220 |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Refreshing TX<br>11519 South Petropark Avenue<br>Houston, TX 77041 |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Refreshing USA<br>11410 Beverly Park Road<br>Everett, WA 98204 |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property |
| | State the term remaining | |
| | List the contract number of any government contract | Refreshing USA<br>701 Eden Terrace<br>Archdale, NC 27263 |

| Debtor 1 | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Select Technology Group<br>2711 Electronic Lane<br>Dallas, TX 75220 |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sherwood Collision Center<br>19355 SW Teton Avenue<br>Tualatin, OR 97062 |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sky Heating and Air Conditioning<br>19305 SW Teton Avenue<br>Tualatin, OR 97062 |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sound-Crete/Cell-Crete Corp.<br>530 Opper Street, Unit A<br>Escondido, CA 92029 |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Tenn 730 Business LLC<br>730 Middle Tennessee Blvd., Suite 10 and 11<br>Murfreesboro, TN 37129 |

| Debtor 1 | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | The Warehouse<br>730a Middle Tennessee, Suite 14-15<br>Murfreesboro, TN 37129 |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Yuma Gymnastics<br>653 E. 20th Street, Suite A<br>Yuma, AZ 85365 |