# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | | 9470 | $0.00 |
| 3.2. | Bank of America | Checking | 9435 | $0.00 |
| 3.3. | Cadence Bank | | unk. | $0.00 |
| 3.4. | Northwest Bank | | 1300 | $54,230.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $54,230.00

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 1 of 25

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**       **Accounts receivable**

11b. Over 90 days old:    _____989,101.00   -    _____989,101.00   =....    $0.00
                         face amount              doubtful or uncollectible accounts

**12.**       **Total of Part 3.**       $0.00

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**       **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.**       **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | | | |
|---|---|---|---|
| 15.1. | Interest in Ideal Industrial Park LLC | _____ % | $1,500,000.00 |
| 15.2. | Interest in 2129 Andrea Lane LLC | _____ % | $4,100,000.00 |
| 15.3. | Interest in 1118 Virginia Street LLC | _____ % | $525,000.00 |
| 15.4. | Interest in 701 Eden LLC | _____ % | $900,000.00 |
| 15.5. | Interest in 11519 South Petropark LLC | _____ % | $975,000.00 |
| 15.6. | Interest in 343 Johnny Clark LLC | _____ % | $850,000.00 |
| 15.7. | Interest in 8825 LLC | _____ % | $4,545,000.00 |

|      | | | |
|------|---|---|---|
| 15.8.  | Interest in 3422 W. Clarendon LLC | % | $1,982,550.00 |
| 15.9.  | Interest in Smokey Point Holdings LLC | % | $8,574,900.00 |
| 15.10. | Interest in Ideal Murfreesboro LLC | % | $3,900,000.00 |
| 15.11. | Interest in Ideal Greenleaf LLC | % | $3,599,000.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**
    Add lines 14 through 16.   Copy the total to line 83.

    | $31,451,450.00 |
    |---|

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 3 of 25

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. | 4237 E. Magnolia Phoenix, AZ | | $0.00 | $1,250,000.00 |
| 55.2. | 1930 N. 22nd Avenue Phoenix, AZ 85009 | | $0.00 | $5,800,000.00 |
| 55.3. | 653 E. 20th Street Yuma, AZ | | $0.00 | $1,500,000.00 |
| 55.4. | 700 S. Arizona Blvd. Coolidge, AZ 85128 | | $0.00 | $100,000.00 |
| 55.5. | 25377 Huntwood Avenue Hayward, CA 94544 | | $0.00 | $9,500,000.00 |
| 55.6. | 530 Opper Street Escondido, CA | | $0.00 | $4,900,000.00 |
| 55.7. | 877 Orange Avenue Tallahassee, FL | | $0.00 | $599,000.00 |
| 55.8. | 8460 Thomas Avenue Bridgeview, IL 60455 | | $0.00 | $650,000.00 |
| 55.9. | 1924 North Avenue W Missoula, MT 59801 | | $0.00 | $691,200.00 |
| 55.10. | 7925 W. Arby Avenue Las Vegas, NV 89113 | | $0.00 | $2,800,000.00 |
| 55.11. | 19355 SW Teton Avenue Tualatin, OR 97062 | | $0.00 | $2,950,000.00 |
| 55.12. | 2709 Electronic Lane Dallas, Texas 75220 | | $0.00 | $4,750,000.00 |

24-01421-FPC11   Doc 91   Filed 09/26/24   Entered 09/26/24 15:56:52   Pg 4 of 25

