The Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| In re: | CASE NO. 24-01421-FPC11 |
|---|---|
| IDEAL PROPERTY INVESTMENTS LLC,<br><br>Debtor. | DECLARATION OF JOSEPH P. FANELLI IN SUPPORT OF ENTRY OF DEBTOR'S SECOND INTERIM CASH COLLATERAL ORDER |

I, Joseph Fanelli, declare and state as follows:

1. I am the Managing member of J. Fanelli Properties, LLC, which is the proposed chief restructuring officer ("Fanelli" or "CRO") for the debtor ("Debtor") in the above captioned proceeding. I am over the age of 18, and I am competent to testify.

2. The Debtor and its professionals have continued efforts to stabilize the estate. As further outlined below, those efforts have primarily consisted of obtaining insurance over all properties, collecting rent from tenants, readying Real Properties for sale, identifying creditors, and working on a path forward to maximize the value to the estate and its creditors.

3. The Debtor has engaged my firm recently in a chief restructuring officer capacity.

DECLARATION JOSEPH FANELLI IN SUPPORT OF ENTRY OF DEBTOR'S SECOND INTERIM CASH COLLATERAL ORDER - 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

24-01421-FPC11   Doc 110   Filed 10/04/24   Entered 10/04/24 15:36:37   Pg 1 of 12

4. Important to the upcoming hearing, rent collection has been sporadic and challenging. As an initial matter, the Debtor still lacks clarity on what Real Properties are occupied by third-party tenants as opposed to tenants comprising Debtor's affiliated entities, Creative Technologies, LLC; Refreshing USA, LLC; and Water Station Management, LLC (collectively referred to as "Creative"), which remain subject to involuntary bankruptcy proceedings in the Southern District of Texas. Further, certain secured creditors executed on assignments of rents, thereby directing tenants to pay the secured creditors directly. The Debtor's team is working cooperatively with the respective secured parties to reverse those directives. Finally, certain real property initially assumed to be part of the bankruptcy estate has been determined to be titled in Debtor's subsidiaries, rendering those properties and their rent not property of the estate pursuant.

5. The Debtor intends to have a motion on file in advance of the second interim hearing on use of cash collateral to address the role of the subsidiaries in the bankruptcy case.

6. Attached hereto as <u>Exhibit A</u> is the most current rent roll for the Real Property held by the estate, which excludes rent derived from subsidiary owned properties.

7. Debtor has discovered that with respect to one of its proposed adequate protection payments approved in the First Interim Order would have gone to a secured creditor of one of its subsidiaries, Avatar REIT I, LLC. Upon discovering this fact, no adequate protection payment was made to this creditor. Debtor did make the following adequate protection payments for the month of September: First Federal Bank: $14,842.19; Cadence Bank: $5,152.01; Socotra REIT I LLC: $11,599.56.

8. The Debtor and its professionals have been working diligently to gain better information about the value of the Real Property and the amount of secured liens against each.

DECLARATION JOSEPH FANELLI IN SUPPORT OF ENTRY OF
DEBTOR'S SECOND INTERIM CASH COLLATERAL ORDER - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

24-01421-FPC11    Doc 110    Filed 10/04/24    Entered 10/04/24 15:36:37    Pg 2 of 12

An updated schedule, just showing the Real Property held by the estate (and not Debtor's subsidiaries) is attached hereto as Exhibit B. Debtor has likewise updated its schedules in this proceeding, although it recognizes that a further update is likely needed once more information is available to it.

9. The Debtor has identified one piece of Real Estate, 530 Opper Street, Escondido, CA (the "Escondido Property") that is ready for sale and has filed a motion to approve such sale (ECF No. 79). This sale, if approved, will paydown Socotra REIT I, LLC, which is cross-collateralized on another of Debtor's Real Properties. It will also provide the Debtor approximately $420,000 in sale proceeds, which Debtor seeks court authority to use at the upcoming hearing. Attached hereto as Exhibit C is the updated cash collateral budget ("Second Interim Cash Collateral Budget"), which forecasts the Escondido Property net proceeds.

10. Related to the Escondido Property sale, as highlighted in the motion to approve the sale, the Debtor is aware of certain personal property left behind by a former tenant and affiliated entity, Water Station Management, LLC ("WSM"), after it terminated its tenancy in September of 2023. Due the pending bankruptcy of that entity, the Debtor needs to preserve those assets for WSM and cannot just abandon or sell the items. To do that, Debtor may need to hire a moving company, and rent storage space, either from the buyer of the Escondido Property or a third party. It has included the maximum amount that it would anticipate for such storage to cost in the Second Interim Cash Collateral Budget. Incurring such expense brings value to Debtor's estate, as the Escondido sale could not close without dealing with the WSM personal property.

