GARY W. DYER
Assistant United States Trustee
United States Dept. of Justice
Office of the United States Trustee
United States Courthouse
W. 920 Riverside Ave. Room 593
Spokane, Washington 99201
Telephone (509) 353-2999
Fax (509) 353-3124

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WASHINGTON**

In re:

IDEAL PROPERTY INVESTMENTS, LLC

Debtor

Case No: 24-01421-FPC11

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS IN A CHAPTER 11 REORGANIZATION CASE

The Acting United States Trustee hereby appoints the following creditors of the above-named debtor to the committee of unsecured creditors.

Sterling A Davis
Big Boy Tools LLC
12625 Hideout Dr.
Noblesville, IN 46060
(419) 352-2239

Ronald N. Cole
COLEWSTECH LLC & RCWSTECH1157 LLC
2960 Lewallen Place
Decatur, IL 62521
(217) 848-0830

David Schroeder
6404 Myrtle Lane
Indianapolis, IN 46220
(317) 432-6225

D A T E D this 7th day of October, 2024.

                                        Respectfully submitted,

                                        JONAS V. ANDERSON
                                        Acting United States Trustee for Region 18


                                         /s/ Gary W. Dyer
                                        GARY W. DYER
                                        Assistant United States Trustee