UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | CASE NO. 24-01421-FPC11 |
|---|---|
| IDEAL PROPERTY INVESTMENTS LLC.<br><br>Debtor. | (PROPOSED) ORDER APPROVING DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS |

THIS MATTER having come before the court on Debtor's Motion for Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals pursuant to 11 U.S.C. §§ 105(a), 330, and 331, as well as Federal Rule of Bankruptcy 2016 and Local Bankruptcy Rule 2016-1. Capitalized terms in this order have the same meaning identified in the Motion unless otherwise indicated. The court has reviewed the files and records in this case and finds that cause exists for the requested relief. Now, therefore, it is hereby

ORDERED as follows:

1. The Motion is Granted.

2. Each of the professionals retained by the Debtor or the Unsecured Creditors Committee appointed pursuant to 11 U.S.C. § 1102 whose employment has been duly authorized by the court (collectively, the "Professionals") shall be authorized to obtain, on a

ORDER APPROVING DEBTOR'S MOTION TO ESTABLISHING
PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS
TO PROFESSIONALS - 4



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

monthly basis, reimbursement for their costs and payment of eighty percent (80%) of their fees ten days after sending a billing statement to the Notified Parties, as that term is defined in the Motion.

3. In the event a party objects to the billing statement of a Professional within ten days of notice, the objection must be in writing and state with specificity the fees and costs objected to. The Professional shall be authorized to seek an order of the court approving payment of the objected-to fees and costs on ten days' notice to the Notified Parties. Unobjected to fees and costs may be paid as set forth in the billing statement. The failure to object to any billing statement of any Professional shall not waive any objection to the § 330 fee application of such Professional.

4. The Professionals shall submit fee applications to the court not more than once every one hundred twenty (120) days.

/// END OF ORDER ///

Presented by:

DBS LAW

By /s/ Daniel J. Bugbee
Daniel J. Bugbee, WSBA #42412
155 NE 100th Street, Suite 205
Seattle, WA 98125
*Attorneys for Debtor*

ORDER APPROVING DEBTOR'S MOTION TO ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS - 4

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

24-01421-FPC11   Doc 121-1   Filed 10/08/24   Entered 10/08/24 13:47:18   Pg 2 of 2