UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

IDEAL PROPERTY INVESTMENTS LLC,

Debtor.

CASE NO. 24-01421-FPC11

NOTICE OF FILING OF DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS AND TIME TO OBJECT

PLEASE TAKE NOTICE that the above referenced Debtor is filing a Motion for Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals. Debtor seeks an Order to establish procedures for interim payment of fees and costs to professionals whose retention by the Debtor and/or Committee of Unsecured Creditors (the "Committee"), has been approved by the court (individually, "Professional" and collectively, "Professionals") (the "Motion"). Debtor is requesting entry of the order pursuant to 11 U.S.C. §§ 105(a), 330, and 331, as well as Federal Rule of Bankruptcy Procedure 2016 and Local Bankruptcy Rule 2016-1.

PLEASE TAKE FURTHER NOTICE that any party opposing the Motion must serve a written response to the undersigned counsel at 155 NE 100th Street, Suite 205, Seattle, Washington

NOTICE RE DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS - 1



A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

24-01421-FPC11    Doc 125    Filed 10/08/24    Entered 10/08/24 13:53:51    Pg 1 of 2

98125, and file a response with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Suite 304, Spokane, Washington 99201 on the response date, which is November 1, 2024. The Court may enter an Order without an actual hearing or further notice unless a written objection is timely filed and served.

Any party seeking a complete copy of the Motion, proposed order, and supporting declaration may contact DBS Law at assistant@lawdbs.com or in writing to the address indicated in the lower right-hand corner of this pleading.

Submitted by:

DBS LAW

By /s/ Daniel J. Bugbee
Daniel J. Bugbee, WSBA # 42412
155 NE 100th Street, Suite 205
Seattle, WA 98125
*Attorneys for Debtor*

NOTICE RE DEBTOR'S MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS - 2

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 125    Filed 10/08/24    Entered 10/08/24 13:53:51    Pg 2 of 2