UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re

IDEAL PROPERTY INVESTMENTS LLC.

Debtor.

CASE NO. 24-01421-FPC11

(PROPOSED) ORDER GRANTING DEBTOR'S MOTION TO AUTHORIZE MERGER OF SUBSIDIARIES PURSUANT TO 11 U.S.C. § 363(b)

THIS MATTER came before the court on Debtor's Motion for Order Authorizing Merger of Subsidiaries Pursuant to 11 U.S.C. § 363(b) (the "Merger Motion") [ECF No. #], filed by Ideal Property Investments LLC ("IPI" or the "Debtor"). The Merger Motion requests authority for the Debtor to merge into itself, pursuant to applicable state law, any wholly-owned subsidiary of the Debtor pursuant to the Debtor's business judgment.

The Merger Motion was made pursuant to 11 U.S.C. §§ 105(a) and 363(b), Fed. R. Bankr. P. 2002, 6004, 9013 and Local Rule 9013-1. The Court considered the Merger Motion, the supporting Declaration of Amit Ranade with exhibits (the "Ranade Declaration"), the response, if any, filed by other parties in the case, and the representations of counsel. Based on the foregoing, the Court hereby

FINDS and DETERMINES that:

A. The Court has jurisdiction over the Merger Motion pursuant to 28 U.S.C. §§ 157 and

ORDER AUTHORIZING MERGER OF SUBSIDIARIES - 4

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 150-1    Filed 10/09/24    Entered 10/09/24 17:05:29    Pg 1 of 3

1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper under 28 U.S.C. §1408.

B. As evidenced by the declaration of service filed on {date} [ECF No. #], the Debtor provided proper, timely, adequate and sufficient notice of the Merger Motion and hearing in accordance with 11 U.S.C. §§ 102(l) and 363, Fed. R. Bankr. P. 2002, 6004, 9013, and Local Bankruptcy Rule 9013-1.

C. Approval of the merger of wholly-owned subsidiaries into the Debtor, based on the Debtor's business judgment with respect to net benefit of such merger to the Debtor's bankruptcy estate, is in the best interests of the Debtor, its creditors, the bankruptcy estate and other parties in interest.

NOW, THEREFORE, it is hereby ORDERED that:

1. The Merger Motion is GRANTED.

2. Debtor is authorized to merge any of its wholly-owned subsidiaries into the Debtor where the Debtor determines in its business judgment that such merger will provide a net financial benefit to the Debtor's bankruptcy estate, accounting for all costs associated with such merger as well as the value of assets and liabilities to be assumed by the estate through such merger.

3. Upon effectuating any merger pursuant to this order, the Debtor shall file a notice with this court, to be served upon all parties receiving ECF notice in this case as well as all known creditors of the merged subsidiary, indicating the date of the merger and identifying all of the assets and liabilities brought into the estate.

4. Concurrently with the notice required by paragraph 3 above, the Debtor shall also upload a proposed order setting a claims bar date for all creditors of the merged subsidiary to file proofs of claim, with the bar date set at least 30 days from the date of the proposed order.

ORDER AUTHORIZING MERGER OF SUBSIDIARIES - 4

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 150-1    Filed 10/09/24    Entered 10/09/24 17:05:29    Pg 2 of 3

5. Concurrently with the notice required by paragraph 3 above, the Debtor shall also amend its schedules to include all known creditors and assets associated with the merged subsidiary's inclusion in the Debtor's bankruptcy estate.

/// END OF ORDER ///

Presented by:

DBS LAW

By  */s/ Dominique R. Scalia*
Dominique R. Scalia, WSBA #42412
155 NE 100th Street, Suite 205
Seattle, WA 98125
*Attorneys for Debtor*