# Exhibit A

| STATE | OWNER ENTITY | ADDRESS | IN RECVRSHP |
|---|---|---|---|
| GA | 1118 VIRGINIA STREET LLC | 1118 Virginia St, Columbus, GA | 06/13/24 |
| TX | 11519 SOUTH PETROPARK LLC | 11519 SOUTH PETROPARK AVENUE HOUSTON TX | 06/13/24 |
| WA | 1206 HEWITT LLC | 1206 HEWITT AVE, EVERETT, WA 98201 | No |
| TX | 204 NWW LLC | 204 NWW ROAD, SAN ANTONIO, TX | No |
| FL | 2129 ANDREA LANE LLC | 2129 ANDREA LANE FORT MYERS FL 33912 | 06/13/24 |
| AZ | 3422 W CLARENDON LLC | 4035 E MAGNOLIA, PHOENIX, AZ | No |
| WA | 3422 W CLARENDON LLC | 14418 SMOKEY PT BLVD., MARSYVILLE, WA 98270 | No |
| WA | 3422 W CLARENDON LLC | 4827 268TH ST NW, STANWOOD, WA 98292 | No |
| TX | 343 JOHNNY CLARK LLC | 343 JOHNNY CLARK ROAD LONGVIEW TEXAS 75605 | 06/13/24 |
| TX | 516 VETERANS LLC | 516 VETERANS MEMORIAL BLVD., HARKER HEIGHTS, TX | No |
| TX | 602 MEADOW LLC | 602 S MEADOW AVE, ODESSA, TX | No |
| NC | 701 EDEN LLC | 701 EDEN TERRACE ARCHDALE NC 27263 | 06/13/24 |
| WA | 8825 LLC | 8825 S 228TH ST KENT WA 98031 | No |
| IL | HARRISON STREET LLC | 14026 S HARRISON AVE, POSEN, IL | No |
| IL | IDEAL GREENLEAF LLC | 1400 GREENLEAF AVE ELK GROVE VILLAGE, IL 60007 | 05/24/24 |
| WA | IDEAL INDUSTRIAL PARK LLC | 14925 35th Ave NE, Marysville, WA | 06/13/24 |
| TN | IDEAL MURFREESBORO | 730 MIDDLE TENN BLVD MURFREESBORO TN 37129 | 05/16/24 |
| AZ | IDEAL PROPERTY INVESTMENTS LLC | 700 S. ARIZONA BLVD COOLIDGE AZ 85128 | 05/03/24 |
| AZ | IDEAL PROPERTY INVESTMENTS LLC | 1930 N 22ND AVE PHOENIX AZ 85009 | 05/03/24 |
| AZ | IDEAL PROPERTY INVESTMENTS LLC | 4237 E MAGNOLIA PHOENIX ARIZONA | 05/03/24 |
| AZ | IDEAL PROPERTY INVESTMENTS LLC | 653 E 20TH STREET YUMA AZ 85365 | 05/03/24 |
| CA | IDEAL PROPERTY INVESTMENTS LLC | 25377 HUNTWOOD AVENUE HAYWARD CA 94544 | 05/03/24 |
| CA | IDEAL PROPERTY INVESTMENTS LLC | 530 OPPER STREET ESCONDIDO, CA | 05/03/24 |
| FL | IDEAL PROPERTY INVESTMENTS LLC | 877 ORANGE AVE TALLAHASSEE FL | 05/03/24 |
| IL | IDEAL PROPERTY INVESTMENTS LLC | 8460 THOMAS AVENUE BRIDGEVIEW, IL 60455 | 05/03/24 |
| MT | IDEAL PROPERTY INVESTMENTS LLC | 1924 NORTH AVE W, MISSOULA, MT 59801 | 05/03/24 |
| NV | IDEAL PROPERTY INVESTMENTS LLC | 7925 ARBY AVE, LAS VEGAS, NV 89113 | 05/03/24 |
| OR | IDEAL PROPERTY INVESTMENTS LLC | 19355 SW TETON AVENUE TUALATIN OREGON | 05/03/24 |
| TX | IDEAL PROPERTY INVESTMENTS LLC | 2709 ELECTRONIC LANE DALLAS TEXAS 75220 | 05/03/24 |
| UT | IDEAL PROPERTY INVESTMENTS LLC | 586 WEST 9320 SOUTH, SANDY, UT | 05/03/24 |
| WA | IDEAL PROPERTY INVESTMENTS LLC | 3811 188TH STREET NE ARLINGTON WA | 05/03/24 |
| WA | IDEAL PROPERTY INVESTMENTS LLC | 12 Emery Rd, Oroville, WA 98844 | 05/03/24 |
| WA | IDEAL PROPERTY INVESTMENTS LLC | 11410 BEVERLY PARK RD EVERETT WA 98204 | 05/03/24 |
| WA | IDEAL PROPERTY INVESTMENTS LLC | 27423 40TH AVE STANWOOD WA | 05/03/24 |
| WA | IDEAL PROPERTY INVESTMENTS LLC | 27602 40th Ave NW, Stanwood, WA | 05/03/24 |
| WA | IDEAL PROPERTY INVESTMENTS LLC | 3200 SHORELINE DR CAMANO ISLAND WA | 05/03/24 |
| TX | IDEAL PROPERTY INVESTMENTS LLC | 630 Vereda, San Antonio, TX 78201 | 05/03/24 |
| TX | IDEAL PROPERTY INVESTMENTS LLC | 4407 Sun Vista Ln, San Antonio, TX 87217 | 05/03/24 |
| WA | SMOKEY POINT HOLDINGS LLC | 3740 152ND ST NE, MARYSVILLE, WA 98271 | No |
| AZ | TCR PLUMBING LLC | 1612 N WEST ST, FLAGSTAFF, AZ | No |
| AZ | WST AZ PROPERTIES LLC | 770 E 39TH AVE., APACHE JUNCTION, AZ 85119 | No |
| AZ | WST AZ PROPERTIES LLC | 1771 W SUPERSTITION BLVD., APACHE JUNCTION, AZ 85120 | No |
| AZ | WST AZ PROPERTIES LLC | 585 S WINCHESTER, APACHE JUNCTION, AZ 85199 | No |
| AZ | WST AZ PROPERTIES LLC | 2428 WEST BROADWAY, APACHE JUNCTION, AZ 85120 | No |