# Exhibit B

| Entity Name | State of Formation | Notes |
|---|---|---|
| 1118 VIRGINA STREET LLC | GA | Formation Date with GA 11/17/2020<br>LLC Agreement dated 11/6/2020 and states filing date 11/4/2020 with SOS<br>"Act" means Title 23B of Revised Code of Chicago Limited? References to RCW laws.<br>1,000 units issued (100%)<br>Ryan Wear, Manager<br>Ideal Property Investments, LLC (Sole Member)<br>Only signed by Ryan as "Manager and Member" |
| IDEAL PROPERTY INVESTMENTS, LLC | WA | Formation Date with WA SOS 9/9/2019<br>LLC Agreement dated 4/20/2020<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (90%)<br>Richard Wear, Member (10%)<br>Only signed by Ryan as "Manager and Member" |
| 11519 SOUTH PETROPARK LLC | TX | TX SOS lists Ryan Wear as Member<br>SOS registration date: 04/17/2020<br>LLC Agreement says dated 4/20/2020<br>LLC Agreement says formed 5/7/2020<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (90%)<br>Richard Wear, Member (10%)<br>LLC Agreement is unsigned, but lists both Richard and Ryan as members, and Ryan as manager. |
| 2129 Andrea Lane LLC | WY | WY SOS formed on 11/04/2019<br>RA resigned and now delinquent status<br>LLC Agreement is dated 12/17/2019<br>LLC Agreement says company formed December 2019<br>"Act" means title 23B of Revised Code of Washington Limited ?<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (90%)<br>Richard Wear, Member (10%) |

4873-8909-9485

|  |  | LLC Agreement executed by both Ryan and Richard. |
| --- | --- | --- |
| 343 JOHNNY CLARK, LLC | TX | Not able to locate on TX SOS<br>LLC Agreement dated May 20, 2020<br>LLC Agreement says formed with TX SOS on 3/8/2020<br>Ideal Property Investments, LLC sole member 100% 1,000 units.<br>Ryan Wear, Manager<br>LLC Agreement executed by Ideal Property Investments, LLC |
| 602 South Meadow LLC | WY | WY SOS formed on 02/21/2020<br>RA resigned and now delinquent status<br>LLC Agreement is dated 02/21/2020<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (10%) Typo in name "Ryan War"<br>Richard Wear, Member (90%)<br>LLC Agreement executed by both Ryan and Richard. |
| 70 North Garden Avenue LLC | IL | IL SOS formed on 1/16/2020<br>Involuntary dissolution on 7/8/2022<br>"Act" means Title 23B of Revised Code of Chicago Limited? References to RCW laws.<br>Incorrect name in LLC Agreement "70 North Garden Ave, LLC"<br>1,000 units issued<br>100% member Ryan Wear<br>Ryan Wear, Manager |
| Harrison Avenue LLC | WY | WY SOS formed 10/12/2018<br>RA resigned and now delinquent status<br>LLC Agreement is dated 10/23/2018<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (100%)<br>LLC Agreement executed by Ryan |
| TCR Plumbing LLC | AZ | AZ SOS 11/26/19 formed<br>LLC Agreement 11/28/2019<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (100%)<br>LLC Agreement executed by Ryan |
| Creative Technologies LLC | WA | WA SOS 05/02/2013 formed |

4873-8909-9485

|  |  | LLC Expiration 5/31/2025<br>Richard Wear registered agent<br>LLC Agreement dated 10/1/2012<br>Member managed LLC<br>Richard Wear 100% member |
|---|---|---|
| Refreshing USA, LLC | WA | WA SOS 11/05/2020 formed<br>LLC expiration 11/30/2024<br>LLC Agreement dated 11/10/2020<br>Ryan Wear is Registered Agent<br>1000 Units issued<br>Ryan Wear, Manager<br>Ryan Wear, Member (90%)<br>Richard Wear, Member (10%)<br>Only signed by Ryan as member and manager |
| 3209 Van Buren LLC | WY | WY SOS 07/05/2019 formed<br>RA Delinquent status<br>Ryan Wear 100% member and manager<br>LLC Agreement dated July 5, 2019<br>Signed by Ryan |
| 4300 Forest LLC | WY | WY SOS 11/04/2019 formed<br>RA Delinquent status<br>LLC Agreement dated July 5, 2019<br>100 units<br>Ryan 10% member<br>Richard 90% member<br>Richard and Ryan managers<br>Signed by Ryan and Richard |
| 701 Eden LLC | NC | NC SOS date formed 11/12/2019<br>LLC Agreement dated July 5, 2019 on first page and dated again November 18, 2019 on signature page<br>100 units<br>Ryan 10% member<br>Richard 90% member<br>Richard and Ryan managers<br>Signed by Ryan and Richard |
| New England Refreshing LLC | NH | NH SOS formed 01/29/2021 |

