# Exhibit C

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| FIRST FED BANK, a Washington state bank corporation,<br><br>         Petitioner,<br><br>v.<br><br>IDEAL PROPERTY INVESTMENTS, LLC, a Washington limited liability company,<br><br>         Respondent. | Case No. 24-2-08418-5 SEA<br><br>STIPULATION AND ORDER TO AMEND APPOINTING ORDER |

## I. STIPULATION

On May 3, 2024, this Court entered an order, at Docket No. 51, appointing TurningPointe LLC d/b/a Turning Point Strategic Advisors ("**Receiver**"), as a general receiver over Ideal Property Investments LLC ("**Debtor**") in this proceeding ("**Appointing Order**").

The undersigned parties, by and through their respective counsel of record, hereby stipulate and agree to amend the Appointing Order as follows:

  1.  <u>Exhibit A</u>, attached hereto, should be attached to the Appointing Order as "Schedule 1" to the Appointing Order;

  2.  Receiver is qualified under RCW 7.60.035 to serve as a receiver over the entities and properties identified in the attached <u>Exhibit A</u>;

  3.  Receiver should be appointed as a general receiver over the entities and properties

STIPULATION AND ORDER TO AMEND APPOINTING ORDER- 1

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

1. identified in the attached <u>Exhibit A</u>;

2. 4. For administrative efficiency, the receivership estates of each entity or property identified in the attached <u>Exhibit A</u> should be jointly administered as separate estates under the same case caption and number as the Debtor's receivership case, with the Debtor's receivership case being the "lead" case and each other entity's or property's respective receivership case being a "related" case; and

3. 5. The Appointing Order should be amended as set forth in the subjoined Order.

| SNELL & WILMER L.L.P. | LANE POWELL PC |
|---|---|
| By: *s/Amit D. Ranade* <br> Amit D. Ranade, WSBA # 34878 <br> Mallory L. B. Satre, WSBA #50194 <br> Rachael E. Clark, WSBA #57277 <br> 600 University Street, Suite 310 <br> Seattle, WA 98101 <br> Tel: (206) 741-1420 <br> aranade@swlaw.com <br> msatre@swlaw.com <br> reclark@swlaw.com <br> Attorneys for Receiver | By: *s/ Gregory R. Fox (w/permission)* <br> Gregory R. Fox, WSBA # 30559 <br> James B. Zack, WSBA #48122 <br> 1420 Fifth Avenue, Suite 4200 <br> Seattle, WA 98111 <br> Tel: (206) 223-7000 <br> foxg@lanepowell.com <br> zackj@lanepowell.com <br> Attorneys for Petitioner |
| CORR CRONIN L.L.P. | BUSH KORNFELD L.L.P. |
| By: *s/ John T. Bender (w/permission)* <br> John T. Bender, WSBA # 49658 <br> Kristen Barnhart, WSBA #51135 <br> 1015 Second Avenue, Floor 10 <br> Seattle, WA 98104 <br> Tel: (206) 628-8600 <br> jbender@corrcronin.com <br> kbarnhart@corrcronin.com <br> Attorneys for Intervenors | By: *s/ Armand J. Kornfeld (w/permission)* <br> Armand J. Kornfeld, WSBA # 17214 <br> Aimee S. Willig, WSBA #22859 <br> 601 Union Street, Suite 5000 <br> Seattle, WA 98101 <br> Tel: (206) 292-2110 <br> jkornfeld@bskd.com <br> awillig@bskd.com <br> Attorneys for Intervenors |

STIPULATION AND ORDER TO AMEND APPOINTING ORDER- 2

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11    Doc 151-3    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 3 of 8

| WENOKUR RIORDAN P.L.L.C. | PATRICK L. VAIL, P.L.L.C. |
|---|---|
| By: *s/ Nathan T. Riordan (w/permission)* <br> Nathan T. Riordan, WSBA # 33924 <br> 600 Stewart Street, Suite 1300 <br> Seattle, WA 98101 <br> Tel: (206) 903-0401 <br> nate@wrlawgroup.com <br> Attorneys for Respondent | By: *s/ Patrick L. Vail (w/permission)* <br> Patrick L. Vail, WSBA # 34513 <br> 1000 Second Avenue, Suite 1770 <br> Seattle, WA 98104 <br> Tel: (206) 624-5824 <br> pvail@pvaillaw.com <br> Attorney for Ryan Wear |

## II. ORDER

THIS MATTER came before the Court on the foregoing stipulation of the parties.

