# Exhibit F

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

In Re:

IDEAL MURFREESBORO, LLC,

               Debtor.

Case No.

ASSIGNMENT FOR THE BENEFIT OF CREDITORS

THIS ASSIGNMENT is made this 16th day of May, 2024, by and between Ideal Murfreesboro, LLC ("**Assignor**"), whose business address is 2732 Grande Avenue, Suite 122, Everett, Washington 98201, and TurningPointe, LLC d/b/a Turning Point Strategic Advisors ("**Assignee**").

WHEREAS, Assignor has been engaged in the business of real estate development.

WHEREAS, Assignor is indebted to creditors, as set forth in Schedule A annexed hereto, is unable to pay debts as they become due, and is desirous of providing for the payment of debts, so far as it is possible by an assignment of all property for that purpose.

NOW, THEREFORE, Assignor, in consideration of the assignee's acceptance of this assignment, and for other good and valuable consideration, hereby grants, assigns, conveys, transfers, and sets over, unto the assignee, and the assignee's successors and assigns, all of assignor's property, except such property as is exempt by law from levy and sale under an execution (and then only to the extent of such exemption), including, but not limited to, all real property, fixtures, goods,

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 1

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11   Doc 151-6   Filed 10/09/24   Entered 10/09/24 17:19:38   Pg 2 of 7

stock, inventory, equipment, furniture, furnishings, accounts receivable, general intangibles, bank deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims, and demands belonging to the assignor, wherever such property may be located (hereinafter collectively the "estate"), which property is, to the best knowledge and belief of the assignor, fully and accurately set forth on <u>Schedule B</u> annexed hereto.

By making this assignment, the assignor consents to the appointment of the assignee as a general receiver with respect to the assignee's property in accordance with chapter 7.60 RCW.

The assignee shall take possession and administer the estate, and shall liquidate the estate with reasonable dispatch and convert the estate into money, collect all claims and demands hereby assigned as and to the extent they may be collectible, and pay and discharge all reasonable expenses, costs, and disbursements in connection with the execution and administration of this assignment from the proceeds of such liquidations and collections.

The assignee shall then pay and discharge in full, to the extent that funds are available in the estate after payment of administrative expenses, costs, and disbursements, all of the debts and liabilities now due from the assignor, including interest on such debts and liabilities in full, according to their priority as established by law, and on a pro rata basis within each class.

In the event that all debts and liabilities are paid in full, the remainder of the estate shall be returned to the assignor.

To accomplish the purposes of this assignment, the assignor hereby irrevocably appoints the assignee as the assignor's true and lawful attorney-in-fact, with full power and authority to do all acts and things which may be necessary to execute and fulfill the assignment hereby created, to the same extent as such acts and things might be done by assignor in the absence of this assignment, including but not limited to the power to demand and recover from all persons all property of the estate; to sue for the recovery of such property; to execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances, and to grant and convey any or all of the real or personal property of the estate pursuant thereto; and to appoint one or more attorneys to assist the assignee in

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 2

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11   Doc 151-6   Filed 10/09/24   Entered 10/09/24 17:19:38   Pg 3 of 7

1  carrying out the assignee's duties hereunder.
2    The assignor hereby authorizes the assignee to sign the name of the assignor to any check,
3  draft, promissory note, or other instrument in writing which is payable to the order of the assignor,
4  or to sign the name of the assignor to any instrument in writing, whenever it shall be necessary to do
5  so, to carry out the purposes of this assignment.
6    The assignor declares, under penalty of perjury under the laws of the state of Washington,
7  that the attached list of creditors and of the property of the assignor is true and complete to the best
8  of the assignor's knowledge.
9    The assignment shall be signed by the assignor and duly acknowledged in the same manner
10 as conveyances of real property before a notary public of this state, and shall include an acceptance
11 of the assignment by the assignee in substantially the following form:
12   The assignee hereby accepts the trust created by the foregoing assignment, and agrees
13 faithfully and without delay to carry out the assignee's duties under the foregoing assignment.

**ASSIGNOR:**

**Ideal Murfreesboro, LLC**

By Ideal Property Investments, LLC,
Managing Member

By TurningPointe, LLC, as general
receiver for Ideal Property Investments,
LLC, in *First Fed Bank v. Ideal
Property Investments, LLC*, King Co.
Sup. Ct. Case No. 24-02-08418-5 SEA

By: _____
Eric Camm, Director

**ASSIGNEE:**

**TurningPointe, LLC d/b/a Turning Point Strategic Advisors**

By: _____
Eric Camm, Director

4874-4753-1967

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 3

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

On this 16th day of May, 2024, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared Eric Camm, to me known to be a Director of TurningPointe, LLC, as general receiver for Ideal Property Investments, LLC, in *First Fed Bank v. Ideal Property Investments, LLC*, King Co. Sup. Ct. Case No. 24-02-08418-5 SEA, which is the duly authorized managing member of Ideal Murfreesboro, LLC, and acknowledged the said instrument to be the free and voluntary act and deed of Ideal Murfreesboro, LLC for the uses and purposes therein mentioned and on oath stated that he is authorized to execute said instrument.

