# Exhibit G

| Address | City | Zip | State | Tenant | Cost Per Month |
|---|---|---|---|---|---|
| 730a Middle Tennessee Blvd, Suite 9 | Murfreesboro | 37129 | TN | Receumbent Bicycles of Tennessee | $ 1,292 |
| 730a Middle Tennessee Blvd, Suite 10 and 11 | Murfreesboro | 37129 | TN | Tenn 730 Business LLC | $ 4,667 |
| 730a Middle Tennessee Blvd, Suite 12 | Murfreesboro | 37129 | TN | Guardian MMA, LLC | $ 4,851 |
| 730a Middle Tennessee Blvd, Suite 13 | Murfreesboro | 37129 | TN | Hexa Partners | $ 4,118 |
| 730a Middle Tennessee Blvd, Suite 14-15 | Murfreesboro | 37129 | TN | The Warehouse | $ 3,219 |
| 730a Middle Tennessee Blvd, Suites 18-20 | Murfreesboro | 37129 | TN | Oerlikon Balzers Coating USA, Inc. | $ 6,888 |