# Exhibit H

24-01421-FPC11    Doc 151-8    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 1 of 2

| Name of Claimant | Address of Claimant | Attorney | SECURED? | Amount | Nature of Claim |
|---|---|---|---|---|---|
| First Fed Bank | PO Box 351, Port Angeles, WA 98362 | Gregory R. Fox<br>Lane Powell PC<br>1420 Fifth Ave., Suite 4200<br>Seattle, WA 98101 | Y | $24,319,014.09 | Loans |
| Seaga Manufacturing, Inc. | 700 Seaga Dr., Freeport, IL 61032 | John S. Kaplan<br>Stoel Rivers LLP<br>600 University St., Suite 3600<br>Seattle, WA 98101 | N | unknown | Breach of Contract |
| Aqualux Water LLC | 705 Potomac Pl, Southlake, TX 76092 | James P. Savitt<br>Fennemore Craig, P.C.<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | N | > $1,003,000 | Breach of Contract |
| Duane and Linda Okamoto | 3617 241st Ave SE, Sammamish, WA 98029 | James P. Savitt<br>Fennemore Craig, P.C.<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | N | > $850,000 | Breach of Contract |
| Gary & Heidi Young | 705 Potomac Pl, Southlake, TX 76092 | James P. Savitt<br>Fennemore Craig, P.C.<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | N | > $1,003,000 | Breach of Contract |
| Oaks WaterStation Tech LLC | 3617 241st Ave SE, Sammamish, WA 98029 | James P. Savitt<br>Fennemore Craig, P.C.<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101-2272 | N | > $850,000 | Breach of Contract |
| Dr. Ryan Richard | 77 Peachtree Memorial Dr NW, #3, Atlanta, GA 30309 | will be retaining John Bender | | $225,244.01 | Breach of Contract |
| William Sisk<br>Lee Nashville CRE, LLC | 333 Commerce St., #1610, Nashville, TN 37201 | none | N | $14,905.74 | Leasing Commissions |
| Redwaters LLC | c/o Konda Reddy Gadi, 24352 Woodhall Ct. | IL | | $ 1,399,000.00 | Breach of Contract |