# Exhibit I

24-2-04013-31
ASN 3
Assignment
16768716

FILED
5/24/24

HEIDI PERCY
COUNTY CLERK
SNOHOMISH CO. WASH.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

In Re:

IDEAL GREENLEAF, LLC,

              Debtor.

Case No. 24-2-04013-31

ASSIGNMENT FOR THE BENEFIT OF CREDITORS

THIS ASSIGNMENT is made this 23rd day of May, 2024, by and between Ideal Greenleaf, LLC ("**Assignor**"), whose business address is 2732 Grande Avenue, Suite 122, Everett, Washington 98201, and TurningPointe, LLC d/b/a Turning Point Strategic Advisors ("**Assignee**").

WHEREAS, Assignor has been engaged in the business of real estate development.

WHEREAS, Assignor is indebted to creditors, as set forth in Schedule A annexed hereto, is unable to pay debts as they become due, and is desirous of providing for the payment of debts, so far as it is possible by an assignment of all property for that purpose.

NOW, THEREFORE, Assignor, in consideration of the assignee's acceptance of this assignment, and for other good and valuable consideration, hereby grants, assigns, conveys, transfers, and sets over, unto the assignee, and the assignee's successors and assigns, all of assignor's property, except such property as is exempt by law from levy and sale under an execution (and then only to the extent of such exemption), including, but not limited to, all real property, fixtures, goods, stock, inventory, equipment, furniture, furnishings, accounts receivable, general intangibles, bank

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 1

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

ORIGINAL

deposits, cash, promissory notes, cash value and proceeds of insurance policies, claims, and demands belonging to the assignor, wherever such property may be located (hereinafter collectively the "**estate**"), which property is, to the best knowledge and belief of the assignor, fully and accurately set forth on <u>Schedule B</u> annexed hereto.

By making this assignment, the assignor consents to the appointment of the assignee as a general receiver with respect to the assignee's property in accordance with chapter 7.60 RCW.

The assignee shall take possession and administer the estate, and shall liquidate the estate with reasonable dispatch and convert the estate into money, collect all claims and demands hereby assigned as and to the extent they may be collectible, and pay and discharge all reasonable expenses, costs, and disbursements in connection with the execution and administration of this assignment from the proceeds of such liquidations and collections.

The assignee shall then pay and discharge in full, to the extent that funds are available in the estate after payment of administrative expenses, costs, and disbursements, all of the debts and liabilities now due from the assignor, including interest on such debts and liabilities in full, according to their priority as established by law, and on a pro rata basis within each class.

In the event that all debts and liabilities are paid in full, the remainder of the estate shall be returned to the assignor.

To accomplish the purposes of this assignment, the assignor hereby irrevocably appoints the assignee as the assignor's true and lawful attorney-in-fact, with full power and authority to do all acts and things which may be necessary to execute and fulfill the assignment hereby created, to the same extent as such acts and things might be done by assignor in the absence of this assignment, including but not limited to the power to demand and recover from all persons all property of the estate; to sue for the recovery of such property; to execute, acknowledge, and deliver all necessary deeds, instruments, and conveyances, and to grant and convey any or all of the real or personal property of the estate pursuant thereto; and to appoint one or more attorneys to assist the assignee in carrying out the assignee's duties hereunder.

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 2

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11    Doc 151-9    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 3 of 7

The assignor hereby authorizes the assignee to sign the name of the assignor to any check, draft, promissory note, or other instrument in writing which is payable to the order of the assignor, or to sign the name of the assignor to any instrument in writing, whenever it shall be necessary to do so, to carry out the purposes of this assignment.

The assignor declares, under penalty of perjury under the laws of the state of Washington, that the attached list of creditors and of the property of the assignor is true and complete to the best of the assignor's knowledge.

The assignee hereby accepts the trust created by the foregoing assignment, and agrees faithfully and without delay to carry out the assignee's duties under the foregoing assignment.

**ASSIGNOR:**

**Ideal Greenleaf, LLC**

By Ideal Property Investments, LLC, Managing Member

By TurningPointe, LLC, as general receiver for Ideal Property Investments, LLC, in *First Fed Bank v. Ideal Property Investments, LLC*, King Co. Sup. Ct. Case No. 24-02-08418-5 SEA

By: _____
Eric Camm, Director

**ASSIGNEE:**

**TurningPointe, LLC d/b/a Turning Point Strategic Advisors**

By: _____
Eric Camm, Director

//
//
//
//
//
//
//
//
//

ASSIGNMENT FOR THE BENEFIT OF CREDITORS - 3

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

24-01421-FPC11    Doc 151-9    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 4 of 7

STATE OF WASHINGTON )
                    ) ss.
COUNTY OF KING      )

    On this 23rd day of May, 2024, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared Eric Camm, to me known to be the Director of TurningPointe, LLC, as general receiver for Ideal Property Investments, LLC, in *First Fed Bank v. Ideal Property Investments, LLC*, King Co. Sup. Ct. Case No. 24-02-08418-5 SEA, and acknowledged the said instrument to be the free and voluntary act and deed for the uses and purposes therein mentioned and on oath stated that he is authorized to execute said instrument.

    WITNESS my hand and official seal hereto affixed the day and year in this certificate above written.

_____
Print Name: Tamorah Gere
NOTARY PUBLIC in and for the State of
Washington, residing at Everett.
My commission expires 04/29/2028

4855-7950-2785

[Notary Seal: TAMORAH GERE, NOTARY PUBLIC #135520, STATE OF WASHINGTON, COMMISSION EXPIRES APRIL 29, 2028]

# SCHEDULE A – LIST OF CREDITORS

Avatar REIT I LLC
c/o Ryan Cronin-Prather, registered agent
1200 Westlake Ave. N., Suite 1006
Seattle, WA 98109

Avatar REIT I LLC
c/o Ryan M. Beavers, its attorney
Heavner, Beyers & Mihlar, LLC
PO Box 740
Decatur, IL 62525

First Fed Bank
105 W. 8th St.
PO Box 351
Port Angeles, WA 98362

Ideal Greenleaf, LLC
2732 Grand Ave., Suite 122
Everett, WA 98201

Ideal Greenleaf, LLC
c/o Richard Wear
1206 Hewitt Avenue
Everett, WA 98201

Ryan Wear
1029 154th Street NW
Marysville, WA 98271

Cook County, Illinois Treasurer's Office
118 North Clark Street, Room 112
Chicago, IL 60602

## SCHEDULE B – PROPERTY

LOT 248 IN CENTEX INDUSTRIAL PARK UNIT NO. 136, BEING A SUBDIVISION IN SECTION 34, TOWNSHIP 41 NORTH, RANGE 11 EAST, OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 4, 1970 AS DOCUMENT NO. 21094564, IN COOK COUNTY, ILLINIOS.

PIN: 08-34-205-018-0000
Common Address: 1400 Greenleaf Ave., Elk Grove Village, IL 60007