# Exhibit K

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| FIRST FED BANK, a Washington state bank corporation,<br><br>                                Petitioner,<br><br>v.<br><br>IDEAL PROPERTY INVESTMENTS, LLC, a Washington limited liability company,<br><br>                                Respondent. | Case No. 24-2-08418-5 SEA<br><br>AMENDED SCHEDULE OF PROPERTY AND LIABILITIES |

Pursuant to RCW 7.60.090, TurningPointe, LLC d/b/a Turning Point Strategic Advisors ("**Receiver**") submits the following schedules to amend the Schedule of Property and Liabilities filed on August 5, 2024 as Docket #192.

    1.    <u>Schedule A—Creditor List</u>, attached hereto, to the best of Receiver's knowledge, lists all known creditors, wages and employee benefits, consumer deposits, taxes owed, owners and shareholders, and applicable regulatory agencies.

    2.    <u>Schedule B—List of Property</u>, attached hereto, to the best of Receiver's knowledge, describes, locates, and estimates the value of all exempt and nonexempt real property, fixtures, cash and bank accounts, inventory, accounts receivable, equipment, prepaid expenses, and other property.

    3.    These schedules are submitted based on information and documents currently available to Receiver. Receiver is still attempting to obtain complete information from Debtor and

AMENDED SCHEDULE OF PROPERTY AND LIABILITIES - 1

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4873-3519-1759

other parties regarding the estate's assets and liabilities. Receiver has not fully investigated the validity or accuracy of creditors' claims. As such, these schedules are subject to update following discovery of additional information and further analysis. Receiver reserves all rights to object to any claim based on facts and circumstances learned through discovery.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true, correct, and complete to the best of my knowledge.

DATED this 5th day of August, 2024, in Seattle, Washington.

*/s/ Eric Camm*
ERIC CAMM

AMENDED SCHEDULE OF PROPERTY AND LIABILITIES - 2

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

4873-3519-1759

24-01421-FPC11    Doc 151-11    Filed 10/09/24    Entered 10/09/24 17:19:38    Pg 3 of 9

