JOHN T. BENDER, WSBA #49658
K&L GATES LLP
925 FOURTH AVE, SUITE 2900
SEATTLE, WA 98104
Tel: (206) 623-7580
Email: john.bender@klgates.com

HONORABLE FREDERICK P. CORBIT
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

IDEAL PROPERTY INVESTMENTS LLC,

                Debtor.

Case No. 24-01421-FPC11

**THE UNSECURED CREDITORS COMMITTEE'S JOINDER IN OBJECTIONS TO DEBTOR'S MOTION TO APPROVE SALE OF REAL PROPERTY (ESCONDIDO)**

The Unsecured Creditors Committee ("Committee") in the above captioned bankruptcy case respectfully submits the following response to the Debtor's Motion to Approve Sale of Real Property (Escondido). The Committee hereby joins in the Pacific Parties' Limited Objection to the Debtor's Motion (the "Pacific Parties' Objection"), and 352 Capital Fund ABS Master Fund LP's Joinder in the Pacific Parties' Objection.

To avoid repetition and to maximize the efficient use of the Court's time, the Committee's position is captured in the enumerated points that follow:

1. The Committee has no objection to moving forward with and closing the sale of the Escondido property as proposed by the estate.

2. The Committee has no objection to the estate having access to the sales

UCC'S JOINDER IN OBJECTIONS - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01421-FPC11    Doc 152    Filed 10/09/24    Entered 10/09/24 20:37:42    Pg 1 of 3

proceeds from the Escondido property to fund insurance and other expenses essential to preserving the value of the estate for all creditors or otherwise administering this case.

3. The Committee does, however, object to the distribution of sales proceeds to any secured party at this time. The evidence submitted into the record along with the Debtor's own schedules reflect that the Debtor is, in fact, the beneficiary of tens of millions of dollars in funds that were diverted from the affiliated enterprise known as "WaterStation Technology," which at the time was under the exclusive management and control of its founder Ryan Wear—who has since been restrained and removed through various state and federal judicial processes.

4. While the Committee is reserving final judgment as to the validity and enforceability of the Socotra and First Fed liens until after it has completed a thorough investigation of the matter, the Committee respectfully submits that the evidence presented thus far more than indicates that a thorough investigation should be completed before the proceeds are distributed to any party.

5. In the meantime, while the Committee conducts this investigation in tandem with the estate under the Court's supervision, the funds should be held subject to the estate's rights under applicable law to object to or avoid the subject liens.

//
//
//
//

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

RESPECTFULLY SUBMITTED October 9, 2024.

          K&L GATES LLP

By: */s/ John T. Bender*
John T. Bender, WSBA #49658
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: john.bender@klgates.com

*Attorneys for the Official Committee of Unsecured Creditors*

UCC'S JOINDER IN OBJECTIONS - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

24-01421-FPC11   Doc 152   Filed 10/09/24   Entered 10/09/24 20:37:42   Pg 3 of 3