Honorable Frederick P. Corbit

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re | CASE NO. 24-01421-FPC11 |
|---|---|
| IDEAL PROPERTY INVESTMENTS LLC. | NOTICE OF HEARING ON DEBTOR'S THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION |
| Debtor. | |

TO: CLERK OF THE COURT, U.S. TRUSTEE, and all Parties-in-Interest

HEARING DATE: November 12, 2024

HEARING TIME: 10:30 AM (PST)

LOCATION: Via ZoomGov at: https://www.zoomgov.com/j/1606922376

Meeting ID: 160 692 2376 or Dial-in: (669) 254-5252

SUPPLEMENTAL FILING BY DEBTOR DUE: November 4, 2024

RESPONSE DATE: November 7, 2024

REPLY DATE: November 8, 2024

NOTICE OF HEARING ON DEBTOR'S THIRD INTERIM ORDER
AUTHORIZING USE OF CASH COLLATERAL AND GRANTING
ADEQUATE PROTECTION - 3



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

24-01421-FPC11    Doc 172    Filed 10/11/24    Entered 10/11/24 13:43:05    Pg 1 of 3

PLEASE TAKE NOTICE that Ideal Property Investments, LLC (the "Debtor"), debtor-in-possession in the above-captioned chapter 11 bankruptcy case, has set a hearing on the following:

1. Debtor's Third Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection.

The Motion, together with the supporting Declarations, are on file with the above-captioned court.

The deadline for Debtor to file any supplement pleadings regarding use of cash collateral and granting of adequate protection is **November 4, 2024**. IF YOU OPPOSE the relief requested in the above-referenced Motion, you must file your written response with the Court Clerk and deliver copies to the undersigned counsel NO LATER THAN **November 7, 2024, at 12:00 PM (PST)**. If you do not timely file a response or objection, the court may enter final orders approving the relief requested in the Motions without further notice. The reply is due **November 8, 2024, by 12:00 PM (PST)**.

Any party seeking complete copies of the pleadings may contact DBS Law at assistant@lawdbs.com or in writing to the address indicated in the lower right-hand corner of this pleading.

DATED this 11th day October 2024.

        DBS LAW

        By: */s/ Daniel J. Bugbee*
            Daniel J. Bugbee, WSBA # 42412
            Laurie Thornton, WSBA # 35030
            Dominique Scalia, WSBA # 47313
            *Attorneys for Debtor*

NOTICE OF HEARING ON DEBTOR'S THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION - 3



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11   Doc 172   Filed 10/11/24   Entered 10/11/24 13:43:05   Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify on the date set forth below, I caused to be electronically filed the above referenced Notice of Hearing with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 11th day of October 2024 at Seattle, Washington.

By /s/ Daniel J. Bugbee
Daniel J. Bugbee, WSBA # 42412

NOTICE OF HEARING ON DEBTOR'S THIRD INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION - 3



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737