UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

IDEAL PROPERTY INVESTMENTS LLC,

Debtor.

CASE NO. 24-01421-FPC11

ORDER APPROVING MOTION TO SHORTEN TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING DEBTOR TO INCUR POSTPETITION SECURED DEBT TO FINANCE INSURANCE PREMIUMS

THIS MATTER came before the Court upon the *Ex Parte* Motion for an Order to Shorten Time for hearing Debtor's Motion for Order Authorizing Debtor to Incur Postpetition Secured Debt to Finance Insurance Premiums, filed by Ideal Property Investments LLC (the "Debtor"), debtor-in-possession in the above captioned Chapter 11 case.

The Court has reviewed the record and files herein and finds that exigent circumstances exist for shortening time for the hearing.

NOW, therefore, it is hereby ORDERED as follows:

ORDER APPROVING MOTION TO SHORTEN TIME FOR HEARING ON DEBTOR'S EMERGENCY MOTION- 1



DBS|LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

1. The Motion to Shorten Time is GRANTED.

2. The above referenced Motion shall be heard on Wednesday, October 16, 2024, at 1:00 p.m. (PST) (the "Hearing") before the Honorable Frederick P. Corbit, via Zoom. Zoomgov.com or call 669-254-5252, Meeting ID: 160 692 2376

3. Responses and replies, if any, shall be due at the time of the hearing in accordance with Local Bankruptcy Rule E.D. Washington 2002-1(c)(2).

/// END OF ORDER ///

Presented by:
DBS LAW

By /s/ *Daniel Bugbee*
Daniel J. Bugbee, WSBA # 42412
*Attorneys for Debtor*

ORDER APPROVING MOTION TO SHORTEN TIME FOR
HEARING ON DEBTOR'S EMERGENCY MOTION- 2



DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 182    Filed 10/15/24    Entered 10/15/24 19:45:03    Pg 2 of 2