Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | CASE NO. 24-01421-FPC11 |
| IDEAL PROPERTY INVESTMENTS LLC.<br><br>Debtor. | NOTICE OF HEARING ON INTERIM ORDER AUTHORIZING DEBTOR TO INCUR POSTPETITION SECURED DEBT TO FINANCE INSURANCE PREMIUMS |

TO: CLERK OF THE COURT, U.S. TRUSTEE, and all Parties-in-Interest

HEARING DATE: November 12, 2024

HEARING TIME: 10:30 AM (PST)

LOCATION: Via ZoomGov at: https://www.zoomgov.com/j/1606922376

Meeting ID: 160 692 2376 or Dial-in: (669) 254-5252

RESPONSE DATE: November 5, 2024

REPLY DATE: November 8, 2024



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

PLEASE TAKE NOTICE that Ideal Property Investments, LLC (the "Debtor"), debtor-in-possession in the above-captioned chapter 11 bankruptcy case, has set a hearing on the following:

1. Motion for Order Authorizing Debtor to Incur Postpetition Secured Debt to Finance Insurance Premiums.

The Motion, together with the supporting Declaration, is on file with the above-captioned court.

IF YOU OPPOSE the relief requested in the above-referenced Motion, you must file your written response with the Court Clerk and deliver copies to the undersigned counsel NO LATER THAN **November 5, 2024**. If you do not timely file a response or objection, the court may enter a final order approving the relief requested in the Motion without further notice. The reply is due **November 8, 2024**.

Any party seeking complete copies of the pleadings may contact DBS Law at assistant@lawdbs.com or in writing to the address indicated in the lower right-hand corner of this pleading.

DATED this 16th day October 2024.

DBS LAW

By: */s/ Daniel J. Bugbee*
Daniel J. Bugbee, WSBA # 42412
Laurie Thornton, WSBA # 35030
Dominique Scalia, WSBA # 47313
*Attorneys for Debtor*

NOTICE OF HEARING ON INTERIM ORDER AUTHORIZING DEBTOR TO INCUR POSTPETITION SECURED DEBT TO FINANCE INSURANCE PREMIUMS - 3



DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

# CERTIFICATE OF SERVICE

I hereby certify on the date set forth below, I caused to be electronically filed the above referenced Notice of Hearing with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 16th day of October 2024 at Seattle, Washington.

By  */s/ Daniel J. Bugbee*
Daniel J. Bugbee, WSBA # 42412

NOTICE OF HEARING ON INTERIM ORDER AUTHORIZING DEBTOR TO INCUR POSTPETITION SECURED DEBT TO FINANCE INSURANCE PREMIUMS - 3



A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

24-01421-FPC11    Doc 190    Filed 10/16/24    Entered 10/16/24 16:03:42    Pg 3 of 3