**In re Ideal Property Investments, LLC**

**Case No. 24-1421-FPC11**

**General Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtor's Schedules of Assets and Statement of Financial Affairs**

The Debtor has previously filed a portion of its Schedules of Assets, and files herewith amendments to Schedules A/B and D, an Amended list of Top 20 Unsecured Creditors and also files, pursuant to 11 U.S.C. § 521(a) and LBR- 3016-1(b) its profit and loss statement of income as of the petition date as well as a balance sheet, and its Statement of Financial Affairs (SOFA).

The Schedules and SOFA have been prepared by the current management of the Debtor, with the help of its professionals and advisors. While reasonable efforts were made to provide complete responses to the Schedules and SOFA, based on the information available, the Schedules and SOFA were sourced from the books and records maintained by the prior management of the Debtor. That information has been supplemented, as available, by the Debtor's pre-petition receiver, TurningPointe LLC d/b/a Turning Point Strategic Advisors, which was appointed as general receiver over the Debtor on May 3, 2024. Neither the Receiver nor the Debtor's current management have firsthand knowledge of the accuracy or source of some of the financial information included in the Debtor's books and records. For example, the Debtor used QuickBooks pre-receivership, and QuickBooks was the source of the Debtor's profit and loss statement and its balance sheet, but it is unclear how accurate the reporting in QuickBooks is (some specific instances are addressed below) or when it was last updated prior to the Receiver's appointment. Therefore, subsequent investigation or discovery may result in material changes and amendment(s) to the Schedules and SOFA, and inadvertent errors or omissions may exist.

The Debtor reserves the right, but not the obligation, to amend, modify, or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules or SOFA as to amount, liability, classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing in the Schedules or SOFA is an admission of any claims or waiver with respect to any of the Debtor's rights or claims with respect to this Chapter 11 case, including with respect to any issues involving causes of

action arising under the provisions of chapter 5 of the Bankruptcy Code, and/or any other relevant non-bankruptcy law to recover assets or avoid transfers.

**Notes as to Specific Items**:

As to the Debtor's <u>Profit and Loss Statement</u>: the Debtor's QuickBooks was set for "memory transactions" as to monthly rental obligations for the various Creative Technologies, Refreshing USA and Water Station-related entities that were lessees in the Debtor's real properties. The Debtor's QuickBooks treated these "memory transactions" as income and booked them as income every month. However, from the Debtor's banking records, which are available for production upon proper request, there is no evidence that any rents from these tenants was ever collected. The Debtor's current information as to rental income actually coming in is presented in the rent roll attached to the Camm First Day Declaration (ECF No. 13) and in the budgets submitted with the Debtor's materials to interim use of Cash Collateral (see ECF Nos. 46, 55,110 and 168).

As to the Debtor's <u>Balance Sheet</u>: the balance sheet as maintained in QuickBooks reflects (a) properties that reflect non-Debtor entities on title and which were never held in the Debtor's name; and (b) some properties that were held by the Debtor but which were transferred pre-petition and not removed from the Balance Sheet. Based on current management's review and investigation, the current list of properties held by the Debtor or in which the Debtor has an interest are listed on the Amended Schedule A/B filed herewith. Properties that were transferred pre-petition, as identified to date, are listed in response to SOFA Question No. 13.

<u>SOFA Question No. 1</u>:

The Gross Revenue numbers provided in response to Question No. 1 are derived from the Debtor's QuickBooks and include the "memory transactions" that booked rental income as revenue when funds may not have actually been received by the Debtor.

<u>SOFA Question No. 4</u>:

The Debtor's books and records located to date indicate no payments or transfers that can be identified as going to insiders of the Debtor.

<u>SOFA Question No. 5:</u>

No foreclosures of property held in the Debtor's name in the year before the Petition Date have been identified. There was a foreclosure of the property held by related-entity Ideal Bells Ferry LLC, as to real property located in 121-131 Bells Ferry Road, Marietta GA, was completed in March 2024. It is unknown at this time whether the Debtor has or had an interest in Ideal Bells Ferry LLC. There was a foreclosure of the property held by related-entity 8825 LLC, as to real property located at 8825 S. 228th Street, Kent, WA, that was completed in July 2024. It is unknown at this time whether the Debtor has or had an interest in 8825 LLC, its members are/were Ryan Wear and Richard Wear.

<u>SOFA Question No. 10:</u>

Property losses that were submitted to the Debtor's insurance carrier were identified from loss reports. Other damage or losses that were not submitted for insurance reimbursement may exist.

<u>SOFA Question No. 13:</u>

As to transfers for security purposes, the Debtor issued numerous Deeds of Trust on its properties over the years. See Schedule D for a list of secured creditors.

The transfer of property identified in response to Question No. 13 are the transfers of property held in the Debtor's name as of the time of transfer which have been determined at this time. Other transfers by related-entities may have occurred or be identified later.

