North City Law, PC
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Telephone: 206.413.7288
Facsimile: 206.367.0120
Attorneys James Group International, LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 24-01421-FPC11 |
| IDEAL PROPERTY INVESTMENTS, LLC, | APPLICATION FOR RELIEF FROM STAY |
| Debtor. | |

## I. RELIEF REQUESTED

James Group International, LLC, a Nevada limited liability company ("***James Group***"), party in interest and creditor to Debtor in the above-titled action, by and through undersigned counsel, moves for an order of the Court granting relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and Federal Rule of Bankruptcy Procedure ("***FRBP***") 4001(a)(1), solely to record and perfect its lien with respect to a secured debt in water vending machines. If relief is granted in accordance with this motion, James Group also requests that the 14-day stay of the order for relief imposed by FRBP 4001(a)(3) be waived in order to secure James Group's lien position. James Group is seeking to record its lien for protection from future encumbrances and to file a valid Proof of Claim before the applicable case deadline.

## II. PROCEDURAL HISTORY

James Group entered into a Service and Management Agreement with Water Station Management, LLC ("***WSM***") on November 12, 2019 (the "***Service Agreement***"). Pursuant to the terms of the Service Agreement, James Group provided WSM with a loan of $4,100,000, to be collateralized by water refilling/service machines with matching serial numbers. See *Declaration of Paul Barrera*, Ex. A. WSM defaulted on its obligations.

APPLICATION FOR RELIEF FROM STAY

24-01421-FPC11 (1)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01421-FPC11    Doc 200    Filed 10/21/24    Entered 10/21/24 11:01:13    Pg 1 of 3

*Extenuating Circumstances for Lack of Perfection*

At the time the loan was made, James Group was under the control of Ronald James (deceased) ("**Ronald**"). Ronald was diagnosed with Parkinson's disease in 2016. Over time, he displayed signs of dementia related to his Parkinson's, his decision making became increasingly impaired by occasional staring spells and "hallucinations". He would at times fall asleep at his desk. Not long after the contract with WSM was signed, Ronald James required assistance with a wheelchair. By early-2024, Ronald was diagnosed with two (2) large glioblastomas in his brain. His providers agreed that the locations of the tumors could have created symptoms similar to his initial Parkinson's diagnosis. Ronald James died April 20th, 2024. From 2019 onwards, Ronald lacked the capability to properly pursue the UCC filings due to diminished cognitive faculties. See *Declaration of Donald James*.

*Basis for Filing*

In this matter and other cases similarly situated, including those in the Southern District of Texas (Creative Technologies, LLC, Cause No. 4:24-bk-33934, Refreshing USA LLC, Cause No. 4:24-bk-33919, and Water Station Management LLC, Case No. 4:24-bk-33924) the record suggests that Ryan Wear, former manager of Debtor, disregarded corporate formalities and moved investor money from one entity to another in "random fashion", "sweeping" funds so that the "ledger balance [was] near zero at the end of each month ... ." See *Declaration of Paul Barrera*, Ex. B & Ex. C. As such, James Group has good faith reason to believe that at least some of the proceeds provided to WSM and the secured property may have ended up in Debtor.

Having conducted an extensive review of security filings, James Group is unaware of any other creditor claiming security in the machines at issue. To properly file a Proof of Claim in the above-titled case before the deadline for filing claims, James Group must file a UCC statement.

### III. ARGUMENTS

*James Group is requesting to record its lien, no more*

APPLICATION FOR RELIEF FROM STAY

24-01421-FPC11 (2)

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01421-FPC11    Doc 200    Filed 10/21/24    Entered 10/21/24 11:01:13    Pg 2 of 3

Pursuant to 11 U.S.C. § 362(d)(1), the automatic stay may be modified or terminated for cause, including lack of adequate protection in the property. This section of the statutes gives a court "…wide latitude in crafting relief from the automatic stay, including the power to grant retroactive relief from the stay." *In re Kissinger*, 72 F.3d 107 (9th Cir. 1995). What constitutes "cause" for granting relief from the automatic stay is decided "on a case-by-case basis, with reference to the interest asserted and how [that] interest is affected by the automatic stay." *In re Kronemeyer*, 405 B.R. 915, 921 (9th Cir. BAP 2009).

Without relief from the stay to file its lien, James Group lacks the ability to perfect its lien and file a Proof of Claim with this court as a secured creditor. James Group does not seek relief at this time to execute against Debtor's real property or any asset subject to Debtor's bankruptcy estate except to file and perfect its lien. James Group would file a separate motion for relief from stay before proceeding with any enforcement actions, such as executing on the judgment under Wash. Rev. Code § 6.17.

## IV. CONCLUSION

Good cause exists for this Court to grant James Group limited relief from the automatic stay under 11 U.S.C. § 362(d)(1) to perfect its lien and waive the 14-day stay of the order for relief imposed by FRBP 4001(a)(3).

DATED this Monday, October 21, 2024.

NORTH CITY LAW, PC

/s/ *Paul A. Barrera*
Paul A. Barrera, WSBA No. 51990
paul@northcitylaw.com
Martin J. Kreshon, III, WSBA No. 51307
martin@northcitylaw.com
Clare Bogdanowicz, WSBA No. 48927
clare@northcitylaw.com
NORTH CITY LAW, PC
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Telephone: 206.413.7288
Facsimile: 206.367.0120
***Attorneys for James Group International, LLC***

APPLICATION FOR RELIEF FROM STAY

24-01421-FPC11 (3)

NORTH CITY LAW, PC
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01421-FPC11    Doc 200    Filed 10/21/24    Entered 10/21/24 11:01:13    Pg 3 of 3