# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 24-01421-FPC11 |
| IDEAL PROPERTY INVESTMENTS, LLC, | [PROPOSED] ORDER GRANTING APPLICATION FOR RELIEF FROM STAY |
| Debtor. | |

This matter came before this Court on Application for Relief From Stay by James Group International, LLC ("*Creditor*"), seeking permission to file a UCC-1 financing statement to perfect a claim as to certain of Debtor's assets. This Court, being fully advised and for good cause shown, NOW, THEREFORE, it is hereby:

ORDERED, that the Application (ECF ____) is GRANTED, and further,

ORDERED, the 14-day stay of the order for relief imposed by FRBP 4001(a)(3) is waived, and further,

ORDERED, that the Stay as to Creditor is terminated for ten (10) days from the date of this Order for the limited purpose of the filing of a UCC-1 financing statement to perfect a claimed lien against Debtor's property.

//END OF ORDER//

Presented by:

North City Law, PC

*/s/ Paul A. Barrera*
Paul A. Barrera, WSBA No. 51990
Attorney for James Group International, LLC

[PROPOSED] ORDER GRANTING APPLICATION FOR RELIEF FROM STAY

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01421-FPC11 (1)

24-01421-FPC11    Doc 200-1    Filed 10/21/24    Entered 10/21/24 11:01:13    Pg 1 of 1