# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 24-01421-FPC11 |
| IDEAL PROPERTY INVESTMENTS, LLC, | NOTICE OF MOTION & HEARING IF OBJECTION RECEIVED OF APPLICATION FOR RELIEF FROM STAY |
| Debtor. | |
| | Hearing Date: November 5, 2024, 11:00 AM |

    PLEASE TAKE NOTICE that James Group International, LLC, party in interest and creditor to Debtor in the above-titled action, by and through undersigned counsel, has filed an Application for Relief from Stay for the sole purpose of perfecting its lien as to Debtor.

    PLEASE TAKE FURTHER NOTICE that any party opposing the Application must serve a written response to the undersigned counsel at 17713 Fifteenth Avenue NE, Suite 101, Shoreline, WA 98155, and file a response with the Clerk of the United States Bankruptcy Court, 904 West Riverside Avenue, Suite 304, Spokane, Washington 99201 on the response date, which is November 4, 2024.

    PLEASE TAKE FURTHER NOTICE that the Court may enter an order without conducting a hearing.

/

/

NOTICE OF MOTION & HEARING IF OBJECTION RECEIVED

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01421-FPC11 (1)

1 | DATED this Monday, October 21, 2024.

NORTH CITY LAW, PC

/s/ *Paul A. Barrera*
Paul A. Barrera, WSBA No. 51990
paul@northcitylaw.com
NORTH CITY LAW, PC
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Telephone: 206.413.7288
Facsimile: 206.367.0120
***Attorney for James Group International, LLC***

NOTICE OF MOTION & HEARING IF OBJECTION RECEIVED

**NORTH CITY LAW, PC**
17713 Fifteenth Avenue NE, Suite 101
Shoreline, WA 98155-3839
Phone: 206.413.7288
Fax: 206.367.0120

24-01421-FPC11 (2)

24-01421-FPC11    Doc 203    Filed 10/21/24    Entered 10/21/24 12:00:50    Pg 2 of 2