Fill in this information to identify the case:

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☒ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 9435 | $0.00 |
| 3.2. | Cadence Bank | | unk. | $0.00 |
| 3.3. | Northwest Bank | | 1300 | $54,230.00 |
| 3.4. | Chase | | 9470 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            $54,230.00

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

11b. Over 90 days old:    _____989,101.00___  -  _____989,101.00___ =....    _____$0.00___
                          face amount                   doubtful or uncollectible accounts

**12.    Total of Part 3.**                                                               | $0.00 |

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| available. | | | | |
| 55.1. | 1118 Virginia Street<br>Columbus, GA 31901 | | $0.00 | $390,000.00 |
| 55.2. | 343 Johnny Clark Road<br>Longview, TX 75605 | | $0.00 | $850,000.00 |
| 55.3. | 730 Middle Tenn Blvd.<br>Murfreesboro, TN 37129 | | $0.00 | $3,355,000.00 |
| 55.4. | 1400 Greenleaf Avenue<br>Elk Grove Village, IL 60007 | | $0.00 | Appraisal | $4,405,000.00 |
| 55.5. | 4237 E. Magnolia<br>Phoenix, AZ | | $0.00 | $1,250,000.00 |
| 55.6. | 1930 N. 22nd Avenue<br>Phoenix, AZ 85009 | | $0.00 | $5,800,000.00 |
| 55.7. | 653 E. 20th Street<br>Yuma, AZ | | $0.00 | $1,500,000.00 |
| 55.8. | 700 S. Arizona Blvd.<br>Coolidge, AZ 85128 | | $0.00 | $100,000.00 |
| 55.9. | 25377 Huntwood Avenue<br>Hayward, CA 94544 | | $0.00 | $9,500,000.00 |
| 55.10. | 530 Opper Street<br>Escondido, CA | | $0.00 | $4,900,000.00 |
| 55.11. | 877 Orange Avenue<br>Tallahassee, FL | | $0.00 | $599,000.00 |
| 55.12. | 8460 Thomas Avenue<br>Bridgeview, IL 60455 | | $0.00 | $650,000.00 |

| 55.13 | 1924 North Avenue W Missoula, MT 59801 | | $0.00 | | $691,200.00 |
|---|---|---|---|---|---|
| 55.14 | 7925 W. Arby Avenue Las Vegas, NV 89113 | | $0.00 | | $2,800,000.00 |
| 55.15 | 19355 SW Teton Avenue Tualatin, OR 97062 | | $0.00 | | $2,950,000.00 |
| 55.16 | 2709 Electronic Lane Dallas, Texas 75220 | | $0.00 | | $4,750,000.00 |
| 55.17 | 586 West 9320 South Sandy, UT 84070 | | $0.00 | | $2,789,328.00 |
| 55.18 | 27423 40th Avenue Stanwood, WA 98292 | | $0.00 | | $775,000.00 |
| 55.19 | 12 Emery Road Oroville, WA 98844 | | $0.00 | | $175,000.00 |
| 55.20 | 11410 Beverly Park Road Everett, WA 98204 | | $0.00 | | $7,470,000.00 |
| 55.21 | 3811 188th Street NE Arlington, WA 98223 | | $0.00 | | $1,000,000.00 |
| 55.22 | 27602 40th Avenue NW Stanwood, WA 98292 | | $0.00 | | $775,000.00 |
| 55.23 | 3200 Shoreline Drive Camano Island, WA 98292 | | $0.00 | | $900,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$58,374,528.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities** | |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| Avoidance actions as to First Fed Bank<br>**Nature of claim**    Bank loan<br>**Amount requested**    $0.00 | Unknown |
| claims against Ryan Wear and other former insiders or officers of the Debtor<br>**Nature of claim**<br>**Amount requested**    $0.00 | Unknown |
| Potential recovery of properties transferred pre-petition<br>**Nature of claim**<br>**Amount requested**    $0.00 | Unknown |
| Potential causes of action as to interests in or properties held by other related entities<br>**Nature of claim**<br>**Amount requested**    $0.00 | Unknown |
| Potential recovery of property held by Ideal Industrial Park LLC<br>**Nature of claim**<br>**Amount requested**    $0.00 | $1,500,000.00 |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                                    $1,500,000.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $54,230.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $58,374,528.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,554,230.00 | + 91b. $58,374,528.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $59,928,758.00 |

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☒ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   352 Capital GP LLC

Creditor's Name

c/o Sean V. Small
Lasher Holzapfel Sperry &
Ebberson PLLC
601 Union Street, Suite 2600
Seattle, WA 98101

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** — Amount of claim: **$106,925,000.00** — Value of collateral: **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.2**   Avatar Financial Group LLC

