Michael J. Gearin, WSBA # 20982
John T. Bender, WSBA # 49658
Michael W. Meredith, WSBA #45264
Madisyn M. Uekawa, WSBA #56953
Clara M. Virden, WSBA #60308
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Honorable Frederick P. Corbit
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

IDEAL PROPERTY INVESTMENTS LLC,

Debtor.[1]

Chapter 11

Bankr. Case No. 24-01421-FPC11

**MOTION FOR REIMBURSEMENT OF COMMITTEE EXPENSES**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, respectfully submits this Motion for Reimbursement of Committee Expenses (the "Motion") and states as follows:

## I. INTRODUCTION

1. The Committee seeks reimbursement of administrative expenses that have been or will be incurred by its members in the course of fulfilling their fiduciary obligations in this matter. These out-of-pocket expenses include travel-related costs such as airfare, hotel accommodations, mileage, meal, rideshare and taxi services.

---

[1] Debtor Ideal Property Investments, LLC ("Ideal") is a related Debtor to Debtors Refreshing USA, LLC (85-3358945) ("Refreshing"), Case No. 24-01863-11; Water Station Management LLC (81012-2716) ("WSM"), Case No. 24-01864-11; and Creative Technologies, LLC (46-2581888) ("Creative" and, together with Refreshing and Water Station Management, "Opco Debtors"), Case No. 24-01866-11. Ideal, together with Opco Debtors and Debtors' related affiliates are referred to herein as "Debtors" or "WST Enterprise."

MOTION FOR REIMBURSEMENT OF
COMMITTEE EXPENSES - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

16013017972

24-01421-FPC11    Doc 791    Filed 08/15/25    Entered 08/15/25 16:02:22    Pg 1 of 5

2. The Committee, specifically, requests authorization for reimbursement of up to $25,000 in expenses for all Committee members, to be paid by the Debtor upon submission of invoices to the Debtor, with copies provided to the U.S. Trustee's Office and Committee members. Any reimbursement beyond this amount shall be subject to further application for final approval by this Court.

## II. BACKGROUND

3. On September 5, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

4. Pursuant to section 1102(a) of title 11 of the United States Code ("Bankruptcy Code"), on October 7, 2024, the Acting United States Trustee ("UST") appointed a three (3) member committee of unsecured creditors of Ideal Property Investments, LLC. [Dkt. No. 115]

5. Also pursuant to section 1102(a) of title 11 of the Bankruptcy Code, on November 18, 2024, the UST reconstituted and appointed a nine (9) member committee of unsecured creditors of Ideal Property Investments, LLC, Refreshing USA, LLC, Water Station Management, LLC, and/or Creative Technologies, LLC (respectively, the "Committee" and the "Debtors"). [Dkt. No. 274][2]

6. On October 28, 2024, the Committee appointed Sterling Davis as Committee Chair. On November 21, 2024, the reconstituted Committee ratified this appointment.

7. On January 21, 2025, the Committee designated Sterling Davis as the Committee's representative at a mediation with First Fed, in connection with this matter, on behalf of the Committee. The mediation was conducted on April 30 and May 1, 2025 in Portland, Oregon.

---

[2] Pursuant to the Court's Order appointing the Official Committee of Unsecured Creditors in these jointly administered cases, the Committee represents the unsecured creditors of Ideal Property Investments, LLC, Refreshing USA, LLC, Water Station Management, LLC, and Creative Technologies, LLC. Expenses reimbursed to the Committee members are to be paid equally between the estate of Ideal Property Investments, LLC and the combined estates of Refreshing USA, LLC, Water Station Management, LLC, and Creative Technologies, LLC.

MOTION FOR REIMBURSEMENT OF
COMMITTEE EXPENSES - 2

16013017972

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

24-01421-FPC11    Doc 791    Filed 08/15/25    Entered 08/15/25 16:02:22    Pg 2 of 5

8. Committee chair Sterling Davis incurred out-of-pocket travel expenses amounting to approximately $1,000, including airfare, lodging, and related costs associated with his participation in the mediation. A declaration from Sterling Davis in support of this Motion is submitted to further detail and substantiate these expenses.

9. The Committee chair and other members of the committee may attend hearings on confirmation of the liquidating plan and attend other proceedings in their official capacity. In carrying out these and other Committee responsibilities, Committee members have and will incur personal expenses, including but not limited to travel-related costs for attending key proceedings essential to advancing the case.

### III. LEGAL BASIS FOR REIMBURSEMENT

10. 11 U.S.C. § 503(b)(3)(F) authorizes reimbursement of actual, necessary expenses incurred by official committee members in the performance of their duties.

11. The Committee's request aligns with standard bankruptcy practice, ensuring that committee members are not unduly burdened while serving in their fiduciary capacity.

12. The Committee requests authority for reimbursement of a total not to exceed $25,000 in actual and necessary expenses. Any expenses exceeding the requested $25,000 shall be submitted for further Court approval.

### IV. RELIEF REQUESTED

WHEREFORE, the Committee respectfully requests that this Court enter an order:

A. Authorizing the Debtor to reimburse up to $25,000 in Committee member expenses upon submission of supporting invoices, with copies provided to the U.S. Trustee's Office and the Committee;

B. Confirming that any reimbursement beyond $25,000 shall be subject to subsequent application for approval; and

MOTION FOR REIMBURSEMENT OF
COMMITTEE EXPENSES - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

16013017972

24-01421-FPC11    Doc 791    Filed 08/15/25    Entered 08/15/25 16:02:22    Pg 3 of 5

C. Granting such other and further relief as this Court deems just and proper.

DATED this August 15, 2025.

K&L GATES LLP
*/s/ Michael J. Gearin*
Michael J. Gearin, WSBA # 20982
John T. Bender, WSBA # 49658
Michael W. Meredith, WSBA #45264
Madisyn M. Uekawa, WSBA #56953
Clara M. Virden, WSBA #60308
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Email: michael.gearin@klgates.com
john.bender@klgates.com
michael.mereidth@klgates.com

*Attorneys for the Official Committee of Unsecured Creditors*

MOTION FOR REIMBURSEMENT OF
COMMITTEE EXPENSES - 4

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1601301797.2

24-01421-FPC11    Doc 791    Filed 08/15/25    Entered 08/15/25 16:02:22    Pg 4 of 5

## CERTIFICATE OF SERVICE

I certify that on August 15, 2025, I caused a copy of the foregoing Motion to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Eastern District of Washington.

*s/ Anne Marie Landis*
Anne Marie Landis

MOTION FOR REIMBURSEMENT OF
COMMITTEE EXPENSES - 5

16013017972

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022