The Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

IDEAL PROPERTY INVESTMENTS LLC,

Debtor.

CASE NO. 24-01421-FPC11

SUPPLEMENT TO DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF LIQUIDATION

**PURSUANT TO** Ideal Property Investments, LLC's ("Ideal or "Debtor") Second Amended Chapter 11 Plan of Liquidation (ECF No. 718) (as may be amended, modified, or supplemented from time to time, the "Plan"), which is proposed by Ideal in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case") and in accordance with the July 17, 2025 Court Order Approving Disclosure Statement and Solicitation Procedures, Ideal provides the following Supplemental Information in Support of the Plan:

**Identity of Wind Down Oversight Committee**

The following three individuals shall constitute the Wind-Down Debtor's Oversight Committee pursuant to Article VIII of the Plan:

PLAN SUPPLEMENT - 1

DBS│LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
819 VIRGINIA STREET, SUITE C2 │ SEATTLE, WA 98101
PHONE: (206) 489.3802 │ FAX: (206) 973.8737

24-01421-FPC11    Doc 809    Filed 08/25/25    Entered 08/25/25 11:30:05    Pg 1 of 5

1) Sterling Davis

2) Chip Maselli

3) Phillip Kaestle

The Wind Down Oversight Committee's compensation and expenses shall be paid out of the OpCo Liquidating Trust.

**Identity and Compensation of Wind Down CRO**

The Wind Down CRO of the Wind Down Debtor, pursuant to Article VIII of the Plan shall be: J. Fanelli Properties, LLC. Compensation for the Wind Down CRO shall be:

| Wind Down CRO Professional | Compensation Rate |
|---|---|
| Chief Restructuring Officer/Principals | $475/hour |
| Directors | $395/hour |
| Asset Managers | $300/hour |
| Accountants | $275/hour |
| Project Managers | $185/hour |

**Wind Down Budget**

The Wind Down Debtor's budget for wind down operations, pursuant to Article VIII of the Plan, is attached hereto as Exhibit A, and such funds necessary to satisfy the Wind Down Budget shall be retained by the Wind Down Debtor as the Wind Down Amount, along with funds necessary to pay the Effective Date Expenses, upon the entry of an order confirming the Plan.

//

//

//

PLAN SUPPLEMENT - 2

DBS | LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
819 VIRGINIA STREET, SUITE C2 | SEATTLE, WA 98101
PHONE: (206) 489.3802 | FAX: (206) 973.8737

24-01421-FPC11    Doc 809    Filed 08/25/25    Entered 08/25/25 11:30:05    Pg 2 of 5

**Executory Contracts**

Ideal has identified no executory contracts to be assumed, pursuant to Article IX of the Plan.

DATED this 25th day of August 2025, at Seattle, Washington.

DBS LAW

*/s/ Laurie M. Thornton*
Daniel J. Bugbee, WSBA #42412
Dominique R. Scalia, WSBA #47313
Laurie M. Thornton, WSBA #35030
Aditi Paranjpye, WSBA #53001
819 Virginia Street, Suite C-2
Seattle, WA 98101
*Attorneys for Ideal Property Investments, LLC*

PLAN SUPPLEMENT - 3

# EXHIBIT A

|  | September | October | November | December | Total | Notes to Budget |
|---|---|---|---|---|---|---|
| **Expenses Due at Effective Date** | | | | | | |
| Snell & Wilmer | 521,724.09 | | | | | |
| Turning Point | 106,551.38 | | | | | |
| JFanelli professional fees (Aug/Sept to confirmation) | 225,000.00 | | | | | |
| DBS Law professional fees (Aug/Sept to confirmation) | 225,000.00 | | | | | |
| Committee professional fees | 850,000.00 | | | | | |
| Committee Travel Expenses (proposed) | 25,000.00 | | | | | |
| IRS POC (Class 4) | 75,000.00 | | | | | |
| Accountant | 50,000.00 | | | | | |
| UST Fees (pre-confirmation sales) | 125,000.00 | | | | | |
| **Holdback for Effective Date Expenses** | **2,203,275.47** | - | - | - | | |
| **Wind Down Budget** | | | | | | |
| *Property Expenses* | | | | | | |
| Property Utilities | 10,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 18,000.00 | |
| Insurance | 32,000.00 | 300,000.00 | | | 332,000.00 | Current policy ends in October |
| Property Repairs | 20,000.00 | 20,000.00 | 20,000.00 | 20,000.00 | 80,000.00 | |
| HOA/COA/Security Monitoring | 10,743.75 | 2,800.00 | 2,800.00 | 2,800.00 | 19,143.75 | |
| **Total Property Expenses** | **73,243.75** | **325,300.00** | **25,300.00** | **25,300.00** | **449,143.75** | |
| *Operational Expenses* | | | | | | |
| IT/Document Repository | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 14,000.00 | |
| Personal Property Removal | 80,000.00 | - | - | 50,000.00 | 130,000.00 | |
| UST Fees (post-confirmation sale closings) | | | | 199,420.42 | 199,420.42 | |
| Professional Fees | 200,000.00 | 200,000.00 | 150,000.00 | 125,000.00 | 675,000.00 | |
| **Total Operational Expenses** | **283,500.00** | **203,500.00** | **153,500.00** | **377,920.42** | **1,018,420.42** | |
| **Total Wind Down Budget Expenses** | **356,743.75** | **528,800.00** | **178,800.00** | **403,220.42** | **1,467,564.17** | |
| Effective Date Expenses Holdback | | | | | 2,203,275.47 | |
| Wind Down Budget Expenses | | | | | 1,467,564.17 | |
| **Total Holdback** | | | | | **3,670,839.64** | |