| | | | | |
|---|---|---|---|---|
| 55.13 · | 630 Vereda<br>San Antonio, TX<br>78201 | | $0.00 | $180,900.00 |
| 55.14 · | 4407 Sun Vista Lane<br>San Antonio, TX<br>78217 | | $0.00 | $230,700.00 |
| 55.15 · | 586 West 9320 South<br>Sandy, UT 84070 | | $0.00 | $2,789,328.00 |
| 55.16 · | 27423 40th Avenue<br>Stanwood, WA 98292 | | $0.00 | $775,000.00 |
| 55.17 · | 12 Emery Road<br>Oroville, WA 98844 | | $0.00 | $175,000.00 |
| 55.18 · | 11410 Beverly Park<br>Road<br>Everett, WA 98204 | | $0.00 | $7,470,000.00 |
| 55.19 · | 3811 188th Street NE<br>Arlington, WA 98223 | | $0.00 | $1,000,000.00 |
| 55.20 · | 27602 40th Avenue<br>NW<br>Stanwood, WA 98292 | | $0.00 | $775,000.00 |
| 55.21 · | 3200 Shoreline Drive<br>Camano Island, WA<br>98292 | | $0.00 | $900,000.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$49,786,128.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Avoidance actions as to First Fed Bank | | Unknown |
|---|---|---|
| **Nature of claim** | Bank loan | |
| **Amount requested** | $0.00 | |

| claims against Ryan Wear and other former insiders or officers of the Debtor | | Unknown |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

| potential recovery of properties transferred pre-petition | | Unknown |
|---|---|---|
| **Nature of claim** | | |
| **Amount requested** | $0.00 | |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                    | $0.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 6 of 25

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $31,451,450.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $49,786,128.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,505,680.00 | + 91b. $49,786,128.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $81,291,808.00 |

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 7 of 25

Debtor name __Ideal Property Investments LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WASHINGTON__

Case number (if known) __24-1421__

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Bexar County<br>Tax Assessor Collector,<br>233 N Pecos La Trinidad<br>San Antonio, TX 78207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,750.48 | $14,750.48 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Dallas County<br>c/o John K. Turner, Linebarger<br>Goggan Blair & Sampson, LLP, 2777<br>N. Stemmons Frwy, Suite 1000<br>Dallas, TX 75207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268,183.41 | $268,183.41 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>Harris Co ESD #09<br>P.O. Box 3064<br>Houston, TX 77253 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.60 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,775.45 | $21,775.45 |

**Island County Treasurer**
P.O. Box 699
Coupeville, WA 98239

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $860.12 | $860.12 |

**Lone Star College System**
P.O. Box 3064
Houston, TX 77253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,088.13 | $11,088.13 |

**Maricopa County Treasurer**
301 W Jefferson St., Suite 100
Phoenix, AZ 85003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,629.73 | $6,629.73 |

**Missoula County Treasurer**
200 W. Broadway
Missoula, MT 59801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,133.30 | $1,133.30 |

**Oroville-Tonasket Irrigation District**
P.O. Box 1729
Oroville, WA 98844

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 9 of 25

| 2.9 | Priority creditor's name and mailing address<br>Pinal County Treasurer<br>P.O. Box 729<br>Florence, AZ 85132 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,654.83 | $2,654.83 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>Salt Lake County Treasurer<br>c/o Ray Lancaster,<br>2001 S. State St., Suite N1-200<br>Salt Lake City, UT 84114 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,310.06 | $20,310.06 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address<br>Snohomish County Treasurer<br>3000 Rockefeller Ave, M/S 501<br>Everett, WA 98201 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $196,021.93 | $196,021.93 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>Washington County Tax Collector<br>155 N 1st Ave., Suite 130, MS-8<br>Hillsboro, OR 97124 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,877.57 | $20,877.57 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>210 SA Holdings LLC<br>825 North Saint Marys, Suite 101<br>San Antonio, TX 78205 | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $504,812.00 |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,275,245.00 |
|---|---|---|---|
| | A&R Water Supply<br>4 Peace Street<br>Pelham, NY 10803 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572,327.00 |
|---|---|---|---|
| | Abby Wyatt Group Inc.<br>214 Mountain Crest Dr.<br>Taylors, SC 29687 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431,793.00 |
|---|---|---|---|
| | Adventure Done Right LLC<br>3395 S La Mesa Rd.<br>Salt Lake City, UT 84109 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595,000.00 |
|---|---|---|---|
| | Aiden Waterworks<br>17825 Parkshore<br>Northville, MI 48168 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,300.00 |
|---|---|---|---|
| | Aqualux Water LLC<br>c/o James P. Savitt,<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,363,280.00 |
|---|---|---|---|
| | Arravend LLC<br>3509 Nodding Pine Court<br>Fairfax, VA 22033 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |
|---|---|---|---|
| | ASH Vending LLC<br>10550 Morningdew Court<br>Littleton, CO 80126 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $452,000.00 |
|---|---|---|---|
| | Be of Service LLC<br>2601 Westheimer Rd #C502<br>Houston, TX 77098 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 11 of 25