11. The Debtor continues to work with its real estate brokers to market the remaining Real Properties for sale, either individually or through a portfolio offer – identifying those ready

DECLARATION JOSEPH FANELLI IN SUPPORT OF ENTRY OF
DEBTOR'S SECOND INTERIM CASH COLLATERAL ORDER - 3

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
ph 206.489.3802  |  f. 206.973.8737

for a more immediate sale and those that should be sold under a confirmed Plan of Reorganization. With respect to the three residential real estate properties (Camano, WA and two in San Antonio, TX), the Debtor intends to hire residential real estate brokers in the respective states, subject to court approval, to begin marketing those Real Properties.

12. Another important issue the Debtor is working on is binding property and casualty insurance covering the Real Properties. To that end, the Debtor has been informed it can anticipate receiving quotes early next week and that the premium cost is estimated to be around $550,000, and the Debtor will likely be able to finance between 50% to 75% of the premium. The Debtor will bring motions to approve any financing arrangement as required under the Bankruptcy Code.

13. Finally, Debtor forecasts to pay certain professional fees of Fanelli Properties and DBS Law in the Second Interim Cash Collateral Budget, up to $75,000, to be split between the respective professionals pro-rata based upon their September time, subject to entry of orders approving each professional's employment and approving payment of fees.

14. The Adequate Protection Payments are calculated based upon Debtor's analysis of how much rent it is set to receive off a given Real Property and how much the respective Secured Lender is owed on such Real Property. The chart attached as <u>Exhibit D</u> hereto outlines the calculations of the proposed Adequate Protections Payments.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct to the best of my knowledge.

DATED this 4th day of October 2024, at Portland, Oregon.

_____
Joseph P. Fanelli

DECLARATION JOSEPH FANELLI IN SUPPORT OF ENTRY OF
DEBTOR'S SECOND INTERIM CASH COLLATERAL ORDER - 4

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 110    Filed 10/04/24    Entered 10/04/24 15:36:37    Pg 4 of 12

# EXHIBIT A

| PROPERTY | SCHEDULED | UNIT | SEPTEMBER | OCTOBER (thru 10/4) |
|---|---|---|---|---|
| 22ND | | | | |
| Grand Canyon Foods | $ 15,225.00 | | | |
| | Refreshing/Creative - No rent | | | |
| ARIZONA - COOLIDGE | Vacant Land | | | |
| ARLINGTON AIRPORT | Vacant Land | | | |
| CAMANO | Vacant | | | |
| COMMERCIAL BLDG IL | Vacant | | | |
| DALLAS | | | | |
| Dobbs Stanford | $ 11,097.00 | 2715 | 11,097.00 | |
| Select Technology Group | $ 3,000.00 | 2711 | 3,000.00 | |
| ESCONDIDO | | | | |
| Sound-Crete | $ 6,571.00 | UNIT A | | |
| Progressive Playgrounds | $ 4,740.00 | UNIT B | 4,740.00 | |
| Open | | UNIT C | | |
| Open | | UNIT D | | |
| EVERETT | | | | |
| Arlington Recycle | $ 12,500.00 | | | |
| HAYWARD | | | | |
| ITA-Med | $ 12,503.00 | | 12,503.00 | |
| Open | | | | |
| MAGNOLA | | | | |
| Creative/Refreshing | | | | |
| MISSOULA | | | | |
| Custom Upholstry | $ 3,235.00 | | 3,235.00 | |
| Valley Vending | Verifying | | | |
| OROVILLE | Vacant Land | | | |
| PORTLAND | | | | |
| Sherwood Auto Body | $ 900.00 | | | |
| Unknown | $ 4,500.00 | | | |
| SAN ANTONIO - SUN VISTA | | | | |
| | $ 1,795.00 | | | |
| SAN ANTONIO - VEREDA | | | | |
| Nadia | $ 1,695.00 | | | 1,695.00 |
| STANWOOD | Vacant Land | | | |
| STANWOOD-JOHN BERRY | Verifying | | | |
| TALLAHASSEE | Vacant | | | |
| UTAH | Vacant | | | |
| VEGAS | Vacant | | | |
| YUMA | | | | |
| We Recycle Solar Inc | $ 3,000.00 | | | |
| TOTAL | $ 80,761.00 | | $ 34,575.00 | $ 1,695.00 |
| TOTAL KNOWN | $ 63,741.00 | | | |
| UNKNOWN | $ 17,020.00 | | | |