| | | |
|---|---|---|
| | | Not in good standing with NH SOS<br>Per NH SOS Ryan is member<br>Per LLC Agreement Member 100% Refreshing USA, LLC<br>Member managed<br>LLC Agreement undated but signed by Ryan as manager of Member |
| REFRESHING NEW MEXICO LLC | NM | NM SOS formed 07/06/2021<br>Per LLC Agreement Member 100% Refreshing USA, LLC<br>Member managed<br>100 units |
| REFRESHING LAS VEGAS, LLC | NV | NV SOS formed 07/27/2021<br>Revoked Entity Status<br>==NV SOS states Managing member is Ryan Wear==<br>==Operating Agreement says member is Refreshing USA==<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING ARIZONA, LLC | AZ | AZ SOS formed 1/29/2021<br>==AZ SOS states Ryan Wear is member and manager (Articles of organization reflect the same)==<br>==Operating Agreement says Refreshing USA is the member==<br>==Operating Agreement says member managed and Filed Articles say Manager Managed==<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING CALIFORNIA L.L.C. | CA | CA SOS formed 06/08/2021<br>Operating agreement says LLC is Arizona LLC<br>OA says sole member is Refreshing USA LLC<br>CA SOS says Ryan Wear is CEO<br>Articles say member managed<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING CAROLINAS LLC | NC | NC SOS 10/19/2021<br>NC SOS lists Ryan Wear as CEO<br>Operating Agreement says LLC is Arizona LLC<br>OA says sole member is Refreshing USA LLC<br>OA says member managed<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING COLORADO LLC | CO | CO SOS formed on 2/18/2021<br>==Delinquent status== |

4873-8909-9485

|  |  | Operating agreement was clearly recycled from Refreshing Carolinas LLC (typos with old name left in agreement, "Arizona llc" etc.)<br>OA says sole member is Refreshing USA LLC<br>OA says member managed<br>OA Signed by Ryan for Refreshing USA |
|---|---|---|
| REFRESHING FLORIDA LLC | FL | FL SOS formed 5/1/2021 (effective date)<br>==FL SOS and Articles list Ryan Wear as Manager==<br>==OA says sole member is Refreshing USA LLC==<br>==OA says member managed==<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING GEORGIA LLC | GA | GA SOS formed 11/4/2020<br>Ryan Wear is registered agent<br>Articles state Ryan Wear is manager<br>==OA says sole member is Refreshing USA LLC==<br>==OA says member managed==<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING GREAT LAKES LLC | IL | IL SOS formed 7/26/2021<br>==IL SOS lists Ryan Wear as manager==<br>DBAs "snack pro vend" "pearl vend IL" "commercial vend il" "rogers vend il" "nv distribution il"<br>==OA says sole member is Refreshing USA LLC==<br>==OA says member managed==<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING MONTANA LLC | MT | MT SOS formed 85/2021<br>MT SOS Inactive Voluntary Dissolution (RA resigned and annual renewal not filed)<br>MT SOS Says manager-managed<br>==OA says sole member is Refreshing USA LLC==<br>==OA says member managed==<br>OA Signed by Ryan for Refreshing USA |
| REFRESHING TEXAS LLC | TX | TX SOS formed 05/07/2020<br>Laura Burke listed as "accounting" in public records<br>==OA says sole member is Refreshing USA LLC==<br>==OA says member managed== |

4873-8909-9485

| | | |
|---|---|---|
| | | OA Signed by Ryan for Refreshing USA |
| Refreshing Washington LLC | WA | WA SOS formed 01/06/2023<br>WA SOS Expiration date 01/31/2025<br>WA SOS Governor listed Ryan Wear<br>==OA says sole member is Refreshing USA LLC==<br>==OA says member managed==<br>OA Signed by Ryan for Refreshing USA |
| Refreshing Midwest LLC | IN | IN SOS formed 11/17/2020<br>==IN SOS lists Ryan Wear as member==<br>==Articles state not a single member LLC and not manager managed==<br>==Signature on articles is Tyler C Sadek as member==<br>Change to Ryan Wear as member 1/4/2024<br>OA says "70 north garden ave LLC" at the top<br>1000 units issued<br>70% Ryan Wear<br>30% Tyler Sadek<br>Managers Ryan and Tyler |
| <span style="color:red">REFRESHING MID ALANTIC LLC</span> | ? | <span style="color:red">Unable to open OA on system.</span> |
| Ideal Bells Ferry LLC | WY | WY SOS formed 02/09/2022<br>WY SOS delinquent Registered Agent<br>OA says Ideal Property Investments LLC is 100% member and manager<br>100 units |
| Smokey Point Holdings LLC | WY | WY SOS formed 08/17/2019<br>Delinquent RA status<br>Delinquent tax status<br>OA Ryan 100 Units 100% member<br>OA Ryan Wear Manager |
| Summit Management Services LLC | WA | WA SOS formed 03/07/2005<br>Expiration date 03/31/2025<br>Richard Wear listed as governor |

4873-8909-9485

|  |  | When entity was formed, articles list Ryan Wear as RA and signatory, and original members were listed as Ryan Wear, Richard Wear, Charles Buele and Ryan Haines<br>Most recent annual report has Ryan Wear signing as member.<br>OA says its entered into as of May 3, 2011.<br>OA lists Ryan Wear as managing member<br>OA lists Ryan and Richard as members Richard 90% and Ryan 10%<br>10,000 units total |
|---|---|---|
| Waterstation Finance Company, LLC | WA | WA SOS formed 12/23/2016<br>Expiration date 12/31/2023<br>Administratively dissolved status<br>Per OA Ryan Wear 100% member<br>1000 units issued<br>Ryan Wear, Manager |
| Waterstation Management, LLC | WA | WA SOS Formed 01/25/2016<br>Expiration 01/31/2025<br>Per OA Ryan Wear 100% member<br>1000 units issued<br>Ryan Wear, Manager |
| WST AZ Properties | AZ | AZ SOS formed 12/21/2020<br>==Members in Articles listed as Richard and Ryan==<br>==Ryan listed as manager in Articles==<br>==Operating Agreement lists Ryan as 100% member of 1000 units and manager== |

4873-8909-9485