Having considered the foregoing Stipulation, the Court hereby ORDERS that the Appointing Order, Dkt. # 51, is hereby amended as follows:

1. The document attached to this Order as <u>Exhibit A</u> shall be attached to the Appointing Order as the "Schedule 1" referenced therein;

2. The definition of "Respondent" in the Appointing Order is hereby amended to include all entities identified as a Title Owner in the attached <u>Exhibit A</u>;

3. The definition of "Estate Property" in the Appointing Order is hereby amended to include, respectively for each Respondent's receivership estate, all assets owned by the Respondent, including without limitation all properties attributed to a Respondent as a Title Owner in the attached <u>Exhibit A</u> or otherwise identified therein;

4. For administrative efficiency, the receivership estates of each Respondent shall be jointly administered as separate estates under the same case caption and number as the Debtor's receivership case, with the Debtor's receivership case being identified as the "lead" case and each other Respondent's respective receivership case being identified as a "related" case;

5. A creditor submitting a proof of claim against one or more Respondents shall identify in its proof of claim which Respondent(s) the claim is asserted against; and

STIPULATION AND ORDER TO AMEND APPOINTING ORDER- 3

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11    Doc 151-3    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 4 of 8

1.     6.     All other terms in the Appointing Order remain in full force and effect.

DATED this ___ day of June, 2024.

_____
JUDGE/COMMISSIONER

Presented by:

SNELL & WILMER L.L.P.

By:   */s/ Amit D. Ranade*
      Amit D. Ranade, WSBA # 34878
      Mallory L. B. Satre, WSBA #50194
      Rachael E. Clark, WSBA #57277
      600 University Street, Suite 310
      Seattle, WA 98101
      Tel: (206) 741-1420
      aranade@swlaw.com
      msatre@swlaw.com
      reclark@swlaw.com
Attorneys for Receiver

\4856-2470-6503

STIPULATION AND ORDER TO AMEND APPOINTING ORDER- 4

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

# EXHIBIT A

24-01421-FPC11    Doc 151-3    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 6 of 8

# SCHEDULE 1

| Property Address | Title Owner |
|---|---|
| 653 E. 20th Street, Yuma, AZ 85365 | Ideal Property Investments LLC |
| 700 S. Arizona Blvd., Coolidge, AZ 85128 | Ideal Property Investments LLC |
| 1930 N. 22nd Ave., Phoenix, AZ 85009 | Ideal Property Investments LLC |
| 4237 E. Magnolia, Phoenix, AZ 85034 | Ideal Property Investments LLC |
| 530 Opper Street, Escondido, CA 92029 | Ideal Property Investments LLC |
| 25377 Huntwood Ave., Hayward, CA 94544 | Ideal Property Investments LLC |
| 877 Orange Ave., Tallahassee, FL 32310 | Ideal Property Investments LLC |
| 2129 Andrea Lane, Fort Myers, FL 33912 | 2129 Andrea Lane LLC |
| 1118 Virginia Ave., Columbus, GA 31901 | 1118 Virginia Street LLC |
| 1924 North Ave. W, Missoula, MT 59801 | Ideal Property Investments LLC |
| 701 Eden Terrace, Archdale, NC 27263 | 701 Eden LLC |
| 7925 Arby Ave., Las Vegas, NV 89113 | Ideal Property Investments LLC |
| 19355 SW Teton Ave., Tualatin, OR 97062 | Ideal Property Investments LLC |
| 2709 Electronic Lane, Dallas, TX 75220 | Ideal Property Investments LLC |
| 11519 S. Petropark Ave., Houston, TX 77041 | 11519 South Petropark LLC |
| 343 Johnny Clark Rd., Longview, TX 75605 | 343 Johnny Clark LLC |
| 586 W. 9320 South, Sandy, UT | Ideal Property Investments LLC |
| 12 Emery Road, Oroville, WA 98844 | Ideal Property Investments LLC |
| 11410 Beverly Park Rd., Everett, WA 98204 | Ideal Property Investments LLC |
| 3200 Shoreline Dr., Camano Island, WA 98282 | Ideal Property Investments LLC |
| 3811 188th St. NE, Arlington, WA 98223 14925 | Ideal Property Investments LLC |
| 14925 35th Ave. NE, Marysville, WA 98271 | Ideal Industrial Park LLC |
| 27423 40th Ave., Stanwood, WA 98292 | Ideal Industrial Park LLC |
| 27602 40th Ave., Stanwood, WA 98292 | Ideal Industrial Park LLC |

# King County Superior Court
## Judicial Electronic Signature Page

Case Number: 24-2-08418-5
Case Title: FIRST FED BANK VS IDEAL PROPERTY INVESTMENTS

Document Title: Order

Signed By: Michael R. Scott
Date: June 13, 2024

Judge: Michael R. Scott

This document is signed in accordance with the provisions in GR 30.

Certificate Hash: 099C583EFDD05FB18A3076329526934213FAC4A0
Certificate effective date: 3/30/2023 1:30:41 PM
Certificate expiry date: 3/30/2028 1:30:41 PM
Certificate Issued by: C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Michael Scott: Po6Ro6kz7RG4KIcIp8tZaw=="