WITNESS my hand and official seal hereto affixed the day and year in this certificate above written.

_Tamorah [signature]_
Print Name: Tamorah Gere
NOTARY PUBLIC in and for the State of Washington, residing at Everett.
My commission expires 4-29-28

4874-4753-1967

**TAMORAH GERE**
NOTARY PUBLIC #135520
STATE OF WASHINGTON
COMMISSION EXPIRES
APRIL 29, 2028

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 4

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11    Doc 151-6    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 5 of 7

## SCHEDULE A – LIST OF CREDITORS

Avatar REIT I LLC
c/o Ryan Cronin-Prather, registered agent
1200 Westlake Ave. N., Suite 1006
Seattle, WA 98109

First Fed Bank
105 W. 8th St.
PO Box 351
Port Angeles, WA 98362

Creative Technologies, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201

Creative Technologies, LLC
c/o Richard Wear, registered agent
1206 Hewitt Avenue
Everett, WA 98201

Ryan Wear
1029 154th Street NW
Marysville, WA 98271

Rutherford County, Tennessee Assessor's Office
319 N. Maple St., Suite 200
Murfreesboro, TN 3713

## SCHEDULE B – PROPERTY

TRACT I:
Land in Rutherford County, Tennessee, being Unit No. 10 of Revision Plat of Middle Tennessee Business Center Condominiums, Phase I, according to plat and survey of record in Plat Book 29, Page 90, and as corrected by Surveyors Certificate of Correction, Revision Plat, Middle Tennessee Business Center Condominiums, Phase I, in record Book 948, Page 1308, Register's Office of Rutherford County, Tennessee, to which plat reference is hereby made for a more complete details of location and description.

Being the same property conveyed to Ideal Murfreesboro, LLC, a Wyoming limited liability company by Special Warranty Deed of record in Record Book 2222, Page 1340, in the Register's Office for Rutherford County, Tennessee.

TRACT II:
Land in Rutherford County, Tennessee, being Unit Nos. 9, 12, 13, 14, 15, 18, 19 and 20 of Revision Plat of Middle Tennessee Business Center Condominiums, Phase I, according to plat and survey of record in Plat Book 29, Page 90, and as corrected by Surveyors Certificate of Correction, Revision Plat, Middle Tennessee Business Center Condominiums, Phase I, in record Book 948, Page 1308, Register's Office of Rutherford County, Tennessee, to which plat reference is hereby made for a more complete details of location and description.

TRACT III:
Land in Rutherford County, Tennessee, being Unit Nos. 13, 14, 15, 18, 19 and 20 of Revision Plat of Middle Tennessee Business Center Condominiums, Phase I, according to plat and survey of record in Plat Book 29, page 90, and as corrected by Surveyors Certificate of Correction, Revision Plat, Middle Tennessee Business Center Condominiums, Phase I, in Record Book 948, Page 1308, in the Register's Office of Rutherford County, Tennessee, to which plat reference is hereby made for a more complete details of location and description.

TRACT IV:
Land in Rutherford County, Tennessee, being Unit No. 10 of Revision Plat of Middle Tennessee Business Center Condominiums, Phase I, according to survey and plat of same of record in Plat Book 29, Page 90, as corrected by Surveyors Certificate of Correction, Revision Plat, Middle Tennessee Business Center Condominiums, Phase I, in Record Book 948, Page 1308, Register's Office of Rutherford County, Tennessee, to which plat reference is hereby made for a more complete details of location and description.

Being the same property conveyed to Ideal Murfreesboro, LLC, a Wyoming limited liability company by the Special Warranty Deed of record in Record Book 2222, Page 1706, and the Special Warranty Deed of record in Record Book 2222, Page 1340, in the Register's Office for Rutherford County, Tennessee.

ID Nos. 102-045.13 (C) 009, 102-045.13 (C) 010; 102-045.13 (C) 012, 102-045.13 (C) 013, 102-045.13 (C) 014, 102-045.13 (C) 015, 102-045.13 (C) 018, 102-045.13 (C) 019, and 102-045.13 (C) 020