# SCHEDULE A

## SCHEDULE A

| 1. Creditors having security interests or liens: | | | | |
|---|---|---|---|---|
| Name | Address | Amount | Disputed? | Collateral |
| SS Holdings, LLC | 4601 Chennault Beach Rd., Suite 200, Mukilteo, WA 98275 | $3,147,802.00 | Determination pending | Arlington 152nd RV Lot; Arlington 188th Street Lot; and Ector County, TX property |
| Lance Mueller & Associates/Architects | 140 Lakeside Ave., Suite 310, Seattle, WA 98122 | $113,902.72 | Determination pending | 14805, 14821, 14919 & 14925 Smokey Point Blvd., Marysville, WA 98271 |
| Tyee Beach Water Association, Inc. | c/o Carolyn Strong, 3067 Shoreline Dr., Camano Island, WA 98282 | $600.00 | Determination pending | 3200 Shoreline Dr, Camano, WA |
| Everett 1 LLC | c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St., Seattle, WA 98108 | $1,024,402.48 | Determination pending | Snohomish County tax parcel #s 006234-000-009-00; 310533-002-041-00; 006234-000-008-00; 310533-002-00; 310533-002-016-00 |
| NBC Mergeco, Inc. | c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St., Seattle, WA 98108 | $1,122,855.71 | Determination pending | 27423 40th Ave., Stanwood, WA 98292 |
| NBC Mergeco, Inc. | c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St., Seattle, WA 98108 | $1,124,962.89 | Determination pending | 14805 NE 35th Ave., 1419 & 148l21 Smokey Point Blvd., Marysville, WA 98271 |
| NBC Mergeco, Inc. | c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St., Seattle, WA 98108 | $624,932.58 | Determination pending | 3200 Shoreline Dr., Camano Island, WA 98282 |
| Land Technologies, Inc. | 18820 3rd Ave NE, Arlington, WA 98223 | $18,881.25 | Determination pending | Snohomish County tax parcel #s 310533-002-015-00; 310533-002-023-00; 310533-002-024-00; 310533-002-025-00; 31053-003-006-00; 31053-002-022-00 |
| First Fed Bank | c/o Lane Powell PC, 1420 Fifth Ave., Suite 4200, Seattle, WA 98101 Attn: Gregory R. Fox | $24,148,034.80 | Determination pending | 12 Emery Road, Oroville, WA<br>530 Opper St, Escondidio, CA<br>653 E 20th St., Yuma, AZ<br>700 S Arizona Blvd, Coolidge, AZ<br>877 Orange Ave, Tallahassee, FL<br>1930 N 22nd Ave., Phoenix, AZ<br>2709 Electronic Ln, Dallas, TX<br>3200 Shoreline Dr, Camano, WA<br>3811 188th St NE, Arlington, WA<br>4237 E Magnolia St., Phoenix, AZ<br>7925 W Arby Ave, Las Vegas, NV<br>8460 Thomas Ave., Bridgeview, IL<br>11410 Beverly Park Rd, Everett, WA<br>14925 35th Ave NE, Marysville, WA<br>19355 SW Teton Ave., Tualatin, OR<br>27423 40th Ave NW, Stanwood, WA<br>27602 40th Ave NW, Stanwood, WA |
| Cadence Bank | Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd., Lafayette, LA 70508 | $1,123,400.91 | Determination pending | 653 E 20th St, Yuma, AZ |
| Cadence Bank | Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd., Lafayette, LA 70508 | $1,102,181.99 | Determination pending | 1924 North Ave W, Missoula, MT |
| Cadence Bank | Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd., Lafayette, LA 70508 | $1,400,202.63 | Determination pending | 586 W 9320 S, Salt Lake City, UT |
| Cadence Bank | Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd., Lafayette, LA 70508 | $3,379,541.94 | Determination pending | 2k709 Electronic Ln, Dallas, tX |
| Water for Commerce Fund Management, LLC | c/o K. Terrell Hutchins, Ottergourg, P.C., 230 Park Ave., New York, NY 10169 | | Determination pending | UCC-1 financing statement |
| We Do Dirt LLC | PO Box 65, North Lakewood, WA 98259 | $99,403.23 | Determination pending | Snohomish County tax parcel #s 20310300176; 31053300201500; 31053000202300; 31053300202400; 31053300202500; 31053300300600; 3105330020220 |
| Pitney Bowes Inc. | 27 Waterview Dr., 3rd Floor, Shelton, CT 06484 | $1,750.68 | Determination pending | personal property / postage meter |
| First Security Bank of Nevada | Attn: Carolyn Crockett, 9130 W Russell Rd., Suite 100, Las Vegas, NV 89148 | $7,828,109.70 | Determination pending | 729 W Arby Ave, Las Vegas, NV<br>4237 E Magnolia St, Phoenix, AZ<br>1930 N 2nd Ave., Phoenix, AZ |
| Thomas Brent Bowen & G1 Ventures, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $443,085.00 | Determination pending | 33 WaterStation units located in MI, MS, NC |
| Carol & Forrest Bryant & Jam Capital II, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $2,750,000.00 | Determination pending | 141 WaterStation units located in CT, FL, IL, IN, KY, LA, MA, MD, MI |
| Chris & Stephanie Tiechmiller and Teichmiller Freedom Holdings, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $315,010.00 | Determination pending | 34 WaterStation units located in NC, NE, NJ, NJ |
| Dennis Demirjian & DDWSTECH LLC | Colin Hunter<br>Bradley Bernstein Sands LLP | $5,364,430.00 | Determination pending | 579 WaterStation units located in AL, FL, LA, MI, MO, MS, NC, ND, NE, NM, NV, NY, OH, OK, PA, SC, TN, TX, UT, VA, WI, WV, GA, VA, |
| Jonathan & Leslie Echols & Lucky Water LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $327,000.00 | Determination pending | 35 WaterStation units |
| Henry Ernst & IIWST LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $657,270.00 | Determination pending | 71 WaterStation units located in FL, MS, NC, NM, NV, NY, SC |
| Raymond & Jane Jone & Water Stations, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $1,417,545.00 | Determination pending | 153 WaterStation units located in TX, CA, AL, CO, FL, GA, MA, MD |
| Jung Lee & Jung J Lee Waterstation LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $1,482,400.00 | Determination pending | 155 WaterStation units located in AL, AR, CO, FL, GA, IL, IN, KY, LA, MA, MN, MS |
| Traci & Brendan McCormick & Richland Real Estate, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $288,000.00 | Determination pending | 34 WaterStation units |
| Chance & Carrie McLemore & Hydration for Health, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $757,450.00 | Determination pending | 78 WaterStation units located in AL, AR, CA, FL, IL, IN, MI |
| Dat Nguyen & Anh Trinh & DN2LA, Inc. | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $315,010.00 | Determination pending | 34 WaterStation units located in San Antonio, TX |
| Duan & Linda Okamoto & Oaks Waterstation Tech, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $926,500.00 | Determination pending | 100 WaterStation units located in TX, UT, VA, WI, WV |
| James & Rayne Osborn & 2540 Properties LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $305,745.00 | Determination pending | 33 WaterStation units located in CA, AZ, TN, NM, NV, TN |
| Scott Runnels & Runnels Ortho Practice & Les Enterprises LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $1,437,599.91 | Determination pending | 106 WaterStation units located in CO, FL, GA, IL, IN, KY, LA, NJ |
| Paul & Anna Lee Talosig & Biyaya, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $1,009,885.00 | Determination pending | 109 WaterStation units located in CO, NM, AZ, CA, WA, OR, NY, OH, PA, RI, TN |