<u>SOFA Question No. 18:</u>

Single copies of a bank statement from these accounts from February 2024 were located in the Debtor's records. It is believed the accounts are not active and/or have been closed. Neither were used regularly in the Debtor's operations from what can be ascertained in the Debtor's other books and records. Investigation into these accounts continues.

<u>SOFA Question No. 26d:</u>

No records related to financial statements being presented have been located in the Debtor's books and records. However, the Debtor presumes that the secured lenders

identified on its Schedule D received some kind of statement from the Debtor as part of their lending due diligence.

SOFA Question No. 30:

The Debtor's books and records located to date indicate no payments or transfers that can be identified as going to insiders of the Debtor.

**Fill in this information to identify the case:**

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒   Amended *Schedule*    A/B, D, G and H
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 18, 2024     **X**   /s/ Joseph P. Fanelli
                                         Signature of individual signing on behalf of debtor

                                         Joseph P. Fanelli
                                         Printed name

                                         Chief Restructuring Officer
                                         Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | Ideal Property Investments LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known): | 24-1421 |

☒ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 352 Capital GP LLC c/o Sean V. Small Lasher Holzapfel Sperry & Ebberson PLLC 601 Union Street, Suite 2600 Seattle, WA 98101 | | | Contingent Unliquidated Disputed | $106,925,000.00 | $0.00 | $106,925,000.00 |
| A&R Water Supply 4 Peace Street Pelham, NY 10803 | | | Contingent Unliquidated Disputed | | | $3,275,245.00 |
| Arravend LLC 3509 Nodding Pine Court Fairfax, VA 22033 | | | Contingent Unliquidated Disputed | | | $6,363,280.00 |
| Big Boy Tools LLC 12625 Hideout Drive Noblesville, IN 46060 | | | Contingent Unliquidated Disputed | | | $3,038,358.00 |
| Carol and Forrest Bryant Jam Capital II, LLC c/o Colin Hunter Bradley Bernstein Sands LLP 1425 SW 20th Avenue, Suite 201 Portland, OR 97201 | | | Contingent Unliquidated Disputed | | | $2,750,000.00 |
| ChugIt LLC 2111 Riverview Dr. Dandridge, TN 37725 | | | Contingent Unliquidated Disputed | | | $3,638,308.00 |
| COLE WS TECH LLC 2960 Lewallen Place Decatur, IL 62521 | | | Contingent Unliquidated Disputed | | | $2,453,150.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dennis Demirjian DDWSTech LLC c/o Colin Hunter Bradley Bernstein Sands LLP 1425 SW 20th Avenue, Suite 201 Portland, OR 97201 | | | Contingent Unliquidated Disputed | | | $5,364,430.00 |
| First Federal Bank c/o Lane Powell LLP 1420 Fifth Avenue, Suite 4200 Attn: Gregory R. Fox 98101 | 19355 SW Teton AvenueTualatin, OR 97062 11410 Beverly Park RoadEverett, WA 98204 | | Contingent Unliquidated Disputed | $24,148,034.80 | $10,420,000.00 | $13,728,034.80 |
| Granite Street Ventures, LLC 2468 Santa Barbara Ln Franklin, TN 37069 | | | Contingent Unliquidated Disputed | | | $3,154,417.00 |
| Indiana Water Technology LLC 6404 Myrtle Lane Indianapolis, IN 46220 | | | Contingent Unliquidated Disputed | | | $3,403,296.00 |
| Pacific Water Technology LLC 2305 43rd Street SE Puyallup, WA 98374 | | | Contingent Unliquidated Disputed | | | $3,247,171.00 |
| Prasiti Water Investments LLC 2001 S Hardin Blvd Suite 110 #102 McKinney, TX 75070 | | | Contingent Unliquidated Disputed | | | $2,807,461.00 |
| RC WS TECH 1157 LLC 2960 Lewallen Place Decatur, IL 62521 | | | Contingent Unliquidated Disputed | | | $2,006,250.00 |
| Rose Trail Ventures 2 LLC 4216 Central Lane Memphis, TN 38117 | | | Contingent Unliquidated Disputed | | | $2,584,221.00 |
| Rose Trail Ventures LLC 4216 Central Lane Memphis, TN 38117 | | | Contingent Unliquidated Disputed | | | $2,584,221.00 |
| Siripi WST LLC 13919 Hughes Lane Dallas, TX 75240 | | | Contingent Unliquidated Disputed | | | $3,410,500.00 |
| Socotra REIT I LLC 2208 29th Street, Suite 100 Sacramento, CA 95817 | 530 Opper StreetEscondido, CA | | Disputed | $8,001,770.71 | $4,900,000.00 | $3,101,770.71 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SS Holdings LLC 4601 Chennault Beach Road, Suite 200 Mukilteo, WA 98275 | | 3811 188th Street NEArlington, WA 98223 | Contingent Unliquidated | $3,147,802.00 | $1,000,000.00 | $2,147,802.00 |
| WST LLC 6276 Talon Preserve Dr Nokomis, FL 34275 | | | Contingent Unliquidated Disputed | | | $1,979,851.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name   **Ideal Property Investments LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   24-1421