Creditor's Name

c/o Ryan Cronin-Prather, Gen. Counsel
1200 Westlake Ave N, Suite 1006
Seattle, WA 98109

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**Describe debtor's property that is subject to a lien** — 730 Middle Tenn Blvd.Murfreesboro, TN 37129; 1400 Greenleaf AvenueElk Grove Village, IL 60007 — Amount of claim: **$3,123,426.00** — Value of collateral: **$7,760,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Avatar Financial Group LLC
2. Avatar REIT 1 LLC
3. First Federal Bank

☐ Unliquidated
☒ Disputed

---

**2.3** Avatar REIT 1 LLC
Creditor's Name

1200 Westlake Ave N, Suite 1006

Seattle, WA 98109
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**Describe debtor's property that is subject to a lien**
730 Middle Tenn Blvd.Murfreesboro, TN 37129; 1400 Greenleaf AvenueElk Grove Village, IL 60007

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

$3,000,000.00    $7,760,000.00

---

**2.4** Cadence Bank
Creditor's Name

Attn: Billy J. Babineaux, Jr.,
315 Settlers Trace Blvd
Lafayette, LA 70508
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
653 E. 20th StreetYuma, AZ

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,123,400.91    $1,500,000.00

---

**2.5** Cadence Bank
Creditor's Name

Attn: Billy J. Babineaux, Jr.,
315 Settlers Trace Blvd
Lafayette, LA 70508
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
1924 North Avenue WMissoula, MT 59801

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

$1,102,181.99    $691,200.00

---

24-01421-FPC11     Doc 359     Filed 01/08/25     Entered 01/08/25 17:25:34     Pg 9 of 40

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.6 | Cadence Bank | Describe debtor's property that is subject to a lien | $1,400,202.63 | $2,789,328.00 |

Creditor's Name
Attn: Billy J. Babineaux, Jr.,
315 Settlers Trace Blvd
Lafayette, LA 70508

586 West 9320 SouthSandy, UT 84070

Creditor's mailing address

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | Cadence Bank | Describe debtor's property that is subject to a lien | $3,379,541.94 | $4,750,000.00 |

Creditor's Name
Attn: Billy J. Babineaux, Jr.,
315 Settlers Trace Blvd
Lafayette, LA 70508

2709 Electronic LaneDallas, Texas 75220

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | First Federal Bank | Describe debtor's property that is subject to a lien | $24,148,034.80 | $19,420,000.00 |

Creditor's Name
c/o Lane Powell LLP
1420 Fifth Avenue, Suite 4200
Attn: Gregory R. Fox
98101

1118 Virginia StreetColumbus, GA 31901; 343 Johnny Clark RoadLongview, TX 75605; 730 Middle Tenn Blvd.Murfreesboro, TN 37129; 1400 Greenleaf AvenueElk Grove Village, IL 60007; 19355 SW Teton AvenueTualatin, OR 97062; 11410 Beverly Park RoadEverett, WA 98204

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.2 | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| 2.9 | First Security Bank of Nevada | | | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Creditor's Name<br>Attn: Carolyn Crockett, 9130 W Russell Rd., Suite 100 Las Vegas, NV 89148 | **Describe debtor's property that is subject to a lien**<br>4237 E. MagnoliaPhoenix, AZ; 1930 N. 22nd AvenuePhoenix, AZ 85009; 7925 W. Arby AvenueLas Vegas, NV 89113 | $7,828,109.70 | $9,850,000.00 |
| Creditor's mailing address | **Describe the lien**<br>Deed of Trust | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.1 0 | Integra Realty Resources-Charlotte LLC | | | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Creditor's Name<br>214 W. Tremont Ave, Suite 200 Charlotte, NC 28203 | **Describe debtor's property that is subject to a lien** | $3,000.00 | $0.00 |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

24-01421-FPC11    Doc 359    Filed 01/08/25    Entered 01/08/25 17:25:34    Pg 11 of 40

| 2.1 1 | Jo A. Duke Properties | Describe debtor's property that is subject to a lien | $650,000.00 | $850,000.00 |
|---|---|---|---|---|

Creditor's Name

4078 Bell Meadows Rd.
Longview, TX 75605

Creditor's mailing address

343 Johnny Clark RoadLongview, TX 75605

**Describe the lien**
Deed of Trust

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.8

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | Lance Mueller & Associates/Architects | Describe debtor's property that is subject to a lien | $113,902.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

140 Lakeside Avenue, Suite 310
Seattle, WA 98122

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | Land Technologies, Inc. | Describe debtor's property that is subject to a lien | $18,881.25 | $0.00 |
|---|---|---|---|---|