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,038,358.00 |
| --- | --- | --- | --- |
| | Big Boy Tools LLC<br>12625 Hideout Drive<br>Noblesville, IN 46060 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013,154.00 |
| --- | --- | --- | --- |
| | BLC Water Company<br>1130 W Clifton Ave<br>Redlands, CA 92373 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,177.32 |
| --- | --- | --- | --- |
| | Brightstreet Development LLC<br>221 State Ave, Suite 201<br>Marysville, WA 98270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
| --- | --- | --- | --- |
| | Brown Family Enterprises LLC<br>P.O. Box 145<br>Salem, OR 97308 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856,213.00 |
| --- | --- | --- | --- |
| | C&C Investment Holdings LLC<br>4200 Berry D Sims Wynd<br>Raleigh, NC 27612 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750,000.00 |
| --- | --- | --- | --- |
| | Carol and Forrest Bryant<br>Jam Capital II, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $757,450.00 |
| --- | --- | --- | --- |
| | Chance and Carrie McLemore<br>Hydration for Health LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429,659.00 |
|---|---|---|---|

**3.17**

Nonpriority creditor's name and mailing address
CHAURISHI RETAIL ENTERPRISES LLC
17775 NW Santiam Ct
Portland, OR 97229

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$429,659.00

---

**3.18**

Nonpriority creditor's name and mailing address
Chris and Stephanie Tiechmiller
Teichmiller Freedom Holdings, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$315,010.00

---

**3.19**

Nonpriority creditor's name and mailing address
ChugIt LLC
2111 Riverview Dr.
Dandridge, TN 37725

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,638,308.00

---

**3.20**

Nonpriority creditor's name and mailing address
Coco Aqua LLC
139 Silent Manor Dr
Sugar Land, TX 77498

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$430,312.00

---

**3.21**

Nonpriority creditor's name and mailing address
COLE WS TECH LLC
2960 Lewallen Place
Decatur, IL 62521

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,453,150.00

---

**3.22**

Nonpriority creditor's name and mailing address
COLE WS TECH LLC
2960 Lewallen Place
Decatur, IL 62521

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$19,436.00

---

**3.23**

Nonpriority creditor's name and mailing address
Columbia Fire LLC
111 S Findlay St
Seattle, WA 98108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,687.36

---

**3.24**

Nonpriority creditor's name and mailing address
Creative Technologies LLC
2732 Grand Ave., Suite 122
Everett, WA 98201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☒ Yes

$31,703,184.11

---

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 13 of 25

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$426,941.00** |
|---|---|---|---|
| | Culminate Water Technology LLC | | |
| | 23015 Caterham Drive | ☒ Contingent | |
| | Ashburn, VA 20148 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$315,010.00** |
|---|---|---|---|
| | Dat Nguyen and Anh Trinh | | |
| | DN2LA Inc. | | |
| | c/o Colin Hunter | | |
| | Bradley Bernstein Sands LLP | ☒ Contingent | |
| | 1425 SW 20th Avenue, Suite 201 | ☒ Unliquidated | |
| | Portland, OR 97201 | ☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,364,430.00** |
|---|---|---|---|
| | Dennis Demirjian | | |
| | DDWSTech LLC | | |
| | c/o Colin Hunter | | |
| | Bradley Bernstein Sands LLP | ☒ Contingent | |
| | 1425 SW 20th Avenue, Suite 201 | ☒ Unliquidated | |
| | Portland, OR 97201 | ☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225,244.01** |
|---|---|---|---|
| | Dr. Ryan Richard | | |
| | 77 Peachtree Memorial Dr NW #3 | ☒ Contingent | |
| | Atlanta, GA 30309 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,004,500.00** |
|---|---|---|---|
| | Driftless Water Ventures | | |
| | 15403 Budd Road | ☒ Contingent | |
| | Dubuque, IA 52002 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$850,000.00** |
|---|---|---|---|
| | Duane Okamoto and Linda Okamoto | | |
| | c/o James P. Savitt, | | |
| | Fennemore Craig, P.C., | ☒ Contingent | |
| | 1425 Fourth Ave., Suite 800 | ☒ Unliquidated | |
| | Seattle, WA 98101 | ☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,577.47** |
|---|---|---|---|
| | Earth Solutions NW, LLC | | |
| | 15365 NE 90th St., Suite 100 | ☐ Contingent | |
| | Redmond, WA 98052 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 14 of 25