# EXHIBIT B

| PROPERTY | ADDRESS | TITLE ENTITY | 1ST Lien | 1ST LENDER | 2ND Lien | EST. VALUE | PROPERTY TYPE |
|---|---|---|---|---|---|---|---|
| HAYWARD | 25377 HUNTWOOD AVENUE HAYWARD CA 94544 | IDEAL PROPERTY INVESTMENTS LLC | $ 3,850,000 | SOCOTRA CAPITAL | FIRST FED BANK | $ 9,500,000 | County site says, Storage building built 1970. |
| EVERETT | 11410 BEVERLY PARK RD EVERETT WA 98204 | IDEAL PROPERTY INVESTMENTS LLC | $ 4,223,810 | FIRST FED BANK | | $ 7,400,000 | Industrial/Warehouse |
| UTAH | 586 WEST 9320 SOUTH, SANDY, UT | IDEAL PROPERTY INVESTMENTS LLC | $ 1,428,333 | CADENCE | | $ 2,789,328 | Retail |
| DALLAS | 2709 ELECTRONIC LANE DALLAS TEXAS 75220 | IDEAL PROPERTY INVESTMENTS LLC | $ 3,394,838 | CADENCE | FIRST FED BANK | $ 4,750,000 | Industrial |
| MAGNOLIA | 4237 E MAGNOLIA PHOENIX ARIZONA | IDEAL PROPERTY INVESTMENTS LLC | $ 787,500 | FIRST SECURITY BANK | FIRST FED BANK | $ 1,800,000 | Industrial/retail/flex 6 tenants, 10 spaces |
| ESCONDIDO | 530 OPPER STREET ESCONDIDO, CA | IDEAL PROPERTY INVESTMENTS LLC | $ 3,900,000 | SOCOTRA CAPITAL | FIRST FED BANK | $ 4,650,000 | RV and Boat Storage 14919 & 14821 vacant land 14805 is a SFR |
| COMMERCIAL BLDG IL | 8460 THOMAS AVENUE BRIDGEVIEW, IL 60455 | IDEAL PROPERTY INVESTMENTS LLC | $ - | FIRST FED BANK | | $ 650,000 | Warehouse |
| TALLAHASSEE | 877 ORANGE AVE TALLAHASSEE FL | IDEAL PROPERTY INVESTMENTS LLC | $ - | FIRST FED BANK | | $ 599,000 | Industrial |
| CAMANO | 3200 SHORELINE DR CAMANO ISLAND WA | IDEAL PROPERTY INVESTMENTS LLC | $ 625,933 | AVATAR/NBC MERGECO INC | FIRST FED BANK | $ 900,000 | Residential |
| YUMA | 653 E 20TH STREET YUMA AZ 85365 | IDEAL PROPERTY INVESTMENTS LLC | $ 1,148,250 | CADENCE | FIRST FED BANK | $ 1,410,000 | Warehouse/Industrial |
| ARLINGTON AIRPORT | 3811 188TH STREET NE ARLINGTON WA | IDEAL PROPERTY INVESTMENTS LLC | $ 695,000 | FIRST FED BANK | | $ 1,000,000 | Industrial |
| 22nd | 1930 N 22ND AVE PHOENIX AZ 85009 | IDEAL PROPERTY INVESTMENTS LLC | $ 4,087,500 | FSBNV | FIRST FED BANK | $ 4,350,000 | Industrial/Warehouse |
| SAN ANTONIO - SUN VISTA | 4407 SUN VISTA LANE SAN ANTONIO TX 78217 | IDEAL PROPERTY INVESTMENTS LLC | $ - | | | $ 230,700 | Residential |
| STANWOOD | 27602 40TH AVE NW STANWOOD WA 98929 | IDEAL PROPERTY INVESTMENTS LLC | $ 550,000 | AVATAR/NBC MERGECO INC | FIRST FED BANK | $ 775,000 | Industrial |
| STANWOOD-JOHN BERRY | 27423 40TH AVE STANWOOD WA | IDEAL PROPERTY INVESTMENTS LLC | $ 550,000 | AVATAR/NBC MERGECO INC | FIRST FED BANK | $ 775,000 | Industrial |
| SAN ANTONIO - VEREDA | 630 VEREDA SAN ANTONIO TX 78201 | IDEAL PROPERTY INVESTMENTS LLC | $ - | | | $ 180,900 | Residential |
| OROVILLE | 12 EMERY RD OROVILLE WA 98844 | IDEAL PROPERTY INVESTMENTS LLC | $ - | FIRST FED BANK | | $ 175,000 | Warehouse |
| COOLIDGE | 700 S. ARIZONA BLVD COOLIDGE AZ 85128 | IDEAL PROPERTY INVESTMENTS LLC | $ - | FIRST FED BANK | | $ 100,000 | Industrial - VACANT LAND |
| VEGAS | 7925 W ARBY AVE LAS VEGAS NV, 89113 | IDEAL PROPERTY INVESTMENTS LLC | $ 3,090,000 | FSBNV | FIRST FED BANK | $ 2,800,000 | Condominiumized Warehouse - 3 Units |
| MISSOULA | 1924 NORTH AVE W, MISSOULA, MT 59801 | IDEAL PROPERTY INVESTMENTS LLC | $ 1,129,107 | CADENCE | | $ 691,200 | Warehouse |
| PORTLAND | 19355 SW TETON AVENUE TUALATIN OREGON | IDEAL PROPERTY INVESTMENTS LLC | $ 1,430,352 | FIRST FED BANK | | $ 525,000 | Industrial/Warehouse |