| Name | Address | Amount | Status | Description |
|---|---|---|---|---|
| Gary & Heidi Young & Aqualux TX, LLC | Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Ave., Suite 201<br>Portland, OR 97201 | $1,090,000.00 | Determination pending | 118 WaterStation units located in AL, AR, CO, FL, GA, IL, TX, IA |
| Spruce Waters Investments | 8102 Lowbank Dr<br>Naples, FL 34109 | $1,002,461.00 | Determination pending | 117 WaterStation units located in TN, VA, CA, AZ, NV, TX, GA, TN |
| May Auerbach (sole Prop.) | 20425 Via Cristal<br>Yorba Linda, CA 92886 | $416,000.00 | Determination pending | 34 WaterStation units located in GA, IA, LA |
| Be of Service LLC | 2601 Westheimer Rd #C502<br>Houston, TX 77098 | $452,000.00 | Determination pending | 51 WaterStation units located in SC, TN, TX, VA |
| Ever Upward Inc | 21 W Taylor Run Pkwy<br>Alexandria, VA 22314 | $286,910.00 | Determination pending | 33 WaterStation units |
| Granite Street Ventures, LLC | 2468 Santa Barbara Ln<br>Franklin, TN 37069 | $3,154,417.00 | Determination pending | 355 WaterStation units located in TX, TN, FL |
| WV Water Tech LLC | 460 Deerfield Village Dr<br>Shepherdstown, WV 25443 | $1,005,000.00 | Determination pending | 118 WaterStation units |
| Silver Oak H2O, LLC | 705 Silver Oak Dr<br>Glenwood Springs, CO 81601 | $297,500.00 | Determination pending | 35 WaterStation units |
| Jeffrey Brooke | 5807 Title Row Drive<br>Bradenton, FL 34210 | $255,000.00 | Determination pending | undefined |
| Brown Family Enterprises LLC | PO Box 145<br>Salem, OR 97308 | $425,000.00 | Determination pending | 50 WaterStation uints located in TX, VA, CA |
| SDB H2O, LLC | 6276 Talon Preserve Dr<br>Nokomis, FL 34275 | $1,812,369.00 | Determination pending | 200 WaterStation units - zip codes 48480 and 33903 |
| WST,LLC | 6276 Talon Preserve Dr<br>Nokomis, FL 34275 | $1,979,581.00 | Determination pending | 200 WaterStation units - zip codes 48439 and 75061 |
| BLC Water Company LLC | 1130 W Clifton Ave | $1,013,154.00 | Determination pending | 118 WaterStation units |
| C&C Investment Holdings, LLC | 4200 Berry D Sims Wynd<br>Raleigh, NC 27612 | $856,213.00 | Determination pending | 100 WaterStation units located in San Antonio, TX |
| Ronald Cole (Sole Prop.) / COLEWSTECHLLC | 2960 lewallen place<br>Decatur, IL 62521 | $2,453,150.00 | Determination pending | 280 WaterStation units M 700 BVA |
| RCWSTECH1157LLC | 2960 lewallen place<br>Decatur, IL 62521 | $2,006,250.00 | Determination pending | 516 WaterStation units M 700 BV |
| COLEWSTECHLLC | 2960 lewallen place | $19,436.00 | Determination pending | 280 WaterStation units |
| Cyborg Holdings / Summit Ventures 2 | 5940 E Adobe Dr | $600,000.00 | Determination pending | 3 Ice Water vending machines |
| Big Boy Tools LLC | 12625 Hideout Drive | $3,038,358.00 | Determination pending | 200 WaterStation units M 700 BVA |
| Adventure Done Right LLC | 3395 s la Mesa rd | $431,793.00 | Determination pending | 50 WaterStation units |
| RDWSTECH3594 | 7356 Lester St | $1,679,764.00 | Determination pending | 188 WaterStation units - zip code 22079 |
| JLE Enterprises LLC | 7387 Upton Court | $427,000.00 | Determination pending | 50 WaterStation units located in CA, FL, GA |
| Flatlands Equipment LLC | 4306 W Shoreline St | $1,020,000.00 | Determination pending | 120 WaterStation units located in FL, MS, NC, NM, NV, OH, SC, TX |
| JBF Consulting Services LLC | 1730 S Germantown Rd | $433,694.00 | Determination pending | 50 WaterStation units |
| Abby Wyatt Group, Inc | 214 Mountain Crest Dr | $572,327.00 | Determination pending | 66 WaterStation units M 700 BVA |
| Royal Reservoirs | 6516 Hackberry Trl | $458,500.00 | Determination pending | 51 WaterStation units located in AL, FL, LA, WI |
| A&R Water Supply | 4 Peace St | $3,275,245.00 | Determination pending | 346 WaterStation units |
| Redwaters LLC | 24352 Woodhall Ct<br>Naperville, IL 60564 | $1,399,000.00 | Determination pending | 50 WaterStation units |
| Helmut Giewat | 218 Sullivan Point<br>Dandridge, TN 37725 | $195,500.00 | Determination pending | 23 WaterStation units |
| 210 SA Holdings LLC | 825 North Saint Marys<br>Suite 101<br>San Antonio, TX 78205 | $504,812.00 | Determination pending | 50 WaterStation units M 700 BVA |
| ASH Vending, LLC | 10550 Morningdew Ct<br>Highlands Ranch, CO 80126 | $850,000.00 | Determination pending | 100 WaterStation units located in NV, CA, TX, AZ |