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*...................................................................   $    49,374,528.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................   $    10,428,230.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................   $    59,802,758.00

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    173,804,385.13

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $    564,639.61

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    130,213,652.61

4.   **Total liabilities** ...............................................................................................
     Lines 2 + 3a + 3b      $    304,582,677.35

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | | 9470 | $0.00 |
| 3.2. | Bank of America | Checking | 9435 | $0.00 |
| 3.3. | Cadence Bank | | unk. | $0.00 |
| 3.4. | Northwest Bank | | 1300 | $54,230.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$54,230.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 10 of 38

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**      **Accounts receivable**

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 989,101.00   -   989,101.00  =.... | | $0.00 |
| | face amount        doubtful or uncollectible accounts | | |

**12.**      **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.        $0.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                % of ownership | | |
| | 15.1.   Interest in 1118 Virginia Street LLC      % | | $525,000.00 |
| | 15.2.   Interest in 343 Johnny Clark LLC      % | | $850,000.00 |
| | 15.3.   Interest in Ideal Murfreesboro LLC      % | | $3,900,000.00 |
| | 15.4.   Interest in Ideal Greenleaf LLC      % | | $3,599,000.00 |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

**17.**      **Total of Part 4.**

Add lines 14 through 16.   Copy the total to line 83.        $8,874,000.00

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 11 of 38

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  4237 E. Magnolia<br>Phoenix, AZ | | $0.00 | | $1,250,000.00 |
| 55.2.  1930 N. 22nd Avenue<br>Phoenix, AZ 85009 | | $0.00 | | $5,800,000.00 |
| 55.3.  653 E. 20th Street<br>Yuma, AZ | | $0.00 | | $1,500,000.00 |
| 55.4.  700 S. Arizona Blvd.<br>Coolidge, AZ 85128 | | $0.00 | | $100,000.00 |
| 55.5.  25377 Huntwood Avenue<br>Hayward, CA 94544 | | $0.00 | | $9,500,000.00 |
| 55.6.  530 Opper Street<br>Escondido, CA | | $0.00 | | $4,900,000.00 |

| 55.7. | 877 Orange Avenue<br>Tallahassee, FL | | $0.00 | | $599,000.00 |
|---|---|---|---|---|---|
| 55.8. | 8460 Thomas Avenue<br>Bridgeview, IL 60455 | | $0.00 | | $650,000.00 |
| 55.9. | 1924 North Avenue W<br>Missoula, MT 59801 | | $0.00 | | $691,200.00 |
| 55.10. | 7925 W. Arby Avenue<br>Las Vegas, NV 89113 | | $0.00 | | $2,800,000.00 |
| 55.11. | 19355 SW Teton<br>Avenue<br>Tualatin, OR 97062 | | $0.00 | | $2,950,000.00 |
| 55.12. | 2709 Electronic Lane<br>Dallas, Texas 75220 | | $0.00 | | $4,750,000.00 |
| 55.13. | 586 West 9320 South<br>Sandy, UT 84070 | | $0.00 | | $2,789,328.00 |
| 55.14. | 27423 40th Avenue<br>Stanwood, WA 98292 | | $0.00 | | $775,000.00 |
| 55.15. | 12 Emery Road<br>Oroville, WA 98844 | | $0.00 | | $175,000.00 |
| 55.16. | 11410 Beverly Park<br>Road<br>Everett, WA 98204 | | $0.00 | | $7,470,000.00 |
| 55.17. | 3811 188th Street NE<br>Arlington, WA 98223 | | $0.00 | | $1,000,000.00 |
| 55.18. | 27602 40th Avenue<br>NW<br>Stanwood, WA 98292 | | $0.00 | | $775,000.00 |
| 55.19. | 3200 Shoreline Drive<br>Camano Island, WA<br>98292 | | $0.00 | | $900,000.00 |

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 13 of 38

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$49,374,528.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Current value of
debtor's interest

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Avoidance actions as to First Fed Bank | Unknown |
|---|---|
| **Nature of claim**    Bank loan | |
| **Amount requested**          $0.00 | |

| claims against Ryan Wear and other former insiders or officers of the Debtor | Unknown |
|---|---|
| **Nature of claim** | |
| **Amount requested**          $0.00 | |

| Potential recovery of properties transferred pre-petition | Unknown |
|---|---|
| **Nature of claim** | |
| **Amount requested**          $0.00 | |

| Potential causes of action as to interests in or properties held by other related entities | Unknown |
|---|---|
| **Nature of claim** | |
| **Amount requested**          $0.00 | |

| Potential recovery of property held by Ideal Industrial Park LLC | $1,500,000.00 |
|---|---|
| **Nature of claim** | |
| **Amount requested** | $0.00 |