Creditor's Name

18820 3rd Ave NE
Arlington, WA 98223

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | NBC Mergeco, Inc. | Describe debtor's property that is subject to a lien | $1,122,855.71 | $775,000.00 |
|---|---|---|---|---|

**Creditor's Name**

c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St. Seattle, WA 98108

Creditor's mailing address

27423 40th AvenueStanwood, WA 98292

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | NBC Mergeco, Inc. | Describe debtor's property that is subject to a lien | $624,932.58 | $900,000.00 |
|---|---|---|---|---|

**Creditor's Name**

c/o Schweet Linde & Rosenblum, PLLC, 575 S. Michigan St. Seattle, WA 98108

Creditor's mailing address

3200 Shoreline DriveCamano Island, WA 98292

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Tyee Beach Water Association, Inc.
2. NBC Mergeco, Inc.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.1 6 | Pinnacle Bank | Describe debtor's property that is subject to a lien | $311,694.03 | $390,000.00 |
|---|---|---|---|---|

**Creditor's Name**

150 3rd Avenue S., #900 Nashville, TN 37201

Creditor's mailing address

1118 Virginia StreetColumbus, GA 31901

**Describe the lien**
Deed of Trust

---

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.8

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.17 | | | | |
|---|---|---|---|---|

**2.17**   Pitney Bowes Inc.

Creditor's Name

27 Waterview Dr., 3rd Floor
Shelton, CT 06484

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $1,750.68    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.18**   Socotra REIT I LLC

Creditor's Name

2208 29th Street, Suite 100
Sacramento, CA 95817

Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $8,001,770.71    $4,900,000.00
530 Opper StreetEscondido, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.19**   Socotra REIT I LLC

Creditor's Name

**Describe debtor's property that is subject to a lien**    $7,987,868.28    $9,500,000.00
25377 Huntwood AvenueHayward, CA 94544

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

2208 29th Street, Suite 100
Sacramento, CA 95817

Creditor's mailing address

**Describe the lien**
Deed of Trust

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.20** SS Holdings LLC

Creditor's Name
4601 Chennault Beach Road, Suite 200
Mukilteo, WA 98275

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
3811 188th Street NEArlington, WA 98223     $3,147,802.00     $1,000,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.21** State of Washington, Dept of Ecology

Creditor's Name
300 Desmon Dr SE
Lacey, WA 98503

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $1,720.00     $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 2 | Tyee Beach Water Association, Inc. | Describe debtor's property that is subject to a lien | $600.00 | $900,000.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**
3200 Shoreline DriveCamano Island, WA 98292

Creditor's Name
c/o Carolyn Strong, 3067 Shoreline Dr.
Camano Island, WA 98282

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.15

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | Water for Commerce Fund Management, LLC | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name
c/o K. Terrell Hutchins, Ottergourg, P.C., 230 Park Ave.
New York, NY 10169

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.2 4 | We Do Dirt LLC | Describe debtor's property that is subject to a lien | $99,403.23 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 65
North Lakewood, WA 98259

Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $174,116,079.16

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bryan Glover<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 | Line  2.11 | |
| David P. Papiez<br>Fox Rothschild<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98104 | Line  2.9 | |
| Jeffrey L. Smoot<br>Westwood Pacific Law PLLC<br>1725 SW Roxbury Street, Ste. 2<br>Seattle, WA 98106 | Line  2.20 | |
| Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>Attn: Gregory R. Fox<br>Seattle, WA 98101 | Line  2.8 | |
| Michael R. Rethinger<br>Burke Moore Law Group<br>235 Peachtree Street NE, Suite 1900<br>Atlanta, GA 30303 | Line  2.7 | |
| Michael Wachtell<br>Buchalter PC<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017 | Line  2.18 | |
| Michael Wachtell<br>Buchalter PC<br>1000 Wilshire Blvd, Suite 1500<br>Los Angeles, CA 90017 | Line  2.19 | |
| Todd Reuter<br>Foster Garvey<br>618 West Riverside Ave., Suite 300<br>Spokane, WA 99201 | Line  2.16 | |
| Vivian B. Fisher<br>Burke Law Group LLP<br>235 Peachtree St NE, Suite 1900<br>Atlanta, GA 30303 | Line  2.4 | |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

24-01421-FPC11    Doc 359    Filed 01/08/25    Entered 01/08/25 17:25:34    Pg 18 of 40

Debtor name    Ideal Property Investments LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    24-1421