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Etania LLC
9363 E Atlantic Pl
Denver, CO 80231

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.33 | | $286,910.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Ever Upward Inc
21 W Taylor Run Pkwy
Alexandria, VA 22314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.34 | | $425,000.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
FACTS PROPERTY SERVICES
7227 E. Baseline Rd, Ste 104
Mesa, AZ 85209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.35 | | $1,020,000.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Flatlands Equipment LLC
4306 W Shoreline Street
Wichita, KS 67205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.36 | | Unknown |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Founders Mosaic Partners LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

**Date(s) debt was incurred** _06/27/2024_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Judgment_

Is the claim subject to offset?    ☐ No    ☐ Yes

---

| 3.37 | | $1,090,000.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Gary and Heidi Young
Aqualux TX LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.38 | | $1,003,000.00 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
Gary Young and Heidi Young
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,154,417.00 |
|---|---|---|---|
| | Granite Street Ventures, LLC<br>2468 Santa Barbara Ln<br>Franklin, TN 37069 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900,000.00 |
|---|---|---|---|
| | GrayFin Ventures LLC<br>2609 Round Table Blvd<br>The Colony, TX 75056 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387,146.00 |
|---|---|---|---|
| | Great Oak Water, LLC<br>2114 Estes Park Dr<br>Allen, TX 75013 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407,500.00 |
|---|---|---|---|
| | Half Full Vending LLC<br>1413 Chesterton Dr<br>Richardson, TX 75080 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,500.00 |
|---|---|---|---|
| | Helmut Giewat<br>218 Sullivan Point<br>Dandridge, TN 37725 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657,270.00 |
|---|---|---|---|
| | Henry Ernst<br>IIWST LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386,325.00 |
|---|---|---|---|
| | Horeb Water Solutions LLC<br>6671 Santa Barbara Road, Ste. E<br>Elkridge, MD 21075 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,198.00 |
|---|---|---|---|
| | IMLSunshine LLC<br>334 Dole Drive<br>Lawrence, KS 66049 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,403,296.00 |
|---|---|---|---|
| | Indiana Water Technology LLC<br>6404 Myrtle Lane<br>Indianapolis, IN 46220 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | Integra Realty Resources - Charlotte, LL<br>214 W Tremont Ave., Suite 200<br>Charlotte, NC 28203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,745.00 |
|---|---|---|---|
| | James and Rayne Osborn<br>2540 Properties LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433,694.00 |
|---|---|---|---|
| | JBF Consulting Services LLC<br>1730 S Germantown Rd<br>Apt 207<br>Germantown, TN 38138 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,000.00 |
|---|---|---|---|
| | Jeffrey Brooke<br>5807 Title Row Drive<br>Bradenton, FL 34210 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,500.00 |
|---|---|---|---|
| | JK Seven LLC<br>3045 Wheaton Road<br>San Antonio, TX 78234 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $427,000.00 |
|---|---|---|---|
| | JLE Enterprises LLC<br>7387 Upton Court<br>Castle Rock, CO 80104 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No　☐ Yes | |

**3.54**    **Nonpriority creditor's name and mailing address**

Jonathan and Leslie Echols
Lucky Water LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $327,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55**    **Nonpriority creditor's name and mailing address**

Jung Lee
Jung J. Lee Waterstation LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $1,482,400.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.56**    **Nonpriority creditor's name and mailing address**