# EXHIBIT C

# Ideal Property Investments LLC
## Forecasted Cash Flow

| | Forecast 10/4/2024 1 | Forecast 10/11/2024 2 | Forecast 10/18/2024 3 | Forecast 10/25/2024 4 | Forecast 11/1/2024 5 | Forecast 11/8/2024 6 | | Total | Notes to Cash Plan |
|---|---|---|---|---|---|---|---|---|---|
| BoA Received Rent to Remit | 8,521 | | | | | | | | |
| Axos Bank *0016 | 25,826 | | | | | | | | |
| **Beginning Bank Balance** | 34,348 | 32,982 | 16,424 | 182,524 | 127,117 | 138,992 | | | Balance as of 10/1/2024 |
| | | | | | | | | | |
| **Income** | 10/4/2024 | 10/11/2024 | 10/18/2024 | 10/25/2024 | 11/1/2024 | 11/8/2024 | | Total | |
| Rental Property Income | 11,875 | 19,074 | 31,097 | 1,695 | 11,875 | 19,074 | $ | 94,690 | Rental income based on current rent roll |
| Socotra Collected to Remit (Sept) | | | 12,503 | | | | $ | 12,503 | Rents received by Socotra - Socotra to Remit to AXOS Account |
| Property Disposition (net) | - | - | 420,000 | - | - | - | $ | 420,000 | Net Proceeds from sale of Escondido property |
| **Income Inflow** | $ 11,875 | $ 19,074 | $ 463,600 | $ 1,695 | $ 11,875 | $ 19,074 | $ | 527,193 | |
| | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | |
| Adequate Protection Pmt - First Fed | | - | - | 10,844 | - | - | $ | 10,844 | |
| Adequate Protection Pmt - Socotra | | | | 14,768 | | | $ | 14,768 | |
| Adequate Protection Pmt - Cadence | | | | 10,687 | | | $ | 10,687 | |
| Adequat Assurance Accrual - Utilities | | | | 3,303 | | | $ | 3,303 | |
| Property Insurance | - | - | 275,000 | | - | - | $ | 275,000 | Working to finance 50% - 75% of premiums |
| Manager Compensation | 12,000 | - | - | | - | - | $ | 12,000 | |
| US Trustee Fees | | 250 | | - | - | 37,516 | $ | 37,766 | |
| Rental Utilities | 1,241 | 381 | - | 2,500 | - | 381 | $ | 4,504 | |
| Property Repairs & Maintenance | | | 15,000 | 15,000 | | | $ | 30,000 | |
| Personal Property Removal | | 35,000 | | | | | $ | 35,000 | Personal property removal, storage, lock changes |
| Personal Property Storage | | | 7,500 | | | | $ | 7,500 | |
| Professional Fees | | | | | 75,000 | | $ | 75,000 | |
| **Operational (Expenses)** | $ 13,241 | $ 35,631 | $ 297,500 | $ 57,102 | $ - | $ 37,897 | $ | 516,371 | |
| **Weekly Cashflow** | $ (1,366) | $ (16,557) | $ 166,100 | $ (55,407) | $ 11,875 | $ (18,823) | $ | 10,822 | |
| | | | | | | | | | |
| **Ending Bank Balance** | $ 32,982 | $ 16,424 | $ 182,524 | $ 127,117 | $ 138,992 | $ 120,169 | | | |

24-01421-FPC11    Doc 110    Filed 10/04/24    Entered 10/04/24 15:36:37    Pg 10 of 12

# EXHIBIT D

**Current Revenue Generating Properties**

**Scheduled Value of Properties**     30,576,200

| First Position Lender/Creditor | Scheduled Debt | Prorata Share Percentage | Distributions | Rent Revenue |
|---|---|---|---|---|
| Cadence | 5,572,181.99 | 29% | 10,686.94 | 20,332.00 |
| First Fed Bank | 5,654,162.00 | 30% | 10,844.17 | 17,900.00 |
| Socotra Capital | 7,700,000.00 | 41% | 14,767.90 | 23,814.00 |
| Total | 18,926,343.99 | 100% | 36,299.00 | 62,046.00 |

**Income Generating Properties as of 9/27/2024**

| | |
|---|---|
| Cadence | Dallas |
| | Missoula |
| | Yuma |
| First Fed | Portland |
| | Everett |
| Socotra Capital | Escondido |
| | Hayward |