| Roman Jarosiewicz | 11013 Prairieview Trl N<br>Lake Elmo, MN 55042 | $427,000.00 | Determination pending | 50 WaterStation units M 700 BVA |
| Etania LLC | 9363 E Atlantic Pl.<br>Denver, CO 80231 | $459,000.00 | Determination pending | 18 WaterStation units |
| Culminate Water Technology LLC | 23015 Caterham Dr<br>Ashburn, VA 20148 | $426,941.00 | Determination pending | 50 WaterStation units located in AZ & CA |
| Prasiti Water Investments, LLC | 3001 S. Hardin Blvd<br>Suite 110 #102<br>McKinney, TX 75070 | $2,807,461.00 | Determination pending | 305 WaterStation units |
| CHAURISHI RETAIL ENTERPRISES LLC | 17775 NW Santiam Ct<br>Portland, OR 97229 | $429,659.00 | Determination pending | 50 WaterStation units located in TX, NV, FL |
| Kdawg Crypto LLC | 14 Clinton St<br>Milford, CT 06460 | $425,000.00 | Determination pending | 53 WaterStation units located in AL & AR |
| Pacific Water Technology, LLC | 2305 43rd Street SE<br>Puyallup, WA 98374 | $3,247,171.00 | Determination pending | 252 Waterstation units |
| IMLSunshine, LLC | 334 Dole Drive<br>Lawrence, KS 66049 | $425,198.00 | Determination pending | 52 WaterStation units located in CA, NM, TX, FL, CO |
| Starter Holdings, LLC | 2333 W Straight Arrow Ln.<br>Phoenix, AZ 80585 | $431,825.00 | Determination pending | 50 WaterStation Units |
| Kmandy Investments L.L.C | 6509 SanJudas st<br>McKinney, TX 75070 | $650,450.00 | Determination pending | 75 WaterStation units |
| Half Full Vending LLC | 1413 Chesterton Dr<br>Dallas, TX 75080 | $407,500.00 | Determination pending | 45 WaterStation units |
| Progressive Partners LLC | Lowe Street<br>Chantilly VA 20151 | $425,000.00 | Determination pending | 50 WaterStation units located in GA, IA, IN |
| Coco Aqua LLC | 139 Silent Manor Dr<br>Sugarland, TX 77498 | $430,312.00 | Determination pending | 50 WaterStation units |
| Q & V LLC, WaterStation Technology Of Rockville | 4905 Macon Rd<br>Rockville, MD 20852 | $517,750.00 | Determination pending | 57 WaterStation units located in CA & NV |
| Oed Properties LLC | 66 S Piney Plains Circle<br>The Woodlands, TX 77382 | $425,000.00 | Determination pending | 50 WaterStation units M 700 BVA |
| Oaks Waterstation Tech LLC | 3617 241st Avenue SE<br>Sammamish, WA 98029 | $891,078.00 | Determination pending | 100 WaterStation units M 700 BVA |
| FACTS PROPERTY SERVICES | 7227 E. Baseline Rd., STE 104<br>Mesa, AZ 85209 | $425,000.00 | Determination pending | 50 WaterStation units M 700 BVA |
| Sun A WY LLC | 1613 NW 42nd Pl<br>Cape Coral, FL 33993 | $1,004,500.00 | Determination pending | 118 WaterStation units located in AZ, CA, FL |
| Rumson Wellness LLC | 508 West 24th St, Apt 6N<br>New York, NY 10011 | $1,093,000.00 | Determination pending | 120 WaterStation units WST 700 |
| GrayFin Ventures LLC | 2609 Round Table Blvd.<br>Lewisville, TX 75056 | $900,000.00 | Determination pending | 100 WaterStation units M 700 BVA |
| Driftless Water Ventures | 15403 Budd Road<br>Dubuque, IA 52002 | $1,004,500.00 | Determination pending | 117 WaterStation units WST 700 |
| LivingWater Station LLC | 799 Harbor Vista Drive<br>Columbia, SC 29229 | $425,000.00 | Determination pending | 50 WaterStation units located in TN |
| Indiana Water Technology, LLC | 6404 Myrtle Lane<br>Indianapolis, IN 46220 | $3,403,296.00 | Determination pending | 236 WaterStation units M 700 BVA |
| V2S2 LLC | 5745 W Sumac Ave<br>Littleton, CO 80123 | $854,500.00 | Determination pending | 100 WaterStation units M 700 BVA |
| Arravend LLC | 3509 Nodding Pine Ct<br>Fairfax, VA 22033 | $6,363,280.00 | Determination pending | 375 WaterStation units M 700 BVA |
| Siripi WST LLC | 13919 Hughes Ln<br>Dallas, TX 75240 | $3,410,500.00 | Determination pending | 401 WaterStation unts M 700 BVA |
| WST Utah LLC | Attn: WST Utah LLC<br>568 W. Threshing Way<br>Kaysville, UT 84037 | $425,100.00 | Determination pending | 52 WaterStation units located in VA & WI |
| Rose Trail Ventures LLC | 4216 Central Lane<br>Memphis, TN 38117 | $2,584,221.00 | Determination pending | 294 WaterStation units located in MI, MS, MT, NC, FL, NE, NM |
| Rose Trail Ventures 2 LLC | 4216 Central Lane<br>Memphis, TN 38117 | $2,584,221.00 | Determination pending | 294 WaterStation units located in MI, MS, MT, NC, FL, NE, NM |
| Nira Enterprises LLC | 3301 Spring Mountain Dr<br>Plano, TX 75025 | $869,644.00 | Determination pending | 100 WaterStation units |