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    $1,500,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 15 of 38

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $8,874,000.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $49,374,528.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,428,230.00 | + 91b. $49,374,528.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $59,802,758.00 |

24-01421-FPC11     Doc 199     Filed 10/18/24     Entered 10/18/24 16:18:39     Pg 16 of 38

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1** 352 Capital GP LLC<br>Creditor's Name<br>c/o Sean V. Small<br>Lasher Holzapfel Sperry & Ebberson PLLC<br>601 Union Street, Suite 2600<br>Seattle, WA 98101<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $106,925,000.00 | $0.00 |
| **2.2** Avatar Financial Group LLC<br>Creditor's Name<br>c/o Ryan Cronin-Prather, Gen. Counsel<br>1200 Westlake Ave N, Suite 1006<br>Seattle, WA 98109<br>Creditor's mailing address<br><br>Creditor's email address, if known<br>**Date debt was incurred**<br>**Last 4 digits of account number**<br>**Do multiple creditors have an interest in the same property?**<br>☒ No | **Describe debtor's property that is subject to a lien**<br>Interest in Ideal Murfreesboro LLC<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent | $3,123,426.00 | $3,900,000.00 |

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☒ Unliquidated
☐ Disputed

---

| 2.3 | Avatar REIT 1 LLC | Describe debtor's property that is subject to a lien | $3,000,000.00 | $3,599,000.00 |

Creditor's Name

1200 Westlake Ave N, Suite 1006

Seattle, WA 98109

Creditor's mailing address

Interest in Ideal Greenleaf LLC

_____

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.4 | Cadence Bank | Describe debtor's property that is subject to a lien | $1,123,400.91 | $1,500,000.00 |

Creditor's Name

Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508

Creditor's mailing address

653 E. 20th StreetYuma, AZ

_____

**Describe the lien**
Deed of Trust
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Cadence Bank | Describe debtor's property that is subject to a lien | $1,102,181.99 | $691,200.00 |

Creditor's Name

Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508

Creditor's mailing address

1924 North Avenue WMissoula, MT 59801

_____

**Describe the lien**
Deed of Trust
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Cadence Bank | | |
|---|---|---|---|

Creditor's Name
Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $1,400,202.63    $2,789,328.00
586 West 9320 SouthSandy, UT 84070

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Cadence Bank | | |
|---|---|---|---|

Creditor's Name
Attn: Billy J. Babineaux, Jr., 315 Settlers Trace Blvd Lafayette, LA 70508
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $3,379,541.94    $4,750,000.00
2709 Electronic LaneDallas, Texas 75220

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | First Federal Bank | | |
|---|---|---|---|

Creditor's Name
c/o Lane Powell LLP
1420 Fifth Avenue, Suite 4200
Attn: Gregory R. Fox
98101
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $24,148,034.80    $10,420,000.00
19355 SW Teton AvenueTualatin, OR 97062; 11410 Beverly Park RoadEverett, WA 98204

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.9 | First Security Bank of Nevada | **Describe debtor's property that is subject to a lien** | $7,828,109.70 | $9,850,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | 4237 E. MagnoliaPhoenix, AZ; 1930 N. 22nd AvenuePhoenix, AZ 85009; 7925 W. Arby AvenueLas Vegas, NV 89113 | | |

Attn: Carolyn Crockett, 9130
W Russell Rd., Suite 100
Las Vegas, NV 89148
Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | Integra Realty Resources-Charlotte LLC | **Describe debtor's property that is subject to a lien** | $3,000.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | | | |

214 W. Tremont Ave, Suite
200
Charlotte, NC 28203
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.11 | Jo A. Duke Properties | **Describe debtor's property that is subject to a lien** | $650,000.00 | $850,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | Interest in 343 Johnny Clark LLC | | |

4078 Bell Meadows Rd.

Longview, TX 75605

---

Creditor's mailing address

**Describe the lien**

Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.1 2 | Lance Mueller & Associates/Architects | Describe debtor's property that is subject to a lien | $113,902.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

140 Lakeside Avenue, Suite 310
Seattle, WA 98122

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | Land Technologies, Inc. | Describe debtor's property that is subject to a lien | $18,881.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

18820 3rd Ave NE
Arlington, WA 98223

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 4** NBC Mergeco, Inc.

Creditor's Name

c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St. Seattle, WA 98108

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
27423 40th AvenueStanwood, WA 98292

$1,122,855.71    $775,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 5** NBC Mergeco, Inc.