☒ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Bexar County<br>Tax Assessor Collector,<br>233 N Pecos La Trinidad<br>San Antonio, TX 78207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,750.48 | $14,750.48 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Dallas County<br>c/o John K. Turner, Linebarger<br>Goggan Blair & Sampson, LLP, 2777<br>N. Stemmons Frwy, Suite 1000<br>Dallas, TX 75207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $268,183.41 | $268,183.41 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Harris Co ESD #09<br>P.O. Box 3064<br>Houston, TX 77253 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.60 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**2.4**

Priority creditor's name and mailing address
**Island County Treasurer**
P.O. Box 699
Coupeville, WA 98239

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,775.45   $21,775.45

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5**

Priority creditor's name and mailing address
**Lone Star College System**
P.O. Box 3064
Houston, TX 77253

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$860.12   $860.12

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6**

Priority creditor's name and mailing address
**Maricopa County Treasurer**
301 W Jefferson St., Suite 100
Phoenix, AZ 85003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,088.13   $11,088.13

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.7**

Priority creditor's name and mailing address
**Missoula County Treasurer**
200 W. Broadway
Missoula, MT 59801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,629.73   $6,629.73

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.8**

Priority creditor's name and mailing address
**Oroville-Tonasket Irrigation District**
P.O. Box 1729
Oroville, WA 98844

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,133.30   $1,133.30

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,654.83 | $2,654.83 |
|---|---|---|---|---|

**Pinal County Treasurer**
P.O. Box 729
Florence, AZ 85132

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | | $20,310.06 | $20,310.06 |
|---|---|---|---|---|

**Salt Lake County Treasurer**
c/o Ray Lancaster,
2001 S. State St., Suite N1-200
Salt Lake City, UT 84114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.11 | Priority creditor's name and mailing address | | $196,021.93 | $196,021.93 |
|---|---|---|---|---|

**Snohomish County Treasurer**
3000 Rockefeller Ave, M/S 501
Everett, WA 98201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | | $20,877.57 | $20,877.57 |
|---|---|---|---|---|

**Washington County Tax Collector**
155 N 1st Ave., Suite 130, MS-8
Hillsboro, OR 97124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $504,812.00 |
|---|---|---|---|

210 SA Holdings LLC
825 North Saint Marys, Suite 101
San Antonio, TX 78205

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,275,245.00 |
|---|---|---|---|

A&R Water Supply
4 Peace Street
Pelham, NY 10803

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572,327.00 |
|---|---|---|---|

Abby Wyatt Group Inc.
214 Mountain Crest Dr.
Taylors, SC 29687

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431,793.00 |
|---|---|---|---|

Adventure Done Right LLC
3395 S La Mesa Rd.
Salt Lake City, UT 84109

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595,000.00 |
|---|---|---|---|

Aiden Waterworks
17825 Parkshore
Northville, MI 48168

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,300.00 |
|---|---|---|---|

Aqualux Water LLC
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101-2272

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,363,280.00 |
|---|---|---|---|

Arravend LLC
3509 Nodding Pine Court
Fairfax, VA 22033

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |
|---|---|---|---|

ASH Vending LLC
10550 Morningdew Court
Littleton, CO 80126

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Atmos Energy Corp.
PO Box 650205
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $452,000.00 |
|---|---|---|---|
| | Be of Service LLC | ☒ Contingent | |
| | 2601 Westheimer Rd #C502 | ☒ Unliquidated | |
| | Houston, TX 77098 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,038,358.00 |
|---|---|---|---|
| | Big Boy Tools LLC | ☒ Contingent | |
| | 12625 Hideout Drive | ☒ Unliquidated | |
| | Noblesville, IN 46060 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,013,154.00 |
|---|---|---|---|
| | BLC Water Company | ☒ Contingent | |
| | 1130 W Clifton Ave | ☒ Unliquidated | |
| | Redlands, CA 92373 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59,177.32 |
|---|---|---|---|
| | Brightstreet Development LLC | ☐ Contingent | |
| | 221 State Ave, Suite 201 | ☐ Unliquidated | |
| | Marysville, WA 98270 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $425,000.00 |
|---|---|---|---|
| | Brown Family Enterprises LLC | ☒ Contingent | |
| | P.O. Box 145 | ☒ Unliquidated | |
| | Salem, OR 97308 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $856,213.00 |
|---|---|---|---|
| | C&C Investment Holdings LLC | ☒ Contingent | |
| | 4200 Berry D Sims Wynd | ☒ Unliquidated | |
| | Raleigh, NC 27612 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,750,000.00 |
|---|---|---|---|
| | Carol and Forrest Bryant | | |
| | Jam Capital II, LLC | | |
| | c/o Colin Hunter | | |
| | Bradley Bernstein Sands LLP | | |
| | 1425 SW 20th Avenue, Suite 201 | ☒ Contingent | |
| | Portland, OR 97201 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Ideal Property Investments LLC | Case number (if known) | 24-1421 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $757,450.00 |
|---|---|---|---|