Kdawg Crypto LLC
14 Clinton St.
Milford, CT 06460

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $425,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57**    **Nonpriority creditor's name and mailing address**

Kmandy Investments LLC
6509 San Judas St
McKinney, TX 75070

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $650,450.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58**    **Nonpriority creditor's name and mailing address**

LivingWater Station LLC
799 Harbor Vista Drive
Columbia, SC 29229

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $425,000.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59**    **Nonpriority creditor's name and mailing address**

Main Street Design Landscape Arch.
9402 Tidal Court
Bainbridge Island, WA 98110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $12,600.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60**    **Nonpriority creditor's name and mailing address**

MAJI 8377 LLC
8377 Old Plank Rd.
Grand Blanc, MI 48439

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $1,501,945.00

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 18 of 25

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,933.35 |
|---|---|---|---|

**3.61**

**Nonpriority creditor's name and mailing address**
Matter Business Park
at Warm Springs Owners Association
c/o MDL Group LLC
5960 S Jones Blvd
Las Vegas, NV 89118

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$14,933.35

---

**3.62**

**Nonpriority creditor's name and mailing address**
May Auerbach
20425 Via Cristal
Yorba Linda, CA 92886

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$416,000.00

---

**3.63**

**Nonpriority creditor's name and mailing address**
Mukilteo Water and Wastewater District
7824 Mukilteo Speedway
Mukilteo, WA 98275

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$910.02

---

**3.64**

**Nonpriority creditor's name and mailing address**
Nira Enterprises LLC
3301 Spring Mountain Drive
Plano, TX 75025

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$869,644.00

---

**3.65**

**Nonpriority creditor's name and mailing address**
North Peak Associates, LLC
17270 Woodinville-Redmond Rd., Suite 705
Woodinville, WA 98072

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$12,465.81

---

**3.66**

**Nonpriority creditor's name and mailing address**
NS SQ ECO WATERS LLC
1153 Flanders CT
Aurora, IL 60502

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$431,941.00

---

**3.67**

**Nonpriority creditor's name and mailing address**
Oaks WaterStation Tech LLC
3617 241st SE
Issaquah, WA 98029

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$891,078.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
Oed Properties LLC
66 S. Pilney Plains Circle
Spring, TX 77382

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$425,000.00

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,247,171.00 |
|---|---|---|---|

Pacific Water Technology LLC
2305 43rd Street SE
Puyallup, WA 98374

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.15 |
|---|---|---|---|

Paine Field - Snohomish County Airport
Attn: Nickolis Landgraff, 10108 32nd Ave W,
Suite J
Everett, WA 98204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,009,885.00 |
|---|---|---|---|

Paul and Anna Lee Talosig
Biyaya LLC
c/o Colin Hunter
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,807,461.00 |
|---|---|---|---|

Prasiti Water Investments LLC
2001 S Hardin Blvd
Suite 110 #102
McKinney, TX 75070

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,000.00 |
|---|---|---|---|

Progressive Partners LLC
Lowe Street
Chantilly, VA 20151

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $517,750.00 |
|---|---|---|---|

Q& V LLC
WaterStation Technology of Rockville
4905 Macon Road
Rockville, MD 20852

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,417,545.00 |
|---|---|---|---|

Raymond and Jane Jones
Water Stations, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☒ No ☐ Yes

24-01421-FPC11   Doc 91   Filed 09/26/24   Entered 09/26/24 15:56:52   Pg 20 of 25

---

**3.76** | **Nonpriority creditor's name and mailing address**
RC WS TECH 1157 LLC
2960 Lewallen Place
Decatur, IL 62521

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$2,006,250.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address**
RD WS TECH 3594
7356 Lester Street
Lexington, MI 48450

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$1,679,764.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
Redwaters LLC
24352 Woodhall Ct
Naperville, IL 60564

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$1,399,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
Rincon del Diablo Water District
1920 North Iris Lane
Escondido, CA 92026

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$44.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$427,000.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**
Rose Trail Ventures 2 LLC
4216 Central Lane
Memphis, TN 38117