| Name | Address | Amount | Disputed? | |
|---|---|---|---|---|
| NS SQ ECO WATERS LLC | 1153 Flanders CT, Aurora, IL 60502 | $431,941.00 | Determination pending | 50 WaterStation unites located in NV, AZ, TX |
| ChugIt LLC | 2111 Riverview Dr., Dandridge, TN 37725 | $3,638,308.00 | Determination pending | 403 WaterStation units and 1 ice machine |
| MAJI 8377 LLC | 8377 Old Plank Rd, Grand Blanc, MI 48439 | $1,501,945.00 | Determination pending | 173 WaterStation units located in TX, FL, NM, CA, SC, OH, NV, NM, MS |
| Great Oak Water, Limited Liability Company | 2114 Estes Park Dr, Allen, TX 75013 | $387,146.00 | Determination pending | 33 WaterStation units M 700 BVA |
| Horeb Water Solutions, LLC | 6671 Santa Barbara Road, Ste E, Elkridge, MD 12075 | $386,325.00 | Determination pending | 45 WaterStation units |
| JK Seven LLC | 3045 Wheaton Road, San Antonio, TX 78234 | $305,500.00 | Determination pending | 33 WaterStation units M 700 BVA |
| Aiden Waterworks | 17825 Parkshore, Northville, MI 48168 | $595,000.00 | Determination pending | 70 WaterStation units |
| Ryan Richard / RL Futures LLC | 77 Peachtree Memorial Drive NW #3 | $425,000.00 | Determination pending | 50 WaterStation units |
| Aqualux Water LLC | 705 Potomac Pl, Southlake, TX 76092 | $1,049,325.00 | Determination pending | 118 WaterStation units M 700 BVA |
| Serbank, SB | 3201 Orchard Rd., Oswego, IL 60543 | $150,356.72 | Determination pending | 4407 Sun Vista Ln, San Antonio, TX |
| State of WA, Dept. of Ecology | 300 Desmon Dr SE, Lacey, WA 98503 | $1,720.00 | Determination pending | 3500 - 3698 150th Pl NE, Marysville, WA |