Creditor's Name

c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St. Seattle, WA 98108

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Tyee Beach Water Association, Inc.
2. NBC Mergeco, Inc.

**Describe debtor's property that is subject to a lien**
3200 Shoreline DriveCamano Island, WA 98292

$624,932.58    $900,000.00

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.1 6** Pitney Bowes Inc.

Creditor's Name

27 Waterview Dr., 3rd Floor Shelton, CT 06484

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**

$1,750.68    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| **2.17** | Socotra REIT I LLC | Describe debtor's property that is subject to a lien | $8,001,770.71 | $4,900,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 530 Opper StreetEscondido, CA | | |

2208 29th Street, Suite 100
Sacramento, CA 95817

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| **2.18** | Socotra REIT I LLC | Describe debtor's property that is subject to a lien | $7,987,868.28 | $9,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 25377 Huntwood AvenueHayward, CA 94544 | | |

2208 29th Street, Suite 100
Sacramento, CA 95817

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☒ Disputed |

---

| **2.19** | SS Holdings LLC | Describe debtor's property that is subject to a lien | $3,147,802.00 | $1,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 3811 188th Street NEArlington, WA 98223 | | |

4601 Chennault Beach Road,
Suite 200
Mukilteo, WA 98275

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.20 | State of Washington, Dept of Ecology | | | |
|---|---|---|---|---|

Creditor's Name

300 Desmon Dr SE
Lacey, WA 98503

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $1,720.00      $0.00

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | Tyee Beach Water Association, Inc. |
|---|---|

Creditor's Name
c/o Carolyn Strong, 3067 Shoreline Dr.
Camano Island, WA 98282

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      $600.00      $900,000.00
3200 Shoreline DriveCamano Island, WA 98292

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.15

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | Water for Commerce Fund Management, LLC | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**      Unknown      $0.00

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 24 of 38

| | | | |
|---|---|---|---|
| **Creditor's Name** c/o K. Terrell Hutchins, Ottergourg, P.C., 230 Park Ave. New York, NY 10169 | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| | | | | |
|---|---|---|---|---|
| **2.23** **We Do Dirt LLC** | **Describe debtor's property that is subject to a lien** | | $99,403.23 | $0.00 |
| Creditor's Name | | | | |
| P.O. Box 65 North Lakewood, WA 98259 | | | | |
| Creditor's mailing address | **Describe the lien** Mechanic's Lien | | | |
| | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** ☒ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | | |
| **Date debt was incurred** | | | | |
| **Last 4 digits of account number** | | | | |
| **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | | | |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $173,804,385 .13 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| David P. Papiez Fox Rothschild 1001 Fourth Avenue, Suite 4400 Seattle, WA 98104 | Line 2.9 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 25 of 38

| | | |
|---|---|---|
| Jeffrey L. Smoot<br>Westwood Pacific Law PLLC<br>1725 SW Roxbury Street, Ste. 2<br>Seattle, WA 98106 | Line 2.19 | |
| Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>Attn: Gregory R. Fox<br>Seattle, WA 98101 | Line 2.8 | |
| Michael R. Rethinger<br>Burke Moore Law Group<br>235 Peachtree Street NE, Suite 1900<br>Atlanta, GA 30303 | Line 2.7 | |
| Michael Wachtell<br>Buchalter PC<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017 | Line 2.17 | |
| Michael Wachtell<br>Buchalter PC<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017 | Line 2.18 | |
| Vivian B. Fisher<br>Burke Law Group LLP<br>235 Peachtree St NE, Suite 1900<br>Atlanta, GA 30303 | Line 2.4 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☒ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Lease of commercial property<br><br>State the term remaining<br><br>List the contract number of any government contract | Arlington Recycle<br>11411 Beverly Park Road<br>Everett, WA 98205 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Lease of commercial property<br><br>State the term remaining<br><br>List the contract number of any government contract | Beaches Interior LLC<br>2129 Andrea Lane<br>Fort Myers, FL 33912 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Lease of commercial property<br><br>State the term remaining<br><br>List the contract number of any government contract | Bureau Office Inc.<br>701 Eden Terrace<br>High Point, NC 27263 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Lease of commercial property<br><br>State the term remaining<br><br>List the contract number of any government contract | Condo Cars<br>2129 Andrea Lane<br>Fort Myers, FL 33912 |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract _____

Customm Upholstery
1924 North Avenue West
Missoula, MT 59801

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract _____

Dobbs Stanford Corp.
2715 Electronic Lane
Dallas, TX 75220

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract _____

Grand Canyon Foods International
1930 N. 22nd Avenue
Phoenix, AZ 85009

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract _____

Guardian MMA LLC
730a Middle Tennessee Blvd., Suite 12
Murfreesboro, TN 37129

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract _____

Hexa Partners
730a Middle Tennessee, Suite 13
Murfreesboro, TN 37129

24-01421-FPC11     Doc 199     Filed 10/18/24     Entered 10/18/24 16:18:39     Pg 28 of 38