Chance and Carrie McLemore
Hydration for Health LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429,659.00 |
|---|---|---|---|

CHAURISHI RETAIL ENTERPRISES LLC
17775 NW Santiam Ct
Portland, OR 97229

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,010.00 |
|---|---|---|---|

Chris and Stephanie Tiechmiller
Teichmiller Freedom Holdings, LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,638,308.00 |
|---|---|---|---|

ChugIt LLC
2111 Riverview Dr.
Dandridge, TN 37725

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

City of Murfreesboro Water Resources
300 Northwest Broad Street
Murfreesboro, TN 37130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430,312.00 |
|---|---|---|---|

Coco Aqua LLC
139 Silent Manor Dr
Sugar Land, TX 77498

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,453,150.00 |
|---|---|---|---|

COLE WS TECH LLC
2960 Lewallen Place
Decatur, IL 62521

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| **3.24** | **Nonpriority creditor's name and mailing address** | $19,436.00 |
| | COLE WS TECH LLC | |
| | 2960 Lewallen Place | |
| | Decatur, IL 62521 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | $2,687.36 |
| | Columbia Fire LLC | |
| | 111 S Findlay St | |
| | Seattle, WA 98108 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Columbus Public Works | |
| | 602 11th Avenue | |
| | Columbus, GA 31901 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Columbus Water Works | |
| | 1421 Veterans Parkway | |
| | Columbus, GA 31901 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Commonwealth Edison | |
| | PO Box 805398 | |
| | Chicago, IL 60680 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Consolidated Utility Dist. - Rutherford | |
| | 709 New Salem Hwy. | |
| | Murfreesboro, TN 37129 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Containers by Reaves | |
| | 18 Old Brickyard Road | |
| | Phenix City, AL 36869 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | Unknown |
| | Cook County Treasurer | |
| | 118 N. Clark Street, Room 320 | |
| | Chicago, IL 60602 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _        Is the claim subject to offset? ☒ No ☐ Yes

24-01421-FPC11    Doc 359    Filed 01/08/25    Entered 01/08/25 17:25:34    Pg 25 of 40

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

CPS Energy
PO Box 1771
San Antonio, TX 78296

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,703,184.11 |
|---|---|---|---|

Creative Technologies LLC
2732 Grand Ave., Suite 122
Everett, WA 98201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No   ☒ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $426,941.00 |
|---|---|---|---|

Culminate Water Technology LLC
23015 Caterham Drive
Ashburn, VA 20148

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315,010.00 |
|---|---|---|---|

Dat Nguyen and Anh Trinh
DN2LA Inc.
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,364,430.00 |
|---|---|---|---|

Dennis Demirjian
DDWSTech LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225,244.01 |
|---|---|---|---|

Dr. Ryan Richard
77 Peachtree Memorial Dr NW #3
Atlanta, GA 30309

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004,500.00 |
|---|---|---|---|

Driftless Water Ventures
15403 Budd Road
Dubuque, IA 52002

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
Duane Okamoto and Linda Okamoto
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$850,000.00

---

**3.40**

**Nonpriority creditor's name and mailing address**
Earth Solutions NW, LLC
15365 NE 90th St., Suite 100
Redmond, WA 98052

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$16,577.47

---

**3.41**

**Nonpriority creditor's name and mailing address**
El Paso Disposal
5539 El Paso Drive
El Paso, TX 79905

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.42**

**Nonpriority creditor's name and mailing address**
Elk Grove Village Township
600 Landmeier Road
Elk Grove Village, IL 60007

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.43**

**Nonpriority creditor's name and mailing address**
Etania LLC
9363 E Atlantic Pl
Denver, CO 80231

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$459,000.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
Ever Upward Inc
21 W Taylor Run Pkwy
Alexandria, VA 22314

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$286,910.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
FACTS PROPERTY SERVICES
7227 E. Baseline Rd, Ste 104
Mesa, AZ 85209

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$425,000.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
Flatlands Equipment LLC
4306 W Shoreline Street
Wichita, KS 67205

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,020,000.00

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

FluentStream
1580 Logan Street, Suite 660
PMB 28977
Denver, CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Founders Mosaic Partners LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/27/2024

**Basis for the claim:** Judgment

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,090,000.00

Gary and Heidi Young
Aqualux TX LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,003,000.00

Gary Young and Heidi Young
c/o James P. Savitt,
Fennemore Craig, P.C.,
1425 Fourth Ave., Suite 800
Seattle, WA 98101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Georgia Department of Revenue
Compliance Division-Central Collection
1800 Century Blvd. NE, #9100
Atlanta, GA 30345