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$2,584,221.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**
Rose Trail Ventures LLC
4216 Central Lane
Memphis, TN 38117

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$2,584,221.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**
Royal Reservoirs
6516 Hackberry Trl
Edmond, OK 73034

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**$458,500.00**

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

24-01421-FPC11   Doc 91   Filed 09/26/24   Entered 09/26/24 15:56:52   Pg 21 of 25

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>Rumson Wellness LLC<br>508 West 24th Street<br>Apt 6N<br>New York, NY 10011 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,093,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>Ryan Richard<br>RL Futures LLC<br>77 Peachtree Memorial Drive NW, #3<br>Atlanta, GA 30309 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $425,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>Scott Rummels<br>Rummels Ortho Practice and Les Enterprises<br>LLC<br>c/o Colin Hunter<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,437,599.91 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>SDB H20 LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1,812,369.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>Seaga Manufacturing, Inc.<br>c/o John S. Kaplan,<br>Stoel Rivers LLP,<br>600 University St., Suite 3600<br>Seattle, WA 98101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>Shutler Consulting Engineers, Inc.<br>12503 Bel-Red Rd., Suite 100<br>Bellevue, WA 98005 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $64,851.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address**<br>Silver Oak H2O LLC<br>705 Silver Oak Dr<br>Glenwood Springs, CO 81601 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $297,500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,410,500.00 |
|---|---|---|---|
| | Siripi WST LLC<br>13919 Hughes Lane<br>Dallas, TX 75240 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,002,461.00 |
|---|---|---|---|
| | Spruce Water Investments<br>8102 Lowbank Dr.<br>Naples, FL 34109 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $431,825.00 |
|---|---|---|---|
| | Starter Holdings LLC<br>2333 W Straight Arrow Ln<br>Phoenix, AZ 80585 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $600,000.00 |
|---|---|---|---|
| | Summit Ventures 2<br>5940 E Adobe Dr<br>Phoenix, AZ 85054 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,004,500.00 |
|---|---|---|---|
| | Sun A WY LLC<br>1613 NW 42nd Pl<br>Cape Coral, FL 33993 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $443,085.00 |
|---|---|---|---|
| | Thomas Brent Bowen<br>G1 Ventures, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,613.10 |
|---|---|---|---|
| | Town & Country Fence Inc.<br>6410 212th St SW<br>Lynnwood, WA 98036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,000.00 |
|---|---|---|---|

**3.98**

Nonpriority creditor's name and mailing address
Traci and Brendan McCormick
Richland Real Estate LLC
c/o Colin Hunter
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$288,000.00

---

**3.99**

Nonpriority creditor's name and mailing address
Tyler Sadek
Tarek Mercho
Mercho Caughey
828 E 64th
Indianapolis, IN 46220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.100**

Nonpriority creditor's name and mailing address
V2S2 LLC
5745 W Sumac Ave
Littleton, CO 80123

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$854,500.00

---

**3.101**

Nonpriority creditor's name and mailing address
Vaupell Industrial Plastics
11323 Commando Rd W.
Everett, WA 98204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$3,000.00

---

**3.102**

Nonpriority creditor's name and mailing address
Water Station Holdings LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset?  ☒ No  ☐ Yes

Unknown

---

**3.103**

Nonpriority creditor's name and mailing address
WST LLC
6276 Talon Preserve Dr
Nokomis, FL 34275

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,979,851.00

---

**3.104**

Nonpriority creditor's name and mailing address
WST Utah LLC
568 W. Threshing Way
Kaysville, UT 84037

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

$425,100.00

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,005,000.00 |
|---|---|---|---|
| | WV Water Tech LLC<br>460 Deerfield Village Dr<br>Shepherdstown, WV 25443 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | James P. Savitt<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101 | Line _3.67_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line _2.5_<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 564,639.61 |
| **5b. Total claims from Part 2** | 5b. + | $ | 130,213,652.61 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 130,778,292.22 |

24-01421-FPC11    Doc 91    Filed 09/26/24    Entered 09/26/24 15:56:52    Pg 25 of 25