**2. Wages, salaries, commissions, or contributions to an employee benefit plan owed:**

| Name | Address | Amount | Disputed? |
|---|---|---|---|

**3. Consumer deposits owed:**

| Name | Address | Amount | Disputed? |
|---|---|---|---|

**4. Taxes owed:**

| Name | Address | Amount | Disputed? |
|---|---|---|---|
| Oroville-Tonasket Irrigation District | PO Box 1729, Oroville, WA 98844 | $1,133.30 | Determination pending |
| Island County Treasurer | PO Box 699, Coupeville, WA 98239 | $21,775.45 | Determination pending |
| Dallas County | c/o John K. Turner, Linebarger Goggan Blair & Sampson, LLP, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207 | $268,183.41 | Determination pending |
| Washington County Tax Collector | 155 N 1st Ave., Suite 130, MS-8, Hillsboro, OR 97124 | $20,877.57 | Determination pending |
| Bexar County | Tax Assessor Collector, 233 N Pecos La Trinidad, San Antonio, TX 78207 | $14,750.48 | Determination pending |
| Salt Lake County Treasurer | c/o Ray Lancaster, 2001 S. State St., Suite N1-200, Salt Lake City, UT 84114-4575 | $20,310.06 | Determination pending |
| Missoula County Treasurer | 200 W. Broadway, Missoula, MT 59801 | $6,629.73 | Determination pending |
| Snohomish County Treasurer | 3000 Rockefeller Ave, M/S 501, Everett, WA 98201-4060 | $196,021.93 | Determination pending |
| Maricopa County Treasurer | 301 W Jefferson St., Suite 100, Phoenix, AZ 85003 | $11,088.13 | Determination pending |
| Pinal County Treasurer | PO Box 729, Florence, AZ 85132 | $2,654.83 | Determination pending |