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Lease of commercial property

State the term remaining

List the contract number of any government contract

Ice & Water Vendors
700 S. Arizona Blvd.
Coolidge, AZ 85128

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

Lease of commercial property

State the term remaining

List the contract number of any government contract

ITA Med Co.
25377 Huntwood Avenue
Hayward, CA 94544

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

Lease of commercial property

State the term remaining

List the contract number of any government contract

Mach Holdings
1930 N. 22nd Avenue
Phoenix, AZ 85009

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

Lease of commercial property

State the term remaining

List the contract number of any government contract

Oerlikon Balzers Coating USA, Inc.
730a Middle Tennessee, Suite 18-20
Murfreesboro, TN 37129

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

Lease of commercial property

State the term remaining

List the contract number of any government contract

Progressive Design Playgrounds
530 Opper Street, Unit B
Escondido, CA 92029

---

<table>
<tr><td style="background:#3d0033;"> </td><td><strong>Additional Page if You Have More Contracts or Leases</strong></td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Recumbent Bicycles of Tennessee<br>730 Middle Tennessee Blvd., Suite 9<br>Murfreesboro, TN 37129 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing AZ<br>4237 E. Magnolia<br>Phoenix, AZ 85034 |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing AZ<br>653 E. 20th Street<br>Yuma, AZ 85365 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing FL<br>877 Orange Avenue<br>Tallahassee, FL 32301 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Refreshing GA<br>1118 Virginia Street<br>Columbus, GA 31901 |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract — _____

Refreshing GL
8460 Thomas Avenue
Bridgeview, IL 60455

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract — _____

Refreshing GL
1400 Greenleaf Avenue
Elk Grove Village, IL 60007

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract — _____

Refreshing MW
19355 SW Teton Avenue
Tualatin, OR 97062

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract — _____

Refreshing NV
7925 W. Arby Avenue
Las Vegas, NV 89113

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — Lease of commercial property

State the term remaining

List the contract number of any government contract — _____

Refreshing TX
2709 Electric Lane
Dallas, TX 75220

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 31 of 38



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.25.   State what the contract or lease is for and the nature of the debtor's interest      Lease of commercial property

State the term remaining

List the contract number of any government contract

Refreshing TX
343 Johnny Clark Road
Longview, TX 75605

2.26.   State what the contract or lease is for and the nature of the debtor's interest      Lease of commercial property

State the term remaining

List the contract number of any government contract

Refreshing USA
11410 Beverly Park Road
Everett, WA 98204

2.27.   State what the contract or lease is for and the nature of the debtor's interest      Lease of commercial property

State the term remaining

List the contract number of any government contract

Select Technology Group
2711 Electronic Lane
Dallas, TX 75220

2.28.   State what the contract or lease is for and the nature of the debtor's interest      Lease of commercial property

State the term remaining

List the contract number of any government contract

Sherwood Collision Center
19355 SW Teton Avenue
Tualatin, OR 97062

2.29.   State what the contract or lease is for and the nature of the debtor's interest      Lease of commercial property

State the term remaining

List the contract number of any government contract

Sky Heating and Air Conditioning
19305 SW Teton Avenue
Tualatin, OR 97062



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Sound-Crete/Cell-Crete Corp.<br>530 Opper Street, Unit A<br>Escondido, CA 92029 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Tenn 730 Business LLC<br>730 Middle Tennessee Blvd., Suite 10 and 11<br>Murfreesboro, TN 37129 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | The Warehouse<br>730a Middle Tennessee, Suite 14-15<br>Murfreesboro, TN 37129 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease of commercial property | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Yuma Gymnastics<br>653 E. 20th Street, Suite A<br>Yuma, AZ 85365 |

24-01421-FPC11     Doc 199     Filed 10/18/24     Entered 10/18/24 16:18:39     Pg 33 of 38

# Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.34   343 Johnny Clark LLC | | Jo A. Duke Properties | ☒ D   2.11<br>☐ E/F  ____<br>☐ G  ____ |
| 2.35   Creative Technologies LLC | 2732 Grand Ave., Suite 122<br>Everett, WA 98201 | Avatar Financial Group LLC | ☒ D   2.2<br>☐ E/F  ____<br>☐ G  ____ |
| 2.36   Ideal Greenleaf LLC | | Avatar REIT 1 LLC | ☒ D   2.3<br>☐ E/F  ____<br>☐ G  ____ |
| 2.37   Ideal Murfreesboro LLC | | Avatar Financial Group LLC | ☒ D   2.2<br>☐ E/F  ____<br>☐ G  ____ |

24-01421-FPC11    Doc 199    Filed 10/18/24    Entered 10/18/24 16:18:39    Pg 34 of 38