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Georgia Power
96 Annex
Atlanta, GA 30396

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

GLF Environmental
1280 Rum Creek Parkway
Stockbridge, GA 30281

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,154,417.00 |
|---|---|---|---|

Granite Street Ventures, LLC
2468 Santa Barbara Ln
Franklin, TN 37069

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900,000.00 |
|---|---|---|---|

GrayFin Ventures LLC
2609 Round Table Blvd
The Colony, TX 75056

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387,146.00 |
|---|---|---|---|

Great Oak Water, LLC
2114 Estes Park Dr
Allen, TX 75013

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Gregg County Texas
c/o Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway, #1000
Dallas, TX 75207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Groot Recycling & Waste Services
1565 Aurora Avenue LN
Aurora, IL 60505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407,500.00 |
|---|---|---|---|

Half Full Vending LLC
1413 Chesterton Dr
Richardson, TX 75080

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,500.00 |
|---|---|---|---|

Helmut Giewat
218 Sullivan Point
Dandridge, TN 37725

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.61**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       $657,270.00

Henry Ernst
IIWST LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201       ☒ Contingent
Portland, OR 97201       ☒ Unliquidated
      ☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.62**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       $386,325.00

Horeb Water Solutions LLC
6671 Santa Barbara Road, Ste. E       ☒ Contingent
Elkridge, MD 21075       ☒ Unliquidated
      ☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.63**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       Unknown

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035       ☐ Contingent
Springfield, IL 62794       ☐ Unliquidated
      ☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.64**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       $425,198.00

IMLSunshine LLC
334 Dole Drive       ☒ Contingent
Lawrence, KS 66049       ☒ Unliquidated
      ☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.65**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       $3,403,296.00

Indiana Water Technology LLC
6404 Myrtle Lane       ☒ Contingent
Indianapolis, IN 46220       ☒ Unliquidated
      ☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.66**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       $3,000.00

Integra Realty Resources - Charlotte, LL
214 W Tremont Ave., Suite 200       ☐ Contingent
Charlotte, NC 28203       ☐ Unliquidated
      ☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

**3.67**    **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*       $305,745.00

James and Rayne Osborn
2540 Properties LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201       ☒ Contingent
Portland, OR 97201       ☒ Unliquidated
      ☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No    ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $433,694.00 |
|---|---|---|---|

**3.68**

Nonpriority creditor's name and mailing address
JBF Consulting Services LLC
1730 S Germantown Rd
Apt 207
Germantown, TN 38138

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$433,694.00

---

**3.69**

Nonpriority creditor's name and mailing address
Jeffrey Brooke
5807 Title Row Drive
Bradenton, FL 34210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$255,000.00

---

**3.70**

Nonpriority creditor's name and mailing address
JK Seven LLC
3045 Wheaton Road
San Antonio, TX 78234

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$305,500.00

---

**3.71**

Nonpriority creditor's name and mailing address
JLE Enterprises LLC
7387 Upton Court
Castle Rock, CO 80104

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$427,000.00

---

**3.72**

Nonpriority creditor's name and mailing address
Jonathan and Leslie Echols
Lucky Water LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$327,000.00

---

**3.73**

Nonpriority creditor's name and mailing address
Jung Lee
Jung J. Lee Waterstation LLC
c/o Colin Hunter
Bradley Bernstein Sands LLP
1425 SW 20th Avenue, Suite 201
Portland, OR 97201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$1,482,400.00

---

**3.74**

Nonpriority creditor's name and mailing address
Kdawg Crypto LLC
14 Clinton St.
Milford, CT 06460

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☒ No  ☐ Yes

$425,000.00

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650,450.00 |
|---|---|---|---|

Kmandy Investments LLC
6509 San Judas St
McKinney, TX 75070

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425,000.00 |
|---|---|---|---|

LivingWater Station LLC
799 Harbor Vista Drive
Columbia, SC 29229

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,600.00 |
|---|---|---|---|

Main Street Design Landscape Arch.
9402 Tidal Court
Bainbridge Island, WA 98110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,501,945.00 |
|---|---|---|---|

MAJI 8377 LLC
8377 Old Plank Rd.
Grand Blanc, MI 48439

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,933.35 |
|---|---|---|---|

Matter Business Park
at Warm Springs Owners Association
c/o MDL Group LLC
5960 S Jones Blvd
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $416,000.00 |
|---|---|---|---|

May Auerbach
20425 Via Cristal
Yorba Linda, CA 92886

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Middle Tennessee Electric
PO Box 330008
Murfreesboro, TN 37133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.02 |
|---|---|---|---|