**5. All unsecured claims:**

| Name | Address | Amount | Disputed? |
|---|---|---|---|
| Creative Technologies, L.L.C. | 2732 Grand Ave., Suite 122, Everett, WA 98201 | $31,703,184.11 | Determination pending |
| Mukilteo Water and Wastewater District | 7824 Mukilteo Speedway, Mukilteo, WA 98275 | $910.02 | Determination pending |
| Paine Field - Snohomish County Airport | Attn: Nickolis Landgraff, 10108 32nd Ave W, Suite J, Everett, WA 98204 | $659.15 | Determination pending |
| Columbia Fire, LLC | 111 S Findlay St, Seattle, WA 98108 | $2,687.36 | Determination pending |
| Seaga Manufacturing, Inc. | c/o John S. Kaplan, Stoel Rivers LLP, 600 University St., Suite 3600, Seattle, WA 98101 | unknown | Determination pending |
| Aqualux Water LLC | c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 | $1,003,000.00 | Determination pending |
| Duane Okamoto and Linda Okamoto, on behalf of themselves as individuals and on behalf of their marital community | c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 | $850,000.00 | Determination pending |
| Gary Young and Heidi Young, on behalf of themselves as individuals and on behalf of their marital community | c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 | $100,300.00 | Determination pending |
| Oaks WaterStation Tech LLC | c/o James P. Savitt, Fennemore Craig, P.C., 1425 Fourth Ave., Suite 800, Seattle, WA 98101-2272 | $850,000.00 | Determination pending |
| North Peak Associates, LLC | 17270 Woodinville Redmond Rd., Suite 705, Woodinville, WA 98072 | $12,465.81 | Determination pending |
| Town & Country Fence, Inc. | 6410 212th St SW, Lynnwood, WA 98036 | $15,613.10 | Determination pending |
| Shutler Consulting Engineers Inc. | 12503 Bel-Red Rd., Suite 100, Bellevue, WA 98005 | $64,851.00 | Determination pending |
| Earth Solutions NW, LLC | 15365 NE 90th St., Suite 100, Redmond, WA 98052 | $16,577.47 | Determination pending |
| Integra Realty Resources - Charlotte, LLC | 214 W Tremont Ave., Suite 200, Charlotte, NC 28203 | $3,000.00 | Determination pending |
| Matter Business Park @ Warm Springs Owners Association | c/o MDL Group, LLC, 5960 S Jones Blvd., Las Vegas, NV 89118 | $14,933.35 | Determination pending |
| Brightstreet Development LLC | 221 State Ave., Suite 201, Marysville, WA 98270 | $59,177.32 | Determination pending |
| Main Street Design Landscape Architecture | 9402 Tidal Ct., Bainbridge Island, WA 98110 | $12,600.00 | Determination pending |
| Vaupell Industrial Plastics | 11323 Commando Rd. W., Everett, WA 98204-3533 | $3,000.00 | Determination pending |

**6. Owners or shareholders:**

| Name | Address | Percentage of ownership | |
|---|---|---|---|
| Richard Wear | | 10% | Determination pending |
| Ryan Wear | | 90% | Determination pending |