# Ideal Properties, LLC
## Profit & Loss
### January 1 through September 5, 2024

|  | Jan 1 - Sep 5, 24 |
|---|---|
| **Ordinary Income/Expense** |  |
|   **Income** |  |
|     **4100.I · Property Income** |  |
|       4090.I · Uncategorized Income | 9,408.00 |
|       4110.I · Rental Income | 1,151,203.43 |
|     **Total 4100.I · Property Income** | 1,160,611.43 |
|   **Total Income** | 1,160,611.43 |
| **Gross Profit** | 1,160,611.43 |
|   **Expense** |  |
|     **6000.I · General Expense** |  |
|       6010.I · Bank Service Charges | 211.90 |
|       6020.I · Computer and Internet Expenses | 1,177.58 |
|       6030.I · Dues and Subscriptions | 62.00 |
|       6050.I · Repairs and Maintenance | 3,600.00 |
|       6060.I · Utilities | 7,354.53 |
|       6220.I · Fines and Penalties | 67.83 |
|       6450 · Licenses and Fees | 235.80 |
|     **Total 6000.I · General Expense** | 12,709.64 |
|     6200.I · Insurance Expense | 18,545.97 |
|     6300.I · Professional Fees | 36,238.00 |
|     6400.I · Taxes – Property | 39,232.43 |
|   **Total Expense** | 106,726.04 |
| **Net Ordinary Income** | 1,053,885.39 |
| **Other Income/Expense** |  |
|   **Other Expense** |  |
|     **8000.I · Other Expense** |  |
|       8100.I · Interest Expense | 14,101.90 |
|     **Total 8000.I · Other Expense** | 14,101.90 |
|   **Total Other Expense** | 14,101.90 |
|   **Net Other Income** | -14,101.90 |
| **Net Income** | **1,039,783.49** |

# Ideal Properties, LLC
## Balance Sheet
### As of September 5, 2024

|  | Sep 5, 24 |
|---|---|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       **1000.I · Bank Accounts** | |
|         1010.I · Bank of America – 9435 | 184,044.14 |
|         1020.I · Cadence Bank | 200,788.97 |
|       **Total 1000.I · Bank Accounts** | 384,833.11 |
|     **Total Checking/Savings** | 384,833.11 |
|     **Accounts Receivable** | |
|       **1100.I · Accounts Receivable** | 1,353,534.17 |
|     **Total Accounts Receivable** | 1,353,534.17 |
|     **Other Current Assets** | |
|       12000 · Undeposited Funds | 139,111.52 |
|       1700.I · Note Receivable – RP | 1,031,250.00 |
|     **Total Other Current Assets** | 1,170,361.52 |
|   **Total Current Assets** | 2,908,728.80 |
|   **Fixed Assets** | |
|     **1500.I · Property Plant & Equipment** | |
|       **1510.I · Property** | |
|         1511.I · Escondido CA | 3,358,000.00 |
|         1512.I · Hayword CA | 6,300,000.00 |
|         1513.I · Bells Ferry GA | 3,338,925.96 |
|         1514.I · Magnolia AZ | 787,500.00 |
|         1515.I · W Arby NV | 3,352,500.00 |
|         1516.I · Las Cruces NM | 1,575,000.00 |
|         1517.I · Beverly Park WA | 5,078,938.32 |
|         1518.I · Tualatin OR | 2,062,500.00 |
|         1519.I · 315 Ewell Rd VA | 904,520.71 |
|         1520.I · 3495 Lamar Memphis TN | 1,725,000.00 |
|         1521.I · 701 Eden Archdale NC | 633,750.00 |
|         1522.I · Columbus GA | 500,000.00 |
|         1523.I · 188th St NE Arlington WA | 1,990,000.00 |
|         1524.I · 2129 Andrea Lane FL | 1,557,500.00 |
|         1526.I · 204 NWW San Antonio | 3,200,000.00 |
|         1527.I · 343 Johnny Clark | 830,000.00 |
|         1528.I · 602 S Meadow Odessa | 430,000.00 |
|         1529.I · 3200 Shoreline Dr WA | 830,000.00 |
|         1530.I · 27423 40th Ave WA | 1,550,000.00 |
|         1531.I · 516 Veterans Memorial Kileen | 450,000.00 |
|         1532.I · 12 Emery | 215,000.00 |
|         1533.I · 877 Orange Ave FL | 330,000.00 |
|         1534.I · 700 S AZ Blvd AZ | 120,000.00 |
|         1535.I · 1930 N 22nd Ave AZ | 5,450,000.00 |
|         1536.I · 653 E 20th St AZ | 1,500,000.00 |
|         1537.I · 1000 Nicholas Ave IL | 1,229,388.73 |
|         1538.I · 8460 Thomas Ave IL | 500,000.00 |
|         1539.I · 4300 Forest Dr. CO | 2,800,000.00 |
|         1540.I · 11519 S PetroPark Houston | 915,000.00 |
|         1541.I · 1400 Green Leaf IL | 3,800,000.00 |
|         1542.I · 730a Middle TN Blvd Murfreesbo | 3,710,000.00 |
|         1543.I · 1206 Hewett | 1,100,000.00 |
|         1544.I · Naples FL | 787,500.00 |
|         1545.I · Flagstaff (TCR) | 600,000.00 |
|         1546.I · Arlington Airport | 995,000.00 |
|         1547.I · Walden 152nd RV Park | 1,223,380.43 |