Mukilteo Water and Wastewater District
7824 Mukilteo Speedway
Mukilteo, WA 98275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|------|------|------|------|
| | Muscogee County Tax Commissioner<br>PO Box 1340<br>Columbus, GA 31902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|------|------|------|------|
| | Nicor Natural Gas<br>PO Box 5407<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $869,644.00 |
|------|------|------|------|
| | Nira Enterprises LLC<br>3301 Spring Mountain Drive<br>Plano, TX 75025 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,465.81 |
|------|------|------|------|
| | North Peak Associates, LLC<br>17270 Woodinville-Redmond Rd., Suite 705<br>Woodinville, WA 98072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $431,941.00 |
|------|------|------|------|
| | NS SQ ECO WATERS LLC<br>1153 Flanders CT<br>Aurora, IL 60502 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $891,078.00 |
|------|------|------|------|
| | Oaks WaterStation Tech LLC<br>3617 241st SE<br>Issaquah, WA 98029 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $425,000.00 |
|------|------|------|------|
| | Oed Properties LLC<br>66 S. Pilney Plains Circle<br>Spring, TX 77382 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,247,171.00 |
|------|------|------|------|
| | Pacific Water Technology LLC<br>2305 43rd Street SE<br>Puyallup, WA 98374 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $659.15 |
|---|---|---|---|
| | Paine Field - Snohomish County Airport<br>Attn: Nickolis Landgraff, 10108 32nd Ave W,<br>Suite J<br>Everett, WA 98204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009,885.00 |
|---|---|---|---|
| | Paul and Anna Lee Talosig<br>Biyaya LLC<br>c/o Colin Hunter<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,807,461.00 |
|---|---|---|---|
| | Prasiti Water Investments LLC<br>2001 S Hardin Blvd<br>Suite 110 #102<br>McKinney, TX 75070 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,000.00 |
|---|---|---|---|
| | Progressive Partners LLC<br>Lowe Street<br>Chantilly, VA 20151 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517,750.00 |
|---|---|---|---|
| | Q& V LLC<br>WaterStation Technology of Rockville<br>4905 Macon Road<br>Rockville, MD 20852 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,417,545.00 |
|---|---|---|---|
| | Raymond and Jane Jones<br>Water Stations, LLC<br>c/o Colin Hunter<br>Bradley Bernstein Sands LLP<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,006,250.00 |
|---|---|---|---|
| | RC WS TECH 1157 LLC<br>2960 Lewallen Place<br>Decatur, IL 62521 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679,764.00 |
|------|---|---|---|

**3.98** Nonpriority creditor's name and mailing address
RD WS TECH 3594
7356 Lester Street
Lexington, MI 48450

As of the petition filing date, the claim is: *Check all that apply.*    **$1,679,764.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address
Redwaters LLC
24352 Woodhall Ct
Naperville, IL 60564

As of the petition filing date, the claim is: *Check all that apply.*    **$1,399,000.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address
Rincon del Diablo Water District
1920 North Iris Lane
Escondido, CA 92026

As of the petition filing date, the claim is: *Check all that apply.*    **$44.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address
Roman Jarosiewicz
11013 Prairieview Trl N
Lake Elmo, MN 55042

As of the petition filing date, the claim is: *Check all that apply.*    **$427,000.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address
Rose Trail Ventures 2 LLC
4216 Central Lane
Memphis, TN 38117

As of the petition filing date, the claim is: *Check all that apply.*    **$2,584,221.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address
Rose Trail Ventures LLC
4216 Central Lane
Memphis, TN 38117

As of the petition filing date, the claim is: *Check all that apply.*    **$2,584,221.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address
Royal Reservoirs
6516 Hackberry Trl
Edmond, OK 73034

As of the petition filing date, the claim is: *Check all that apply.*    **$458,500.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.105** Nonpriority creditor's name and mailing address
Rumson Wellness LLC
508 West 24th Street
Apt 6N
New York, NY 10011