**7. Applicable regulatory agencies:**

| Name | Address | | |
|---|---|---|---|

# SCHEDULE B

| I. NONEXEMPT PROPERTY | | | | |
|---|---|---|---|---|
| Type of property | Owner Entity | Location | Liquidation value on date of appointment of Receiver | Legal description (APN) |
| **1. Real property:** | | | | |
| | Ideal Property Investments LLC | 25377 HUNTWOOD AVENUE HAYWARD CA 94544 | $ 8,400,000 | 443-0090-014-00 Alameda County |
| | Ideal Property Investments LLC | 530 OPPER STREET ESCONDIDO, CA 92029 | $ 4,797,456 | 228-420-35-00 San Diego County |
| | Ideal Property Investments LLC | 7925 ARBY AVE, LAS VEGAS, NV 89113 | $ 3,854,045 | 176-04-813-011, 176-04-813-012, 176-04-813-013 Clark County |
| | Ideal Property Investments LLC | 2709 ELECTRONIC LANE DALLAS TEXAS 75220 | $ 4,560,000 | 00000601952320000 Dallas County |
| | Ideal Property Investments LLC | 27423 40TH AVE STANWOOD WA 98292 | $ 775,000 | 320422-002-017-00 Snohomish County |
| | Ideal Property Investments LLC | 27602 40TH AVE NW, STANWOOD, WA 98292 | $ 775,000 | 32042200300500 Snohomish County |
| | Ideal Property Investments LLC | 3200 SHORELINE DR CAMANO ISLAND WA 98282 | $ 830,000 | S8330-00-00002-0 Island County |
| | Ideal Industrial Park LLC | 14925 35TH AVE NE, MARYSVILLE, WA 98271 | $ 1,350,000 | 31053300202200, 31053300202300, 31053300202400 & 31053300201500 Snohomish County |
| | Ideal Property Investments LLC | 3811 188TH ST NE, ARLINGTON, WA 98223 | $ 1,000,000 | 310516003026 Snohomish County |
| | Ideal Property Investments LLC | 11410 BEVERLY BARK RD, EVERETT, WA 98204 | $ 7,470,000 | 280423003009 Snohomish County |
| | Ideal Property Investments LLC | 12 EMERY ROAD, OROVILLE, WA 98844 | $ 175,000 | 490006006 Okanogan County |
| | Ideal Property Investments LLC | 653 E 20TH ST, YUMA, AZ 85365 | $ 1,500,000 | 665-53-071 Yuma County |
| | Ideal Property Investments LLC | 700 S ARIZONA BLVD, COOLIDGE, AZ 85128 | $ 100,000 | 204-11-041B Pinal County |
| | Ideal Property Investments LLC | 1930 N 22ND AVE, PHOENIX, AZ 85034 | $ 5,450,000 | 110-51-007 Maricopa County |
| | Ideal Property Investments LLC | 4237 E MAGNOLIA, PHOENIX, AZ 85034 | $ 1,050,000 | 124-46-011A Maricopa County |
| | Ideal Property Investments LLC | 877 ORANGE AVE, TALLAHASSEE, FL 32310 | $ 599,000 | 4111204780000 Leon County |
| | 2129 Andrea Lane LLC | 2129 ANDREA LANE, FORT MYERS, FL 33912 | $ 2,235,000 | 25-45-24-00-00001.017B Lee County |
| | 1118 Virginia Street LLC | 1118 VIRGINIA AVE., COLUMBUS, GA 31901 | $ 500,000 | APN 027-036-005 Muscogee Co |
| | Ideal Property Investments LLC | 1924 NORTH AVE W, MISSOULA, MT 59801 | Unknown | 0000383307 Missoula County |
| | 701 Eden LLC | 701 EDEN TERRACE, ARCHDALE, NC 27263 | $ 845,000 | 7708-69-9198 Randolph County |
| | Ideal Property Investments LLC | 19355 SW TETON AVE, TUALATIN, OR 97062 | $ 2,950,000 | R1225686 Washington County |
| | 11519 South Petropark LLC | 11519 S PETROPARK AVE, HOUSTON, TX 77041 | $ 915,000 | 116-003-000-0011 Harris County |
| | 343 Johnny Clark LLC | 343 JOHNNY CLARK RD., LONGVIEW, TX 75605 | $ 850,000 | 0945000000-012-00-03 Gregg County |
| | Ideal Property Investments LLC | 586 W 930 SOUTH, SANDY, UT | Unknown | 27-01-351-028-0000 Salt Lake County |
| | Ideal Property Investments LLC | 8460 THOMAS AVENUE, BRIDGEVIEW, IL 60455 | $ 650,000 | 18-36-409-016-0000 Cook County |
| | Ideal Property Investments LLC | 630 VEREDA, SAN ANTONIO, TX 78201 | Unknown | 416119 Bexar County |
| | Ideal Property Investments LLC | 4407 SUN VISTA LN, SAN ANTONIO, TX 78217 | Unknown | 532987 Bexar County |
| **2. Fixtures:** | | | | |
| **3. Cash and bank accounts:** | | | | |
| | | Bank of America | $68,605.19 | |
| | | Cadence Bank | $200,788.97 | |
| | | Undeposited Funds | $146,269.72 | |
| **4. Inventory:** | | | | |
| **5. Accounts receivable:** | | | | |
| | | Unknown Sources | $989,101.37 | |
| **6. Equipment:** | | | | |
| **7. Prepaid expenses, including deposits, insurance, rents & utilities:** | | | | |
| **8. Other, including loans to third parties, claims, and choses in action:** | | | | |
| | | Tenant Security Deposits | ($21,907.50) | |
| | | Undocumented intercompany transfer | ($3,982,717.69) | |
| | | Note Receivable | $1,031,250.00 | |
| **II. EXEMPT PROPERTY:** | | | | |
| N/A | | | | |