24-01421-FPC11   Doc 199   Filed 10/18/24   Entered 10/18/24 16:18:39   Pg 36 of 38

# Ideal Properties, LLC
## Balance Sheet
### As of September 5, 2024

| | Sep 5, 24 |
|---|---|
| 1548.I · Ideal Industrial Park | 486,367.63 |
| 1549.I · Wear Commercial 188th St. NE | 4,763.75 |
| **Total 1510.I · Property** | 66,220,535.53 |
| **Total 1500.I · Property Plant & Equipment** | 66,220,535.53 |
| 1600 · Buildings and Improvements | |
| 1601 · Land Improvements – | 2,858,920.05 |
| 1600 · Buildings and Improvements - Other | 1,782,510.54 |
| **Total 1600 · Buildings and Improvements** | 4,641,430.59 |
| **Total Fixed Assets** | 70,861,966.12 |
| Other Assets | |
| 1800.I · Tenant Security Deposits Held | –21,907.50 |
| 1900.I · Intercompany transfer | –3,961,258.38 |
| **Total Other Assets** | –3,983,165.88 |
| **TOTAL ASSETS** | **69,787,529.04** |
| LIABILITIES & EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| 2000.I · Accounts Payable | 3,294,114.74 |
| **Total Accounts Payable** | 3,294,114.74 |
| Credit Cards | |
| ACH | 5,017.40 |
| **Total Credit Cards** | 5,017.40 |
| **Total Current Liabilities** | 3,299,132.14 |
| Long Term Liabilities | |
| 2700.I · Note Payable | |
| 2701.I · Creative Note Payable | 31,703,184.11 |
| 2711.I · UBB – 100433400 | 14,737.80 |
| 2713.I · UBB - 100255800 | 1,772,918.88 |
| 2720.I · First Security NV - 4000058000 | 3,003,712.27 |
| 2721.I · First Security NV - 4000060300 | 745,741.68 |
| 2722.I · First Security NV - 4000062700 | 3,905,345.24 |
| 2730.I · First Fed WA - 500100678 | 1,430,351.81 |
| 2731.I · First Fed WA - 500100858 | 4,247,754.35 |
| 2740.I · Pinnacle - 90626089 | 858,058.04 |
| 2741.I · Pinnacle - 90667900 | 1,640,142.12 |
| 2742.I · Pinnacle - 46919862969 | 598,975.10 |
| 2743.I · Pinnacle - 90626551 | 320,578.56 |
| 2750.I · Evergreen - 13110100027440 | 795,000.00 |
| 2751.I · Stronghill Capital - 071030074 | 1,510,473.76 |
| 2752.I · Chase - 643102022120 | 1,640,000.00 |
| 2753.I · AM First National | 611,153.12 |
| 2760.I · Sellers Note - Johnny Clark | 600,000.00 |
| 2761.I · Sellers Note - Arlington | 695,000.00 |
| 2762.I · Sellers Note - 653 E 20th AZ | 1,050,000.00 |
| 2770.I · Avatar - 1400 Greenleaf | 1,500,000.00 |
| 2771.I · Avatar - 730a Middle | 3,710,000.00 |
| 2772.I · Avatar - 131 Bells Ferry | 2,300,000.00 |
| 2700.I · Note Payable - Other | –31,187.77 |
| **Total 2700.I · Note Payable** | 64,621,939.07 |
| **Total Long Term Liabilities** | 64,621,939.07 |
| **Total Liabilities** | 67,921,071.21 |

**Ideal Properties, LLC**
**Balance Sheet**
As of September 5, 2024

|  | Sep 5, 24 |
|---|---|
| Equity | |
| 3000.I · Equity | |
| 3010.I · Member 1 Equity | 1,140,000.00 |
| 3020.I · Member 1 Draws | -120,000.00 |
| 3040.I · Member 2 Draws | -15,076.74 |
| **Total 3000.I · Equity** | **1,004,923.26** |
| 3999.I · Retained Earnings | -178,248.92 |
| Net Income | 1,039,783.49 |
| **Total Equity** | **1,866,457.83** |
| **TOTAL LIABILITIES & EQUITY** | **69,787,529.04** |