As of the petition filing date, the claim is: *Check all that apply.*    **$1,093,000.00**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Rutherford County Assessor's Office<br>319 N. Maple Street, Suite 200<br>Murfreesboro, TN 37130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $425,000.00 |
|---|---|---|---|
| | Ryan Richard<br>RL Futures LLC<br>77 Peachtree Memorial Drive NW, #3<br>Atlanta, GA 30309 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,437,599.91 |
|---|---|---|---|
| | Scott Rummels<br>Rummels Ortho Practice and Les Enterprises LLC<br>c/o Colin Hunter<br>1425 SW 20th Avenue, Suite 201<br>Portland, OR 97201 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,812,369.00 |
|---|---|---|---|
| | SDB H2O LLC<br>6276 Talon Preserve Dr<br>Nokomis, FL 34275 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown |
|---|---|---|---|
| | Seaga Manufacturing, Inc.<br>c/o John S. Kaplan,<br>Stoel Rivers LLP,<br>600 University St., Suite 3600<br>Seattle, WA 98101 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $64,851.00 |
|---|---|---|---|
| | Shutler Consulting Engineers, Inc.<br>12503 Bel-Red Rd., Suite 100<br>Bellevue, WA 98005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $297,500.00 |
|---|---|---|---|
| | Silver Oak H2O LLC<br>705 Silver Oak Dr<br>Glenwood Springs, CO 81601 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** <br> Siripi WST LLC <br> 13919 Hughes Lane <br> Dallas, TX 75240 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $3,410,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** <br> Spectrum <br> 10048 Easthaven Blvd. <br> Houston, TX 77075 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** <br> Spruce Water Investments <br> 8102 Lowbank Dr. <br> Naples, FL 34109 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $1,002,461.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** <br> Starter Holdings LLC <br> 2333 W Straight Arrow Ln <br> Phoenix, AZ 80585 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $431,825.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** <br> Summit Ventures 2 <br> 5940 E Adobe Dr <br> Phoenix, AZ 85054 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $600,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.118 | **Nonpriority creditor's name and mailing address** <br> Sun A WY LLC <br> 1613 NW 42nd Pl <br> Cape Coral, FL 33993 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $1,004,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.119 | **Nonpriority creditor's name and mailing address** <br> Tennessee Dept. of Revenue <br> 500 Deadrick Street <br> Nashville, TN 37242 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.120 | **Nonpriority creditor's name and mailing address** <br> Thomas Brent Bowen <br> G1 Ventures, LLC <br> c/o Colin Hunter <br> Bradley Bernstein Sands LLP <br> 1425 SW 20th Avenue, Suite 201 <br> Portland, OR 97201 | **As of the petition filing date, the claim is:** *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | $443,085.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,613.10 |
| --- | --- | --- | --- |
|  | Town & Country Fence Inc. |  |  |
|  | 6410 212th St SW |  |  |
|  | Lynnwood, WA 98036 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,000.00 |
| --- | --- | --- | --- |
|  | Traci and Brendan McCormick |  |  |
|  | Richland Real Estate LLC |  |  |
|  | c/o Colin Hunter |  |  |
|  | 1425 SW 20th Avenue, Suite 201 | ☒ Contingent |  |
|  | Portland, OR 97201 | ☒ Unliquidated ☒ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
|  | Tyler Sadek |  |  |
|  | Tarek Mercho |  |  |
|  | Mercho Caughey |  |  |
|  | 828 E 64th | ☐ Contingent |  |
|  | Indianapolis, IN 46220 | ☐ Unliquidated ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Judgment |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
|  | Utility Billing Service |  |  |
|  | 300 W. Cotton Street |  |  |
|  | Longview, TX 75601 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854,500.00 |
| --- | --- | --- | --- |
|  | V2S2 LLC |  |  |
|  | 5745 W Sumac Ave |  |  |
|  | Littleton, CO 80123 | ☒ Contingent ☒ Unliquidated ☒ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |
|  | Vaupell Industrial Plastics |  |  |
|  | 11323 Commando Rd W. |  |  |
|  | Everett, WA 98204 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |
|  | VK Acquisitions VI LLC |  |  |
|  | c/o Keith Wenk |  |  |
|  | 630 Dundee Road, Suite 220 |  |  |
|  | Northbrook, IL 60062 | ☐ Contingent ☐ Unliquidated ☐ Disputed |  |
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Water Station Holdings LLC
Tarek Mercho
Mercho Caughey
828 E. 64th Street
Indianapolis, IN 46220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Judgment

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Wow! Business
PO Box 4350
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,979,851.00 |
|---|---|---|---|

WST LLC
6276 Talon Preserve Dr
Nokomis, FL 34275

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $425,100.00 |
|---|---|---|---|

WST Utah LLC
568 W. Threshing Way
Kaysville, UT 84037

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,005,000.00 |
|---|---|---|---|

WV Water Tech LLC
460 Deerfield Village Dr
Shepherdstown, WV 25443

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | James P. Savitt<br>Fennemore Craig, P.C.,<br>1425 Fourth Ave., Suite 800<br>Seattle, WA 98101 | Line 3.88<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line 2.3<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | Line 2.5<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 564,639.61 |
| **5b. Total claims from Part 2** | 5b. + | $ 130,213,652.61 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 130,778,292.22 |